HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPENSPRUCE EDUCATION SOLUTIONS INC., a Washington corporation,<br><br>                          Plaintiff,<br><br>  v.<br><br>CASCADE PARENT LIMITED, a Jersey limited company; and PARALLELS INC., a Delaware corporation,<br><br>                          Defendant. | No. 2:23-cv-00692-MJP<br><br>JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND PROPOSED ORDER<br><br>NOTE ON MOTION CALENDAR:<br>January 5, 2024 |

**JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION**

Plaintiff Alpenspruce Education Solutions, Inc. ("Plaintiff") and Defendants Cascade Parent Limited and Parallels Inc. (collectively, "Defendants") jointly move this Court to stay the proceedings pending mediation between the parties.

On September 13, 2023, the Court issued its Scheduling Order in this case. Dkt. No. 26. The Scheduling Order set a deadline of July 12, 2024 to complete all fact and expert discovery. *Id.* In order to meet that deadline, the parties have been working diligently on written discovery, negotiating an ESI Agreement and Protective Order, and collecting documents for production.

The parties now wish to stay the proceedings so that they can engage in mediation and try resolve the case prior to expending significant Court and party resources. The parties anticipate

*JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND PROPOSED ORDER - 1*
*(2:23-CV-00692-MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

that they will need a stay of 120 days in order to attempt to settle this litigation. The parties believe this stay will provide enough time for the parties to agree on and retain a mediator, meet in person for mediation, and address any post-mediation negotiation or settlement drafting that is required. The parties anticipate that any settlement will involve comparatively complicated settlement terms, and that 120 days is an appropriate period of time in which to conduct the necessary negotiations. The parties additionally propose to file a status report with the Court following the mediation, notifying the Court of whether the parties have been able to resolve the litigation, if they anticipate a further stay to reach an agreement, or if they intend to resume the litigation and seek to obtain an extension of the current deadlines.

The Court has the power to stay proceedings to control its docket, to conserve judicial resources, and to ensure "economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Amer. Co.,* 299 U.S. 248, 254 (1936). The parties' proposed 120-day stay will conserve judicial resources and ensure "economy of time and effort for itself, for counsel, and for litigants." *Id*.

*       *

*JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND* ~~*PROPOSED*~~ *ORDER - 2*
*(2:23-CV-00692-MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

DATED this 5th day of January, 2024

| K&L GATES LLP | HILLIS CLARK MARTIN & PETERSON P.S. |
|---|---|
| By s/ *Pam K. Jacobson*<br>Pam Kohli Jacobson, WSBA No. 31810<br>925 4th Ave., Suite 2900<br>Seattle, WA 98104<br>Phone: (206) 370-7605<br>pam.jacobson@klgates.com<br><br>*Attorneys for Plaintiff Alpenspruce Education Solutions Inc.* | By: s/*Michael J. Ewart*<br>Michael J. Ewart, WSBA No. 38655<br>Rosa O. Ostrom, WSBA No. 55933<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>(206) 623-1745<br>jake.ewart@hcmp.com<br>rosa.ostrom@hcmp.com<br><br>BARNES & THORNBURG, LLP<br><br>Jonathan Froemel (Pro Hac Vice)<br>Megan New (Pro Hac Vice)<br>Bruce Ratain (Pro Hac Vice)<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>(312) 357-1313<br>jfroemel@btlaw.com<br>megan.new@btlaw.com<br>Bruce.ratain@btlaw.com<br><br>David Wong (Pro Hac Vice)<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3535<br>(317) 236-1313<br>dwong@btlaw.com<br><br>*Attorneys for Defendants Cascade Parent Limited and Parallels Inc.* |

*JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND ~~PROPOSED~~ ORDER - 3*
*(2:23-CV-00692-MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

### [PROPOSED] ORDER

The Court GRANTS the parties' stipulated motion. This matter is STAYED for 120 days pending mediation between the parties. The parties are directed to provide a joint status report to the Court within fourteen (14) days of their completion of mediation to update the Court on the outcome of the mediation.

Dated this 8th day of January, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By: s/*Michael J. Ewart*
    Michael J. Ewart, WSBA No. 38655
    Rosa O. Ostrom, WSBA No. 55933
    999 Third Avenue, Suite 4600
    Seattle, WA 98104
    (206) 623-1745
    jake.ewart@hcmp.com
    rosa.ostrom@hcmp.com

BARNES & THORNBURG, LLP

    Jonathan Froemel (Pro Hac Vice)
    Megan New (Pro Hac Vice)
    Bruce Ratain (Pro Hac Vice)
    One North Wacker Drive, Suite 4400
    Chicago, IL 60606
    (312) 357-1313
    jfroemel@btlaw.com
    megan.new@btlaw.com
    Bruce.ratain@btlaw.com

*JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND PROPOSED ORDER - 4*
*(2:23-CV-00692-MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

1   David Wong (Pro Hac Vice)
    11 S. Meridian Street
2   Indianapolis, IN 46204-3535
    (317) 236-1313
3   dwong@btlaw.com

4   *Attorneys for Defendants Cascade Parent Limited and Parallels Inc.*

5
    K&L GATES LLP
6

7   By s/ *Pam K. Jacobson*
        Pam Kohli Jacobson, WSBA No. 31810
8       925 4th Ave., Suite 2900
        Seattle, WA 98104
9       Phone: (206) 370-7605   pam.jacobson@klgates.com

10  *Attorneys for Plaintiff Alpenspruce Education Solutions Inc.*

---

*JOINT MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND ~~PROPOSED~~ ORDER - 5*
*(2:23-CV-00692-MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789