UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPENSPRUCE EDUCATION SOLUTIONS INC., <br><br>Plaintiff, <br><br>v. <br><br>CASCADE PARENT LIMITED, PARALLELS INC., <br><br>Defendants. | CASE NO. C23-692 MJP <br><br> AMENDED CASE SCHEDULE ORDER |

The Court issues this Order in response to the Parties' Joint Status Report and Proposed Order for Entry of Case Schedule. (Dkt. No. 32.) Having reviewed the JSR, the Court hereby GRANTS the request for a new case schedule and ORDERS the following amended case schedule:

\\

\\

| Case Event | Existing Date/Deadline | New Date/Deadline |
|---|---|---|
| Jury Trial Date | December 9, 2024 | April 8, 2025 at 9:00 AM |
| Deadline for joining additional parties | October 11, 2023 | No new deadline—initial deadline passed before Court stayed the case |
| Deadline for filing amended pleadings | October 23, 2023 | No new deadline—initial deadline passed before Court stayed the case |
| Reports from expert witness under FRCP 26(a)(2) due | May 13, 2024 | September 20, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar in accordance with Local Civil Rule 7(d)(3) | June 12, 2024 | October 10, 2024 |
| Discovery completed by | July 12, 2024 | November 8, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar in accordance with Local Civil Rule 7(d)(4) | August 12. 2024 | December 10, 2024 |
| All motions in limine must be filed by no later than and in accordance with Local Civil Rule 7(d)(5). | November 4, 2024 | March 4, 2025 |
| Agreed pretrial order due | November 20, 2024 | March 20, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | November 20, 2024 | March 20, 2025 |
| Pretrial conference | November 22, 2024 at 1:30 PM | March 27, 2025 at 1:30 PM |
| Length of Jury Trial | 5 days | 5 days |

AMENDED CASE SCHEDULE ORDER - 2

All other requirements set forth in the initial Case Schedule Order continue to apply. (See Dkt. No. 26.)

The clerk is ordered to provide copies of this order to all counsel.

Dated May 8, 2024.

Marsha J. Pechman
United States Senior District Judge