1

2

3

4

5

The Honorable Marsha J. Pechman

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

ALPENSPRUCE EDUCATION SOLUTIONS
INC., a Washington corporation,

No. 2:23-cv-00692-MJP

10

Plaintiff,

**STIPULATED MOTION TO EXTEND
THE DISCOVERY DEADLINE FOR A
LIMITED PURPOSE AND
[PROPOSED] ORDER**

11

v.

12

CASCADE PARENT LIMITED, a Jersey
limited company; and PARALLELS INC., a
Delaware corporation,

NOTE ON MOTION CALENDAR:
NOVEMBER 6, 2024

13

14

15

Defendant.

16

17

**STIPULATED MOTION TO  EXTEND THE DISCOVERY DEADLINE FOR A
LIMITED PURPOSE**

18

19       The Parties submit the following Stipulated Motion to Extend the Discovery Deadline to

20   complete necessary corporate and witness depositions.  No other deadlines are affected by this

21   motion.

22       Pursuant to ECF No. 33, the Court ordered fact discovery to be completed by November

23   8, 2024. *Id*. On November 5, 2024, the Court denied the Parties' Joint Motion to Extend Case

24   Schedule and re-affirmed the November 8 close of discovery deadline.  ECF No. 48.

25       At the time that the Joint Motion to Extend Case Schedule was filed, Plaintiff's counsel,

26

*STIPULATED MOTION TO EXTEND THE DISCOVERY
DEADLINE FOR A LIMITED PURPOSE AND [PROPOSED]
ORDER
(2:23-CV-00692-MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

K&L Gates, had a trial scheduled the week of November 4, 2024 in a separate case ("the *Revelry* Case"). ECF No. 46 at 5. While the parties disagreed on the length of the extension that was warranted in view of the *Revelry* Case's trial setting, they were working cooperatively to schedule fourteen depositions in the time span of three weeks in the event that the Court denied the parties' joint motion. Indeed, the parties collectively took nine depositions between October 18 – November 1, 2024, including conducting three depositions simultaneously on October 25 and another three on October 28. When it became known that the trial in the *Revelry* Case was continued, the parties scheduled an additional deposition for November 5, 2024.

Despite these efforts, the parties have encountered significant scheduling difficulties for five expert and corporate witnesses depositions due to those individuals' prior professional commitments and demanding professional and travel schedules. The parties have worked cooperatively to schedule key depositions—including the 30(b)(6) depositions of Plaintiff's Chief Executive Officer and Chief Financial Officer, the 30(b)(6) deposition of Defendants' Chief Revenue Officer, and the depositions of two of Defendants' survey experts—for the two weeks following the November 8 close of discovery, as reflected below:

| Witness | Party | Scheduled Date |
|---------|-------|----------------|
| Joel Steckel (expert) | Defendant | November 13, 2024 |
| Christopher Mayer | Plaintiff | November 14, 2024 |
| Michelle Chiantera | Defendant | November 15, 2024 |
| Damon Torgerson | Plaintiff | November 12, 2024 |
| Dr. Ran Kivetz (expert) | Defendant | November 21, 2024 |

The parties recognize that the Court has set November 8, 2024 as the discovery deadline. However, given the seniority of the fact witnesses and their demanding professional and travel

*STIPULATED MOTION TO EXTEND THE DISCOVERY DEADLINE FOR A LIMITED PURPOSE AND [PROPOSED] ORDER*
*(2:23-CV-00692-MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

schedules, the experts' prior commitments to other depositions and case work, and the uncertainty of the trial setting for the *Revelry* Case, it has been difficult for the parties to schedule these remaining depositions prior to the November 8 discovery deadline.  Indeed, the parties met and conferred on Wednesday, November 6, 2024 to discuss whether it would be possible to complete the above-identified depositions prior to November 8 and, due to witness availability, determined it would not be possible.

Given the cooperative nature of the parties' efforts to schedule these depositions, as well as the importance of the witnesses to the parties' respective cases, the parties respectfully request that the Court extend the discovery deadline to November 21 to facilitate completing the above-identified depositions within the discovery period.  The extension of discovery until November 21 will not impact any other dates on the schedule, including the December 10, 2024 dispositive motion deadline.  ECF No. 33.

*STIPULATED MOTION TO EXTEND THE DISCOVERY DEADLINE FOR A LIMITED PURPOSE AND [PROPOSED] ORDER*
*(2:23-CV-00692-MJP) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

1    DATED this 6th day of November, 2024.

2

3    K&L Gates LLP                                    Hills Clark Martin & Peterson P.S.

4    By *s/Ryan W. Edmondson*                         By: *s/Michael J. Ewart*
         Pam Kohli Jacobson, WSBA No. 31810              Michael J. Ewart, WSBA No. 38655
5        Ryan W. Edmondson, WSBA No. 41651              Rosa O. Ostrom, WSBA No. 55933
         925 4th Ave., Suite 2900                        999 Third Avenue, Suite 4600
6        Seattle, WA 98104                               Seattle, WA 98104
         Phone: (206) 370-7605                           (206) 623-1745
7        pam.jacobson@klgates.com                        jake.ewart@hcmp.com
         Ryan.edmonson@klgates.com                       rosa.ostrom@hcmp.com
8
         Darlene F. Ghavimi (Pro Hac Vice)           Barnes & Thornburg, LLP
9        2801 Via Fortuna, Ste. 650
         Austin, TX 78746                               David Wong (Pro Hac Vice)
10       Phone: (512) 482-6919                          Jonathan Froemel (Pro Hac Vice)
11       darlene.ghavimi@klgates.com                    Megan New (Pro Hac Vice)
                                                        Bruce Ratain (Pro Hac Vice)
12   *Attorneys for Plaintiff Alpenspruce*             One North Wacker Drive, Suite 4400
     *Education Solutions Inc.*                        Chicago, IL 60606
13                                                     (312) 357-1313
                                                       dwong@btlaw.com
14                                                     jfroemel@btlaw.com
                                                       megan.new@btlaw.com
15                                                     Bruce.ratain@btlaw.com
16
                                                    *Attorneys for Defendants Cascade Parent*
17                                                  *Limited and Parallels Inc.*

18

19

20

21

22

23

24

25

26   *STIPULATED MOTION TO EXTEND THE DISCOVERY*        **HILLIS CLARK MARTIN & PETERSON P.S.**
     *DEADLINE FOR A LIMITED PURPOSE AND [PROPOSED]*    999 Third Avenue, Suite 4600
     *ORDER*                                            Seattle, WA  98104
     *(2:23-CV-00692-MJP) - 4*                          Tel: (206) 623-1745
                                                        Fax: (206) 623-7789

**[PROPOSED] ORDER**

The Court GRANTS the parties' stipulated motion. The Discovery Deadline is extended until November 21, 2024 to facilitate completing the corporate witness depositions of Damon Torgerson, Christopher Mayer, and Michelle Chiantera and the expert depositions of Dr. Joel Steckel and Dr. Ran Kivetz  All other deadlines contained in the May 8, 2024 Amended Case Schedule Order, ECF No. 33, remain the same.

Dated this 7th day of November, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

Hills Clark Martin & Peterson P.S.

By: *s/Michael J. Ewart*
     Michael J. Ewart, WSBA No. 38655
     Rosa O. Ostrom, WSBA No. 55933
     999 Third Avenue, Suite 4600
     Seattle, WA 98104
     (206) 623-1745
     jake.ewart@hcmp.com
     rosa.ostrom@hcmp.com

Barnes & Thornburg, LLP

     David Wong (Pro Hac Vice)
     Jonathan Froemel (Pro Hac Vice)
     Megan New (Pro Hac Vice)
     Bruce Ratain (Pro Hac Vice)
     One North Wacker Drive, Suite 4400
     Chicago, IL 60606

*STIPULATED MOTION TO EXTEND THE DISCOVERY DEADLINE FOR A LIMITED PURPOSE AND [PROPOSED] ORDER*
*(2:23-CV-00692-MJP) - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

(312) 357-1313
dwong@btlaw.com
jfroemel@btlaw.com
megan.new@btlaw.com
Bruce.ratain@btlaw.com

*Attorneys for Defendants Cascade Parent Limited and Parallels Inc.*

K&L Gates LLP

By: *s/Ryan W. Edmondson*
    Pam Kohli Jacobson, WSBA No. 31810
    Ryan W. Edmondson, WSBA No. 41651
    925 4th Ave., Suite 2900
    Seattle, WA 98104
    Phone: (206) 370-7605
    pam.jacobson@klgates.com
    ryan.edmonson@klgates.com

    Darlene F. Ghavimi (Pro Hac Vice)
    2801 Via Fortuna, Ste. 650
    Austin, TX 78746
    Phone: (512) 482-6919
    darlene.ghavimi@klgates.com

*Attorneys for Plaintiff Alpenspruce Education Solutions Inc.*

*STIPULATED MOTION TO EXTEND THE DISCOVERY*
*DEADLINE FOR A LIMITED PURPOSE AND [PROPOSED]*
*ORDER*
*(2:23-CV-00692-MJP) - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789