UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPENSPRUCE EDUCATION SOLUTIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> CASCADE PARENT LIMITED; and PARALLELS INC., <br><br> Defendants. | CASE NO. C23-692 MJP <br><br> ORDER DENYING MOTION FOR LEAVE TO FILE TWO MOTIONS IN LIMINE |

This matter comes before the Court on Defendants' Motion for Leave to File Two Motions in Limine. (Dkt. No. 52.) Having reviewed the Motion, the Response (Dkt. No. 54), the Reply (Dkt. No. 55), and all supporting materials, the Court DENIES the Motion.

Defendants seek leave to file two rounds of motions in limine—one in support of a motion for summary judgment they intend to file on December 10, 2024, and one in advance of trial. Defendants have sought leave to depart from the Local Civil Rules, which specify that "any motions in limine shall be filed as one motion no later than 21 days prior to any scheduled

pretrial conference." LCR 7(d)(5); see Amended Scheduling Order (Dkt. No. 33) (setting the motions in limine deadline for March 4, 2025). Defendants ask for this relief because they wish to "argue [with their summary judgment motion] that Plaintiff cannot rely on its evidence of alleged actual confusion because none of the evidence shows actionable confusion." (Mot. at 3.)

The Court does not find good cause to allow serial filings of motions in limine. With their upcoming motion for summary judgment and reply Defendants can present their arguments about the admissibility of any evidence on which Plaintiff relies to oppose the motion. This will ensure the Court understands what specific evidence is at issue and how it relates to the issues and arguments material to the motion for summary judgment. Defendants provide no good reason to deviate from the Court's standard practice of deciding admissibility as part of any ruling on a motion for summary judgment. Separate motions in limine about evidence relevant to the summary judgment motion will add needless complexity and additional work for both the Court and the parties. The Court therefore DENIES the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 5, 2024.

Marsha J. Pechman
United States Senior District Judge