EXHIBIT 1

1

The Honorable Marsha J. Pechman

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

ALPENSPRUCE EDUCATION SOLUTIONS
INC., a Washington corporation,

No. 2:23-cv-00692-MJP

11

Plaintiff,

PLAINTIFF'S DISCLOSURE OF
EXPERT TESTIMONY

12

v.

13

14

CASCADE PARENT LIMITED, a Jersey
limited company; and PARALLELS INC., a
Delaware corporation,

15

Defendant.

16

17

In accordance with Fed. R. Civ. P. 26(a)(2) and the Amended Court's scheduling order, Dkt.

18

33, Plaintiff Alpenspruce Education Solutions Inc., makes the following expert witness disclosure:

19

A.  Witnesses who must provide a written report:

20

1.  <u>Drew E. Voth</u>. An expert report summarizing Mr. Voth's opinions is being

21

served with this disclosure. Mr. Voth may also present expert testimony rebutting

22

the testimony and/or reports of Defendants' expert(s).

23

2.  Any other witness or witnesses retained to rebut the reports of Defendant's

24

expert(s).

25

26

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
CASE NUMBER 2:23-CV-00692-MJP - 1

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

506886689.1

1       DATED this 20th day of September, 2024

2                          K&L GATES LLP

3

4                  By:  */s/ Pam Kohli Jacobson*

5                       Pam Kohli Jacobson, WSBA No. 31810
                         Ryan W. Edmondson, WSBA No. 41651

6                       K&L GATES LLP
                       925 Fourth Avenue

7                       Suite 2900
                       Seattle, Washington 98104-1158

8                       Phone: (206) 370-7605
                       Pam.Jacobson@klgates.com

9                       Ryan.Edmondson@klgates.com

10

11                     *Attorneys for Plaintiff*
                     *Alpenspruce Education Solutions Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1

## CERTIFICATE OF SERVICE

2    I declare that on September 20, 2024 I caused the document to which this certificate is

3 attached to be electronically mailed to the following:

4    HILLIS CLARK MARTIN & PETERSON P.S.

5    Michael J. Ewart, WSBA #38655
     Jake.ewart@hcmp.com

6    Rosa O. Ostrom, WSBA #55933
     Rosa.ostrom@hcmp.com

7    Paul T. Meiklejohn, WSBA #17477
     999 Third Avenue, Suite 4600

8    Seattle, WA 98104
     (206) 623-1745

9

10    BARNES & THORNBURG, LLP

11    Bruce Ratain (Pro Hac Vice)
      Bruce.ratain@btlaw.com

12    Jonathan Froemel (Pro Hac Vice)
      jfroemel@btlaw.com

13    Megan New (Pro Hac Vice)
      megan.new@btlaw.com

14    One North Wacker Drive, Suite 4400
      Chicago, IL 60606

15    (312) 357-1313

16    David Wong (Pro Hac Vice)
      dwong@btlaw.com

17    11 S. Meridian Street Indianapolis, IN 46204
      (317) 236-1313

18

19    Attorneys for Defendants Cascade Parent Limited and Parallels Inc.

20                                          /s/ Pam K. Jacobson

21                                          Pam Kohli Jacobson, WSBA #31810
                                            pam.jacobson@klgates.com

22                                          K&L GATES LLP

23                                          925 4th Ave., Suite 2900
                                            Seattle, WA 98104

24                                          (206) 370-7605
                                            Attorneys for Plaintiff Alpenspruce

25                                          Education Solutions Inc.

26

PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY
CASE NUMBER 2:23-CV-00692-MJP - 3

506886689.1

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# EXHIBIT 2

# Exhibit Filed Under Seal

# EXHIBIT 3

# Exhibit Filed Under Seal

# EXHIBIT 4

# Exhibit Filed Under Seal

# EXHIBIT 5

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALPENSPRUCE EDUCATION SOLUTIONS INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CASCADE PARENT LIMITED, a Jersey limited company; and PARALLELS INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:23-cv-00692-MJP |

**Expert Report of Joel H. Steckel, Ph.D.**
**September 20, 2024**

**TABLE OF CONTENTS**

I.    Introduction............................................................................................................1
      A.    Qualifications........................................................................................1
      B.    Relevant Allegations............................................................................2
      C.    Assignment ...........................................................................................4
II.   Summary of Opinions ...........................................................................................5
III.  My Brand Awareness Study Demonstrates that Plaintiff's Target Consumers
      Have No or Very Little Awareness of Plaintiff's Alludo Product as a Brand
      in its Product Category ...........................................................................................6
      A.    Best Practices in Survey Design .........................................................6
      B.    Study Design and Administration........................................................10
            1.    Identifying and Sampling from the Relevant Target
                  Population .................................................................. 10
            2.    Main Questionnaire and Follow-up Questions ......................... 12
      C.    Data Analysis.........................................................................................18
            1.    Response Statistics.................................................................. 19
            2.    Analysis of Responses ............................................................. 19

i

## I.    Introduction

### A.    Qualifications

1.    I am a Professor of Marketing at the Leonard N. Stern School of Business, New York University ("NYU Stern"), where I have taught since January 1989. I served as NYU Stern's Vice Dean for Doctoral Education from August 2012 to September 2021. Overlapping that interval, I also served as the Acting Chairperson of the school's Accounting Department from August 2016 to August 2019. Prior to my promotion to Vice Dean, I was the faculty director of the Stern School Doctoral Program for five years, from May 2007 to July 2012. Earlier I served as the Chairperson of NYU Stern's Marketing Department for six years, from July 1998 to June 2004. I have also held either permanent or visiting faculty appointments at the Graduate School of Business, Columbia University; the Anderson Graduate School of Management, U.C.L.A.; the School of Management, Yale University; and the Wharton School, University of Pennsylvania. During the academic year 2022-2023, I served as a visiting scholar at the University of Pennsylvania Carey Law School while I was on sabbatical.

2.    I received my B.A. *summa cum laude* from Columbia University in 1977, and M.B.A. (with distinction), M.A., and Ph.D. degrees from the Wharton School, University of Pennsylvania in 1979, 1980, and 1982, respectively. I was elected to *Phi Beta Kappa* at Columbia University and *Beta Gamma Sigma* at the Wharton School. These are the national honor societies for the respective disciplines I studied at these institutions.

3.    I was the Founding President of the INFORMS (Institute for Operations Research and Management Science) Society on Marketing Science ("ISMS"), the foremost professional group for the development and application of management science theory and tools in marketing. In addition, I am a member of the American Marketing Association, the American Statistical Association, the Association for Consumer Research, the American Psychological Association, the American Association for Public Opinion Research, and the Society for Consumer Psychology.

4.    My fields of specialization within marketing include marketing research methodologies, marketing and branding strategies, the relationship between marketing research and marketing strategy, managerial decision-making, and consumer decision-making. I am an author or editor of five books and over 60 articles. In the course of my scholarly research, teaching, and consulting work, I have studied issues of marketing research, branding, their roles in consumer choice and marketing strategy, and the use of marketing research in legal disputes.

5.    I have sat on the editorial boards of many major journals over the years. From July 2010 until March 2017, I served as a co-Editor-in-Chief of the journal *Marketing Letters*. In that capacity, I evaluated over 200 research studies each year for over six and a half years. I served as a gatekeeper, deciding which articles were published in the journal, and which were not. As such, my evaluations of the scientific reliability and validity of each research study were subject to the scrutiny of the academic community. The community considers any study that appeared in the journal that did not conform to the scientific standards of my profession as a black mark on my record. I consider the fact that the journal's publisher, the international firm, Springer-Verlag, kept me on long past the expiration of my term (July 2014) as validation of my performance in evaluating research. My professional qualifications are described further in my curriculum vitae, which is attached as **Appendix A**.

6.    I have served as an expert witness on marketing research, marketing strategy, branding, trademark, and issues related to consumer decision-making in a variety of litigation matters. In the past four years, I testified as an expert witness in the matters listed in **Appendix B**.

### B.    Relevant Allegations

7.    Plaintiff Alpenspruce Education Solutions Inc. ("Plaintiff") is "a technology services firm serving school districts across the United States and provid[ing] a professional

development software platform for online and blended learning."[1] Plaintiff brings this action against Cascade Parent Limited, which has its principal place of business in St. Helier, New Jersey,[2] and Parallels Inc., a Delaware corporation with its principal place of business in Austin, Texas (collectively, "Defendants").[3]

8.  According to the Complaint, since 2018, Plaintiff "has conducted substantial business under and engaged in substantial promotion of its ALLUDO mark," and offered its products on the website https://www.alludolearning.com/.[4] Plaintiff's Alludo product is an online professional development platform for K-12 school districts that offers remote "professional learning courses for educators" through "on-line non-downloadable software for developing skills through goal setting, goal tracking, and competition with other users."[5]

9.  Defendant Cascade is a "global technology company" that provides "innovative, professional-caliber graphics, virtualization, and productivity solutions."[6] Since 1985, Defendant Cascade had "operated under the name Corel and marketed software products such as CorelDRAW, MindManager, Parallels, WinZip, PaintShop Pro, and WordPerfect under the Corel brand."[7] I understand that Defendant Cascade rebranded itself in

---

[1]  Plaintiff's First Amended Complaint, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, July 14, 2023 ("Complaint"), ¶ 15.

[2]  Complaint, ¶ 7.

[3]  Complaint, ¶ 8.

[4]  Complaint, ¶ 19-20.

[5]  Plaintiff Alpenspruce Education Solutions Inc.'s Answers and Objections to Defendants' First Set of Interrogatories, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, October 9, 2023, p. 3; "An easy, effective professional development platform for educators," *Alludo*, available at https://www.alludolearning.com/platform, accessed on September 11, 2024 ("Can you imagine professional learning courses for educators that are relevant to your teachers' and students' development, align with district initiatives, and positively affect student success?"); "What is Alludo? A learner-centered PD platform for K12 school districts!" *Alludo*, available at https://l.alludolearning.com/what-is-alludo, accessed on September 11, 2024; Complaint, ¶ 18.

[6]  "Corel is reimagining the future of work—and its own historic brand—as it fully rebrands as Alludo," *Alludo*, September 13, 2022, available at https://www.alludo.com/en/newsroom/press-releases/20220913-corel-rebrands-as-alludo/; "Hi! We're Alludo," *Alludo*, available at https://www.alludo.com/en/about/, accessed on September 9, 2024 ("Our innovative, professional-caliber graphics, virtualization, and productivity solutions are used by millions of people around the world every day.").

[7]  Complaint, ¶ 3.

September 2022 and "began use of the term 'Alludo' for its corporate brand" while having all of its subsidiaries maintaining "the individual and unique names and brands of their products."[8]

10. Defendant Parallels is a virtualization software brand owned by Defendant Cascade that provides users connections "to the applications and desktops" across devices and operating systems.[9]

11. Plaintiff alleges that Defendants are "infringing on Plaintiff's ALLUDO trademark and brand" and creating "confusion among K-12 educators, administrators, parents and students, as well as other members of the unsuspecting public."[10] Specifically, Plaintiff alleges that "Defendants' conduct has led to confusion amongst consumers, their own employees, and the general public" and "resulted in Plaintiff's customers being confused as to the source of the parties' respective goods and services."[11] Plaintiff further states its "concern[] that issues with Defendants' customer service may be attributed to Plaintiff by consumers and result in damage to Plaintiff's reputation."[12]

### C. Assignment

12. I have been retained by Barnes & Thornburg LLP, Counsel for Defendants to assess whether and to what extent Plaintiff's actual and potential consumers are aware of Plaintiff's Alludo product. Specifically, I have been asked to develop and conduct a survey to assess whether and to what extent the target consumers of Plaintiff's Alludo product (i.e., educators and administrators in the K-12 school system) are aware of the product as a

---

[8]  Defendant Cascade Parent Limited's Answer to Plaintiff's First Amended Complaint, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, August 11, 2023, pp. 2-3.

[9]  "Partner Program," *Parallels*, available at https://www.parallels.com/partners/, accessed on September 9, 2024 ("Parallels has been a trusted leading brand in the virtualization space for over 30 years and is always evolving to embrace modern platforms."); "Our Brands," *Alludo*, available at https://www.alludo.com/en/brands/, accessed on September 9, 2024 ("Connecting you to the applications and desktops you need — no matter the device or OS.").

[10]  Complaint, ¶ 2.

[11]  Complaint, ¶¶ 40-41.

[12]  Complaint, ¶ 47.

brand that provides online professional development courses to K-12 educators and administrators (my "Brand Awareness Study").

13.    In undertaking this assignment, I relied on my experience studying marketing and branding strategies, my review of documents and other materials provided to me by Counsel or obtained from public sources, and my analysis of the results of my Brand Awareness Study, a survey I designed and fielded in connection with this matter. **Appendix C** includes a complete list of materials I have reviewed to date in connection with this particular assignment. If new information is made available to me, I may update my opinions.

14.    My rate of compensation for this assignment is $1,250 per hour. Staff at Analysis Group, Inc. ("AG"), an economic and litigation consulting firm headquartered in Boston, Massachusetts, performed part of the work for this assignment under my direction. I receive additional compensation from AG related to the work of others under my supervision. No compensation is contingent upon the outcome of this research or of the case.

## II.    Summary of Opinions

15.    I conducted my Brand Awareness Study to determine whether K-12 educators and administrators are aware of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. I gathered a sample of respondents that is representative of K-12 educators and administrators in the U.S., and my key survey questions were one open-ended (unaided) and one closed-ended (aided) question to determine whether K-12 educators and administrators are aware of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. My survey results found *no* unaided awareness of Plaintiff's Alludo product among its target consumers, and only minimal aided awareness of Plaintiff's Alludo product among its target consumers (1.2 percent of respondents). These results demonstrate that Plaintiff's target consumers have no or very little awareness of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators.

### III. MY BRAND AWARENESS STUDY DEMONSTRATES THAT PLAINTIFF'S TARGET CONSUMERS HAVE NO OR VERY LITTLE AWARENESS OF PLAINTIFF'S ALLUDO PRODUCT AS A BRAND IN ITS PRODUCT CATEGORY

16.    I conducted my Brand Awareness Study to determine whether K-12 educators and administrators are aware of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. This research question examines whether and the extent to which Plaintiff's actual and potential consumers recall or recognize Plaintiff's Alludo product as a brand in its product category, i.e., among online platforms and software for the professional development of K-12 educators and administrators.[13]

17.    The results of my Brand Awareness Study demonstrate that Plaintiff's target consumers have no or very little awareness of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. Specifically, my survey results found *no* unaided awareness of Plaintiff's Alludo product among its target consumers, and only minimal aided awareness of Plaintiff's Alludo product among its target consumers (1.2 percent of respondents).

18.    Screenshots of my Brand Awareness Study as it appeared to respondents are attached as **Appendix D.1**. The survey instrument for my Brand Awareness Study is attached as **Appendix D.2**.

#### A.    Best Practices in Survey Design

19.    I designed and conducted my Brand Awareness Survey in a manner consistent with the scientific standards and best practices of my profession, both generally for marketing research and for research conducted for the purpose of litigation.[14]

---

[13]    Complaint, ¶ 2.

[14]    I closely adhere to the standards set forth by Federal Judicial Center, in the "Reference Guide on Survey Research" and in the "Manual for Complex Litigation." Both are critical references for designing and conducting valid and reliable studies used in litigation. *See* Diamond, Shari Seidman, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, National Academies Press, 2011, pp. 359-423 ("Diamond (2011)"); *Manual for Complex Litigation*, Federal Judicial Center, Fourth Edition, 2004 ("Manual for Complex Litigation"), p. 103.

20.   A good survey methodology seeks to avoid demand artifacts; that is, situations in which the methodology and/or survey suggest to respondents that they should provide a particular response that is "demanded" by the survey.[15] To avoid demand artifacts, I implemented a "blind" approach, ensured that questions were asked in a double-sided manner, randomized answer options, conducted pretests, and avoided giving respondents any indication that the survey was related to a litigation involving Plaintiff or Defendants. I discuss each of these elements in turn below.

21.   <u>Double-blind methodology</u>. Respondents did not know the sponsor or purpose of the study, nor was this information identified to them at any time before, during, or after their completion of their survey. This prevented respondents from adapting their behavior or responses to what they perceived the sponsor of the survey wanted.[16] Additionally, since the study was administered online by a computer program, there was no way for the survey administrator (i.e., the computer) to provide any cues indicating the sponsor or purpose of the study. Web-based surveys are recognized for providing reliable data because they generate high response rates, elicit truthful answers because of their anonymous nature, and do not introduce potential interviewer bias.[17] In addition, I ensured that the staff at Research Results (who programmed and fielded the survey),[18] the moderators of my pretests, and the coders of open-ended responses were blind to the purpose of my study.

22.   <u>Double-sided questions</u>. To prevent each of the questions from being leading,[19] I assigned "balanced and explicit emphasis to the neutral as well as affirmative and negative positions,"[20] and provided a "Don't know / Unsure," or equivalent, option for appropriate

---

[15]   For a discussion of demand artifacts, *see* Sawyer, Alan G., "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, 1975 ("Sawyer (1975)").

[16]   Diamond (2011), pp. 410-411.

[17]   Miller, Jeff, "Online Marketing Research," in *The Handbook of Marketing Research*, Sage Publications, Inc., 2006 ("Miller (2006)"), pp. 111-112.

[18]   Research Results programs surveys and works with panel companies to recruit high quality respondents. *See* "Sampling," *Research Results*, available at https://researchresults.com/sampling/, accessed on September 10, 2024.

[19]   *See* Diamond (2011), p. 388 ("[w]hen unclear questions are included in a survey, they may threaten the validity of the survey by systematically distorting responses if respondents are misled in a particular direction").

[20]   Jacoby, Jacob, "Are Closed-Ended Questions Leading Questions?" in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, American Bar Association, 2012 ("Jacoby (2012)"), p. 275.

questions. Thus, the relevant questions were balanced and did not provide respondents contextual cues as to what answers to provide.[21]

23.  Rotation and randomization. According to the *Reference Guide on Survey Research*, "the order in which response alternatives are provided in a closed-ended question can influence the answers."[22] In order to avoid such potential order effects, the *Reference Guide on Survey Research* recommends that "the order of the response choices in a survey should be rotated."[23] As a result of these recommendations, the order in which answer options were presented to respondents was randomized for relevant questions. The full questionnaire for my Brand Awareness Study, presented in **Appendix D.2**, describes the questions for which the order of answer options was randomized.

24.  Distractor response options. To prevent respondents from being able to guess the purpose of the survey, I included distractor response options in closed-ended questions. The distractor response options also helped to avoid suggesting to respondents that a given response option was of particular interest.[24] Distractor response options are relevant to the topic at hand, but are focused on aspects other than the research question of interest, and are widely used in surveys.[25]

---

[21] Diamond (2011), p. 390 ("[T]he survey can use a quasi-filter question to reduce guessing by providing 'don't know' or 'no opinion' options as part of the question […] By signaling to the respondent that it is appropriate not to have an opinion, the question reduces the demand for an answer and, as a result, the inclination to hazard a guess just to comply.").

[22] Diamond (2011), p. 395.

[23] Diamond (2011), p. 396.

[24] *See, e.g.*, Jacoby (2012), p. 273 ("What makes a question a leading question is that it does more than cause a respondent *to think* in terms of the subject matter posed by the question; it also guides or biases the respondent *to answer* one way rather than another. This can be accomplished in one of two general ways—either by making one or more responses (or response options) *more* likely to be selected than others, or by making one or more responses (or response options) *less* likely to be selected than others. All questions lead respondents to think; this does not make them leading questions. It is only when a question leads you to *answer* one way rather than another that it is considered leading. As the passages from authorities on legal evidence cited earlier indicate, when a (closed-ended or open-ended) question does not lead the respondent to select one *response* over others, it is not a leading question.") (emphasis in original) (internal citations omitted).

[25] *See, e.g.*, Simonson, Itamar, and Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, First Edition, American Bar Association, 2012, p. 250. *See also, e.g.*, Kugler, Matthew B., and R. Charles Henn Jr., "Internet Surveys in Trademark Cases: Benefits, Challenges, and Solutions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Second Edition, American Bar Association, 2022, p. 304 ("[M]ost trademark surveys will include 'distractor' questions or answer choices obscuring the subject matter of the survey.").

25. <u>Pretesting</u>. According to the *Reference Guide on Survey Research*, "texts on survey research generally recommend pretests as a way to increase the likelihood that questions are clear and unambiguous, and some courts have recognized the value of pretests."[26] A pretest is a standard practice that aims to confirm that all questions in a survey are understood by respondents, that the survey is navigable, and that respondents cannot guess the purpose of the study.[27] Before my Brand Awareness Study was fielded, 12 pretests were conducted under my direction, with respondents from the target population.[28] The questions used in my pretests were in accordance with best research practices to explore respondents' understanding of the measure of interest.

---

[26] Diamond (2011), p. 388.

[27] *See* Diamond (2011), pp. 388-389 (The "Reference Guide on Survey Research" recommends pretests be conducted on a sample of people who would be eligible to take the actual survey. Furthermore, the "Reference Guide on Survey Research" recommends that "interviewers observe the respondents for any difficulties they may have with the questions and probe for the source of any such difficulties so that the questions can be rephrased if confusion or other difficulties arise.").

[28] It is standard practice to pretest approximately 10 respondents, or until the researcher is confident that the questions in the survey are understood by respondents, that the survey is navigable, and that respondents cannot guess the purpose of the study. Pretest respondents are not included in the final sample. Prior to finalizing my Brand Awareness Study, 12 pretests were conducted under my direction on August 29 and 30, 2024. *See* **Appendix D.3** for the pretest moderator scripts. Respondents generally found the survey easy to understand and could not glean the purpose of the study. Following the pretests, I made minor language changes for clarity and balance.

First, I updated the wording of the instructions in Q0 from "On the following screens, you will be asked to answer a few questions about online learning platforms for skill and professional development." to "On the following screens, you will be asked to answer a few questions about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district. These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes. Specifically, the questions will be about <u>online</u> learning platforms or software that provide a catalog of such courses for educators." Second and similarly, I updated the wording of the question in Q1 from "Thinking about online learning platforms providing skill and professional development courses for educators, which brands come to mind?" to "Please think about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district. These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes. Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any?" Third and again similarly, I updated the wording of the question in Q2 from "Thinking about online learning platforms providing skill and professional development courses for educators, which of the following brands do you recognize?" to "Please think about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district. These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes. Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which of the following brands, if any, do you recognize?"

B.    **Study Design and Administration**

26.    My Brand Awareness Study was administered online, using Research Results' survey panel partners.[29] Respondents could take the survey using a mobile device or a tablet, laptop, or desktop computer. The survey was in field from August 30 to September 7, 2024, and a total of 250 respondents completed my Brand Awareness Study.

*1.    Identifying and Sampling from the Relevant Target Population*

27.    **Target Population.** I followed survey best practices for identifying and sampling from the relevant target population. In the *Reference Guide on Survey Research*, Dr. Shari Diamond writes, "[o]ne of the first steps in designing a survey … is to identify the target population (or universe). The target population consists of all elements (i.e., individuals or other units) whose characteristics or perceptions the survey is intended to represent."[30] Dr. Diamond further notes that the "definition of the relevant population is crucial because there may be systematic differences in the responses of members of the population and nonmembers," and as a result, "[a] survey that provides information about a wholly irrelevant population is itself irrelevant."[31] The target population for my Brand Awareness Study consists of educators and administrators currently employed by a K-12 school or school district in the U.S, who I understand are the target consumers for Plaintiff's Alludo product.[32]

---

[29]    "Sampling," *Research Results*, available at https://researchresults.com/sampling/, accessed on September 10, 2024.

[30]    Diamond (2011), p. 376.

[31]    Diamond (2011), p. 377.

[32]    *See* Complaint, ¶ 15 ("Plaintiff is a technology services firm serving school districts across the United States and provides a professional development software platform for online and blended learning."); Plaintiff Alpenspruce Education Solutions Inc.'s Answers and Objections to Defendants' First Set of Interrogatories, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, October 9, 2023, p. 5 ("Alpenspruce markets its services throughout the United States through the following channels and in the following ways: through its <alludolearning.com> and <Alpenspruce.com> websites; sponsoring events for school districts; attending and participating in conferences; Search Engine Optimization; Google AdWords; social media advertisements through its social media channels, including Facebook, Instagram and Twitter; direct email campaigns; organic social media campaigns; affiliate and referral marketing campaigns; partnership marketing campaigns; pay per click marketing campaigns; direct mail campaigns; and digital magazine advertisements.").

28. **Sample.** To accurately draw conclusions regarding the target population, an appropriate sampling methodology must be employed to gather a sample that is representative of the target population in terms of respondent demographics.[33] After passing a CAPTCHA (S1),[34] respondents went through the screening stage of the survey. As part of this screening, respondents provided their age category, sex, and state of residence (S2-S4).[35] If respondents' age category and sex did not match the value they provided to the panel, or if respondents selected "None of the above" for their state of residence, they were terminated from the survey. Respondents were then asked to indicate their employer and role from closed-ended lists and were only permitted to proceed if they indicated that they are employed by "a K-12 school or school district" as an "Educator (e.g. Teacher, Teaching Assistant)" or "Administrator (e.g., Principal, Superintendent, Director)" (S5-S6).[36]

29. To ensure that the respondent sample resulting from the screening process is representative of the target population, I established percentage quotas for respondents who completed the survey to reflect the distributions of U.S. K-12 educators and administrators according to their respective age categories, sex, and census regions. Specifically, I estimated the distribution of U.S. K-12 educators and administrators by age, sex, and census region based on data from the U.S. Census Bureau's American Community Survey (ACS) 2022 5-Year Public Use Microdata Sample.[37] I limited the ACS dataset to the subset of the population who are K-12 educators and administrators based on the ACS dataset's industry and occupation variables.[38] I then calculated the estimated percentage of K-12 educators and

---

[33] *See* Diamond (2011), pp. 377-383, p. 380 ("Identification of a survey population must be followed by selection of a sample that accurately represents that population.").

[34] Appendix D.2, p. D.2-1.

[35] Appendix D.2, p. D.2-2.

[36] Appendix D.2, pp. D.2-2-3.

[37] "American Community Survey 2022 5-Year Public Use Microdata Sample," *United States Census Bureau*, available at https://www2.census.gov/programs-surveys/acs/data/pums/2022/5-Year/, accessed on September 11, 2024; "PUMS Data," *United States Census Bureau*, May 14, 2024, available at https://www.census.gov/programs-surveys/acs/microdata/access.html.

[38] I first used the industry code variable identifying the North American Industry Classification System ("NAICSP") to identify those working in the K-12 industry, i.e. only those who were identified as working in the "6111 EDU – Elementary and Secondary Schools" were included. I then used the occupation code variable identifying the Standard Occupational Classification ("SOCP") to identify educators and administrators, i.e. only those who were identified as having at least one of the following occupations were included: "252010

administrators in the U.S. who fall into each age (for those age 18 and older), sex, and census region category.[39] This process of balancing survey completes ensures that my survey sample is representative of K-12 educators and administrators in the U.S.

30.    Further, to remove those respondents who may have specialized knowledge related to this litigation from their family members, the study excluded individuals who have a family member(s) working for a company that is: an online training company or learning software company; a law firm, legal services organization, or court; or a marketing, market research, or advertising agency (S7).[40] In addition to excluding respondents who had a family member(s) who worked in these industries, I also excluded respondents who had taken any surveys on professional development software in the past 30 days (S8),[41] as well as respondents who failed an attention check question in the screener (S9).[42]

31.    A total of 250 respondents completed my Brand Awareness Study. A complete description of the response rate and completion rate for the full Brand Awareness Study sample is provided in **Exhibit 1**.

### 2.    *Main Questionnaire and Follow-up Questions*

32.    At the beginning of the main survey, respondents were instructed to "think about the materials and resources you have encountered that can help set, track, and achieve *your* skill and professional development goals," followed by a description of the product category to which Plaintiff's Alludo product belongs.[43]

---

EDU-Preschool And Kindergarten Teachers," "252020 EDU-Elementary And Middle School Teachers," "252030 Secondary School Teachers," "252050 Special Education Teachers," "2530XX Other Teachers And Instructors," "259040 Teaching Assistants," "119030 MGR-Education And Childcare Administrators." "2018-2022 ACS PUMS DATA DICTIONARY," *United States Census Bureau*, January 25, 2024, available at https://www2.census.gov/programs-surveys/acs/tech_docs/pums/data_dict/PUMS_Data_Dictionary_2018-2022.pdf.

[39]    *See* backup calculations.

[40]    Appendix D.2, p. D.2-3.

[41]    Appendix D.2, p. D.2-3.

[42]    Appendix D.2, p. D.2-3.

[43]    Appendix D.2, p. D.2-5 (emphasis in original).

**Figure 1.**
**Screenshot of Q0 Instructions as Shown**
**to Respondents in My Brand Awareness Study**



33.    The description above of the product category to which Plaintiff's Alludo product belongs
was adapted from consumer-facing language used by online platforms providing
professional development courses to this audience and the features they provide, including
Plaintiff's Alludo product itself,[44] Frontline Professional Growth,[45] and PowerSchool.[46]

---

[44]    "An easy, effective professional development platform for educators," *Alludo*, available at
https://www.alludolearning.com/platform, accessed on September 11, 2024 ("We give you access to already-
built, fresh content that makes up 80% of your curriculum, so you can focus on your top needs in an instant. The
Alludo Catalog equips you with curated content and online courses you can reuse and tailor in minutes (not
months).");  "About," Alludo, available at https://www.alludolearning.com/about, accessed on September 11,
2024 ("Alludo leverages gamification to encourage teachers, administrators, staff or students to acquire new
skills and experience. By providing a fun, competitive, self-paced environment, players are empowered to own
their learning, choose topics aligned with their goals while collaborating with peers, earning badges, and
gaining knowledge.").

[45]    "Professional Learning Management Software," *Frontline Education*, available at
https://www.frontlineeducation.com/school-hcm-software/professional-growth/lms-for-teachers/, accessed on
September 6, 2024 ("Provide personalized professional learning for teachers — and all employees — to
improve practice and enhance student outcomes."; "Offer a Catalog of Goal-aligned Learning Opportunities
Provide relevant learning experiences for all teachers and employees with online/virtual courses, in-district
workshops, out-of-district events, conferences and more.").

[46]    "The Three Most Common Types of Teacher Professional Development and How to Make Them Better,"
*PowerSchool*, November 15, 2023, available at https://www.powerschool.com/blog/the-three-most-common-
types-of-teacher-professional-development-and-how-to-make-them-better/ ("The PowerSchool Premium

34. **Key Questions.** Respondents were asked one open-ended (Q1) and one closed-ended question (Q2) to determine whether K-12 educators and administrators are aware of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. Open-ended questions prompt respondents to type answers in their own words in a text box in an unaided manner, rather than selecting from a series of predetermined response options. An open-ended format has the benefit of gleaning the top-of-mind responses to a question while giving "fewer hints about expected or preferred answers," and without "reminding respondents of options that they might not otherwise consider."[47] After allowing respondents to express their most top-of-mind thoughts in an open-ended format, following up with a similar question in a closed-ended format allows one to more fully ascertain respondents' thoughts or opinions on a given topic.[48] Academic literature on brand equity also explains that consumers' awareness of a brand can be "assessed effectively through a variety of aided and unaided measures."[49] Specifically, unaided measures such as "[b]rand recall measures may use different sets of

---

Library expands your teachers' and staff's online professional learning options with a growing library of high-quality, self-paced PD courses from accredited vendors. Easily search, assign, and track PD so you can ensure you're consistently meeting core educator learning needs. Provide targeted training to your educators and staff on the most relevant education subjects today. Course subjects span a variety of content areas, target audiences, grade levels, and professional standards, and cover topics such as compliance, social and emotional learning (SEL), and classroom technology.").

[47] Diamond (2011), p. 392.

[48] *See, e.g.,* Jacoby (2012), p. 271 ("Open-ended questions are better in evoking what is 'top of mind' for most respondents, and doing so without raising issues for their consideration […] However, open-ended questions typically fail to capture all pertinent information respondents actually have in mind, especially when that information is detailed and complex."); Diamond (2011), pp. 391-392, Footnote 148.

[49] Keller, Kevin Lane, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing*, Vol. 57, No. 1, 1993, ("Keller (1993)"), p. 12. *See also, e.g.*, Day, George S., and Robert W. Pratt, Jr., "Stability of Appliance Brand Awareness," *Journal of Marketing Research*, Vol. 8, 1971, p. 85, Footnote 1 ("Each respondent was asked the same two questions— dealing with unaided and aided recall of appliance brands—during both interviews."; "The questions were: 'When you think of household appliances, what brands come to mind?' and 'Here is a list of brands some of which you may have already mentioned. Are there any other brands on this list that you know or have heard of?'"); Hutchinson, J. Wesley, Kalyan Raman, and Murali K. Mantrala, "Finding Choice Alternatives in Memory: Probability Models of Brand Name Recall," *Journal of Marketing Research*, Vol. 31, 1994, pp. 441, 443, 446. ("[B]rand recall has traditionally been measured using category cues, as in top-of-mind awareness (e.g., 'When you think of beer, what brands come to mind?'). In recognition, the consumer is exposed to the brand name and must simply identify it as appropriate for the task at hand (e.g., noticing a Budweiser display in the grocery store)."; "Recall tasks begin with an external cue. Typically, in both real-world choices and experimental research, the initial cue is a word or phrase that identifies a product category or consumer need."; "[Respondents] began by turning the page of the response booklet which revealed the category to be recalled in the sentence frame: 'Please recall as many brand names as you can of _____.'").

cues, such as progressively narrowly defined product category labels," to measure "[c]orrect identification of brand given product category," and aided measures such as "brand recognition measures may use the actual brand name" to measure "[c]orrect discrimination of brand as having been previously seen or heard."[50]

35.    First, an open-ended question assessed respondents' unaided brand awareness (Q1), as shown in **Figure 2** below:[51]

**Figure 2.**
**Screenshot of the Open-Ended, Unaided Awareness Question (Q1)**
**as Shown to Respondents in My Brand Awareness Study**



36.    Second, a closed-ended version of the question assessed respondents' aided brand awareness (Q2), as shown in **Figure 3** below.[52]

---

[50]    Keller (1993), pp. 12, 14.

[51]    Appendix D.2, p. D.2-5.

[52]    Appendix D.2, p. D.2-6.

**Figure 3.**
**Screenshot of the Closed-Ended, Aided Awareness Question (Q1)**
**as Shown to Respondents in My Brand Awareness Study**



37.     The substantive answer options in the closed-ended question Q2 included "Alludo," two "red herring" answer options,[53] and seven other online professional development platforms for K-12 educators and administrators, for a total of ten answer options. I chose the seven non-"Alludo" platforms by conducting exploratory Google searches for combinations of search terms including descriptors of function ("professional development," "PD," "professional learning"), format ("platform," "software," "courses," "online") and consumer ("for educators," "for teachers," "for schools"), based upon how Plaintiff describes the product category of its Alludo product. Among the platforms identified through this search, I considered for inclusion as answer options only those platforms with functionality geared towards schools or school districts and those that offer existing courses on various professional development topics in online formats, including videos, readings, and quizzes. From the initial list, I selected seven options for inclusion alongside Plaintiff's Alludo product and the two red herrings. First, I identified and selected for inclusion the five platforms that appeared in more than one identified list of professional development platforms for educators and administrators (Simple K12, BetterLesson, edWeb, ASCD Professional Development Tools, and Teaching Channel).[54] To select two more answer

---

[53]  I included "red herring" answer options (i.e., an answer option that does not exist or is highly improbable as a selection) to ensure that respondents who are included in my analysis are sufficiently attending to the question and answer options. Including "red herring" answer options that "are not legitimate options […] is very effective in identifying 'bad' survey takers" whose responses may be inaccurate. "Conducting an Online Survey? How to Make Sure You Don't Get Bad Data," *KS&R*, available at https://www.ksrinc.com/conducting-an-online-survey/, accessed on September 12, 2024.

[54]  "Professional Development," *School Data Leadership*, available at https://www.schooldataleadership.org/systems/professional-development, accessed on September 12, 2024; "How Teachers Are Learning: Professional Development Remix," *EdSurge*, available at https://www.edsurge.com/research/reports/how-teachers-are-learning-professional-development-remix, accessed on August 12, 2024; "15 Top Resources for Teacher Professional Development (Including Free Options!)," *We Are Teachers*, November 30, 2023, available at https://www.weareteachers.com/professional-development-for-teachers/; "Best Professional Development Websites and PLNs for Teachers," *Common Sense Education*, available at https://www.commonsense.org/education/lists/best-professional-development-websites-and-plns-for-teachers, accessed on August 12, 2024; Restifo, Diana, "Best Sites for Educator Professional Development," *Tech&Learning*, October 24, 2023, available at https://www.techlearning.com/resources/top-sites-for-educator-professional-development; Moraschinelli, Walter, "Professional Development Software: the 7 Best Options," *Slides with Friends*, available at https://slideswith.com/blog/best-professional-development-software, accessed on August 12, 2024; "10 Best Professional Development Courses for Teachers in 2023," *Teachers of Tomorrow*, October 30, 2023, available at https://www.teachersoftomorrow.org/blog/insights/best-professional-development-courses-for-teachers/; "Top 10 Professional Development Services Companies – 2023," *Education Technology Insights*, available at https://professional-development-services.educationtechnologyinsights.com/vendors/top-professional-development-services-companies.html, accessed on September 18, 2024; Dubey, Shashank, "18 Best Professional Development Tools For Teachers In

options, I evaluated the page rank of all identified platforms using SimilarWeb and included the two highest ranked platforms (Frontline Professional Growth and PowerSchool).[55]

38. **Follow-up question to test for litigation awareness**. According to the *Reference Guide on Survey Research*, "it is standard interview practice in surveys conducted for litigation to do double-blind research whenever possible: Both the interviewer and the respondent are blind to the sponsor of the survey and its purpose."[56] At the end of my Brand Awareness Study, all respondents were asked whether they were aware of any litigation involving online professional development platforms or software.[57]

### C.    Data Analysis

39. As discussed in the previous section, I designed my Brand Awareness Study to assess whether and to what extent K-12 educators and administrators are aware of Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. My survey results found *no* unaided awareness of Plaintiff's Alludo product among its target consumers, and only minimal aided awareness of Plaintiff's Alludo product among its target consumers (1.2 percent of respondents).

---

2024," *Teacher Professional Development*, May 2, 2024, available at https://tpd.edu.au/best-professional-development-tools-for-teachers/; Alfie, Samuel, "Professional Development Tools For Teachers," *eLearning Industry*, October 12, 2019, available at https://elearningindustry.com/professional-development-tools-for-teachers.

[55]    *See* Backup Table 1; A website's country ranking is calculated "based on a mix of [SimilarWeb's] estimations of a site's monthly unique visitors and monthly pageviews across desktop and mobile web traffic […] compared to […] domains in the country from which the analyzed domain gets most traffic." "Rank," *SimilarWeb*, available at https://support.similarweb.com/hc/en-us/articles/213452305-Rank, accessed on September 12, 2024.

[56]    Diamond (2011), pp. 410-411.

[57]    Appendix D.2, p. D.2-6.

*1.    Response Statistics*

40.    A total of 250 respondents completed my Brand Awareness Study. A complete description

of the response rate and completion rate for the full Brand Awareness Study sample is

provided in **Exhibit 1**.

*2.    Analysis of Responses*

41.    To measure <u>unaided</u> awareness of Plaintiff's Alludo product as a brand providing online

professional development courses to K-12 educators and administrators, I analyzed

responses to the open-ended question Q1:[58]

> *<u>Open-Ended, Unaided Awareness Question (Q1)</u>*:[59]
> Please think about how educators can meet *<u>their own</u>* skill and
> professional development goals, particularly by taking online courses
> using a dedicated platform or software selected by their school district.
> These online professional development courses for educators may include
> materials such as videos, interactive exercises, and quizzes.
>
> Thinking about <u>online</u> learning platforms or software that provide a
> catalog of such courses for educators, which brands come to mind, if any?

42.    Based on my analysis of the results of Q1 in my Brand Awareness Study, my survey results

found *no* unaided awareness of Plaintiff's Alludo product among its target consumers.

None of the 250 total respondents mentioned "Alludo" in Q1 when "[t]hinking about

<u>online</u> learning platforms or software that provide"[60] professional development courses for

educators.[61] The unaided awareness of Plaintiff's Alludo product among its target

consumers is shown in the "Total Unaided Brand Awareness" column of **Exhibit 2** and

**Figure 4** below.

---

[58]    Academic literature states that unaided awareness questions permit "respondents to arrive at the association themselves, unaided by prompting" (without including the brand name at issue) within the question. McCarthy, J. Thomas, *McCarthy on Trademarks and Unfair Competition*, Thomson Reuters, 2016, ("McCarthy (2016)"), p. 32-444.

[59]    Appendix D.2, p. D.2-5 (emphasis in original).

[60]    Appendix D.2, p. D.2-5 (emphasis in original).

[61]    Following my instructions, two independent and blind-to-the-purpose coders reviewed the responses to Q1 to identify whether "Alludo" was mentioned or not. The full set of instructions I provided to the coders are included in Appendix D.4.

**Figure 4.**
Brand Awareness Study
Unaided and Aided Awareness of Plaintiff's Alludo Product as an Online Platform Offering
Professional Development Courses to K-12 Educators and Administrators
Among Plaintiff's Target Consumers
(N = 250)

---

**Q1: [...]**

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for
educators, which brands come to mind, if any? *(Please be as specific as possible.)*

**Q2: [...]**

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for
educators, which of the following brands, if any, do you recognize? *(Select all that apply)*

| Total Unaided Brand Awareness[1] | Total Aided Brand Awareness[2] |
|---|---|
| 0.0% | 1.2% |

**Notes:**
[1] Total Unaided Brand Awareness is the sum of respondents who mentioned "Alludo" in their
open-ended answers to Q1 (0 respondents) divided by the total number of respondents who
completed the survey (250 respondents).
[2] Total Aided Brand Awareness is the sum of all respondents who chose "Alludo" in response
to Q2 and who did not mention "Alludo" in their open-ended answers to Q1 (3 respondents),
divided by the total number of respondents who completed the survey (250 respondents).

---

43.    To assess <u>aided</u> awareness of Plaintiff's Alludo product as a brand providing online
professional development courses to K-12 educators and administrators, I analyzed
responses to the closed-ended question Q2:[62]

> *Closed-Ended, Aided Awareness Question (Q2)*:
> Please think about how educators can meet *their own* skill and
> professional development goals, particularly by taking online courses
> using a dedicated platform or software selected by their school district.
> These online professional development courses for educators may include
> materials such as videos, interactive exercises, and quizzes.

---

[62]    Appendix D.2, p. D.2-6 (emphasis in original); Academic literature states that an "aided awareness" question
"[asks] the interviewee to choose from among various named products, with the desired response featured
prominently in the choices." McCarthy (2016), p. 32-449.

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which of the following brands, if any, do you recognize?[63]

44.    Based on my analysis of the results of Q2 in my Brand Awareness Study, my survey shows minimal awareness of Plaintiff's Alludo product among its target consumers – even when applying an aided question design. Specifically, only 3 out of 250 total respondents (1.2 percent) indicated that they recognized Plaintiff's Alludo product as a brand providing online professional development courses to K-12 educators and administrators. As points of comparison, 122 out of 250 total respondents (48.8 percent) selected PowerSchool, and 91 out of 250 total respondents (36.4 percent) selected Frontline Professional Growth. In fact, respondents recognized all seven other brands at substantially higher rates than Plaintiff's Alludo product, rendering Plaintiff's brand as the least recognized among the tested brands for online professional development courses to K-12 educators and administrators. The aided awareness of Plaintiff's Alludo product in the product category among its target consumers is summarized in **Exhibit 3** and **Figure 5** below.

---

[63]    The answer options were Alludo, Simple K12, BetterLesson, edWeb, ASCD Professional Development Tools, Teaching Channel, Frontline Professional Growth, PowerSchool, and two red herrings, BirchPD and Dolphyn Learning, as well as "None of the above" and "Don't know / Unsure." *See* Appendix D.2, p. D.2-6.

21

**Figure 5.**
Brand Awareness Study
Aided Awareness of Online Platforms Offering Professional Development Courses
to K-12 Educators and Administrators Among Plaintiff's Target Consumers
*Closed-Ended Responses*

| Online Learning Platform or Software | Number of Respondents | Share of Respondents |
|---|---|---|
| Alludo | 3 | 1.2% |
| PowerSchool | 122 | 48.8% |
| Frontline Professional Growth | 91 | 36.4% |
| edWeb | 78 | 31.2% |
| SimpleK12 | 44 | 17.6% |
| Teaching Channel | 46 | 18.4% |
| ASCD Professional Development Tools | 27 | 10.8% |
| BetterLesson | 23 | 9.2% |
| None of the above | 35 | 14.0% |
| Don't know / Unsure | 11 | 4.4% |
| **Total - Survey Completes** | 250 | 100.0% |

Note:
[1] As an attention check, I included two "red herring" answer options in Q2, BirchPD and Dolphyn Learning. Respondents who selected either of those red herring answer options were terminated from the survey. Of the 264 respondents who answered Q2, 14 selected BirchPD or Dolphyn Learning.

45. As sensitivity analyses, I conducted the same key analyses for each of the following subsets of the 250 total qualified respondents to my Brand Awareness Study: excluding any respondents who indicated that they were aware of any litigation potentially relevant to this matter (i.e., only the 240 respondents who did <u>not</u> indicate that they were aware of any potentially relevant litigation were included in this sensitivity analysis); and excluding any "laggards," defined as respondents who completed the survey in more than 8 minutes (i.e., only the 242 respondents who completed the survey in 8 minutes or less were included in this sensitivity analysis).[64] My conclusions remain the same after these sensitivity analyses,

---

[64] *See* **Brand Awareness Sensitivity Exhibits 2-3**. Based on a visual review of the distribution of survey completion times, for my laggard sensitivity analyses, I removed respondents who completed the survey in more than 8 minutes. After this cutoff point, a histogram of the survey completion times shows a gap in the

as detailed in **Brand Awareness Sensitivity Exhibits 2 and 3** in the Steckel backup materials.

46. The above findings inform my conclusion that Plaintiff's target consumers have no or very little awareness of Plaintiff's Alludo product as a brand in its product category of online platforms that provide professional development courses to K-12 educators and administrators.

_____
Joel H. Steckel, Ph.D.
September 20, 2024

---

response time distribution followed by a minimal number of occurrences across the remaining response time range (i.e., a "long tail").

**Exhibit 1**
**Brand Awareness Study**
**Survey Response Statistics**

| Status | N | % of Total |
|---|---|---|
| Completed Survey | 250 | 42.7% |
| Screened Out of Survey, due to: | 191 | 32.6% |
| *Failed reCaptcha [1]* | 19 | 3.2% |
| *Age or sex mismatch [2]* | 11 | 1.9% |
| *Did not select a state [3]* | 0 | 0.0% |
| *Does not work at a K-12 school or school district [4]* | 78 | 13.3% |
| *Is not a K-12 teacher or administrator [5]* | 31 | 5.3% |
| *Family employment conflict [6]* | 23 | 3.9% |
| *Recent "professional development software" survey experience [7]* | 10 | 1.7% |
| *Failed attention check [8]* | 5 | 0.9% |
| *Selected red herring [9]* | 14 | 2.4% |
| Self-Termination[10] | 46 | 7.8% |
| Quota full[11] | 99 | 16.9% |
| **Total - Clicked on Survey Link** | 586 | 100.0% |

**Notes:**

[1] Respondents who failed the reCaptcha test were screened out of the survey.

[2] Respondents who indicated that they were under 18 or that they preferred not to indicate their age or sex were screened out of the survey. Additionally, respondents who indicated an age or sex which did not match the value the panel company had on file were screened out of the survey.

[3] Respondents who did not indicate the state in which they currently reside in S4 ("In which state do you currently reside?") were screened out of the survey.

[4] Respondents who did not select "A K-12 school or school district" in S5 ("Are you employed by...?") were screened out of the survey.

[5] Respondents who did not select "Educator (e.g. Teacher, Teaching Assistant)" or "Administrator (e.g. Principal, Superintendent, Director)" in S6 ("You indicated that you are currently employed by a K-12 school or school district. What is your role?") were screened out of the survey.

[6] Respondents who selected "An online training or learning software company," "A law firm, legal services organization, or court," or "A marketing, market research, or advertising agency" in S7 ("Are any of your family members employed by…?") were screened out of the survey.

[7] Respondents who indicated that they had participated in a survey about "Professional development software" in the last 30 days in S8 ("Have you taken any surveys in the last 30 days on any of these topics?") were screened out of the survey.

[8] Respondents who did not select "5" in response to S9 ("People vary in the amount of attention they pay to these kinds of surveys. Some take them seriously and read each question, whereas others go very quickly and barely read the questions at all. If you have read this question carefully, please select '5' below.") were screened out of the survey.

**Exhibit 1**
**Brand Awareness Study**
**Survey Response Statistics**

[9] Respondents who selected either of the red herring answer options "BirchPD" or "Dolphyn Learning" in response to Q2 ("[...] Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which of the following brands, if any, do you recognize?") were screened out of the survey.

[10] Respondents who dropped out of the survey are listed as self-termination.

[11] Respondents who started the survey after the quota for their respective region, age, and gender had been filled were terminated in order to ensure a balanced sample.

[12] The completion rate, calculated as the total number of completes / total qualified respondents who started the main questionnaire was 100%.

**Exhibit 2**
**Brand Awareness Study**
**Unaided and Aided Awareness of Plaintiff's Alludo Product as an Online Platform Offering**
**Professional Development Courses to K-12 Educators and Administrators**
**Among Plaintiff's Target Consumers**
**(N = 250)**


**Q1:** […]


Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

**Q2:** […]


Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which of the following brands, if any, do you recognize? *(Select all that apply)*

| Total Unaided Brand Awareness[1] | Total Aided Brand Awareness[2] |
|---|---|
| 0.0% | 1.2% |


**Notes:**
[1] Total Unaided Brand Awareness is the sum of respondents who mentioned "Alludo" in their open-ended answers to Q1 (0 respondents) divided by the total number of respondents who completed the survey (250 respondents).
[2] Total Aided Brand Awareness is the sum of all respondents who chose "Alludo" in response to Q2 and who did not mention "Alludo" in their open-ended answers to Q1 (3 respondents), divided by the total number of respondents who completed the survey (250 respondents).

**Exhibit 3**
**Brand Awareness Study**
**Aided Awareness of Online Platforms Offering Professional Development Courses
to K-12 Educators and Administrators Among Plaintiff's Target Consumers**
*Closed-Ended Responses*

**Q2:** [...] Thinking about <u>online</u> learning platforms or software that provide a catalog of such
courses for educators, which of the following brands, if any, do you recognize? *(Select all that
apply)* [1]

| Online Learning Platform or Software | Number of Respondents | Share of Respondents |
|---|---|---|
| Alludo | 3 | 1.2% |
| PowerSchool | 122 | 48.8% |
| Frontline Professional Growth | 91 | 36.4% |
| edWeb | 78 | 31.2% |
| SimpleK12 | 44 | 17.6% |
| Teaching Channel | 46 | 18.4% |
| ASCD Professional Development Tools | 27 | 10.8% |
| BetterLesson | 23 | 9.2% |
| None of the above | 35 | 14.0% |
| Don't know / Unsure | 11 | 4.4% |
| **Total** - **Survey Completes** | 250 | 100.0% |

**Note:**
[1] As an attention check, I included two "red herring" answer options in Q2, BirchPD and
Dolphyn Learning. Respondents who selected either of those red herring answer options were
terminated from the survey. Of the 264 respondents who answered Q2, 14 selected BirchPD or
Dolphyn Learning.

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**
**Q1: […]**

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 201 | There are brands like NCTM for me personally | No |
| 203 | I don't engage in many online courses.  I prefer hands-on, in-classroom graduate courses with practical applications for my teaching. | No |
| 206 | I use google to ask my educator questions. | No |
| 207 | Canva, blackboard, udemy, | No |
| 209 | Coursera, Udemy, Skillshare, edX, Udacity | No |
| 219 | Learner's edge | No |
| 220 | Google | No |
| 221 | NWEA, NEE | No |
| 223 | Edmentum  NWEA  CANVAS  GOOGLE CLASSROOM | No |
| 224 | Sunshine standards  Core education | No |
| 229 | There were on line courses I took through Texas A and M for teachers that were free for getting professional development credit. | No |
| 232 | Power school   Google   You tube | No |
| 235 | Canvas | No |
| 237 | Idaho state university courses | No |
| 239 | Scholastic,  ixl | No |
| 242 | Capterra, Absorb, edX, Coursera, Skillshare, Udemy, Khan | No |
| 246 | Carnageige learning | No |
| 247 | Chegg | No |
| 248 | Khan academy | No |
| 249 | Inverse, learnoco, envision, grades, kahoot | No |
| 250 | google | No |
| 252 | Loom, google classroom, zoom, Google meets | No |
| 253 | Educators can meet their skillset by taking online courses that help them hone their skills and improve their pedagogy. Online exercises can help teachers as they try out and practice the new skills and tips they are learning. Some learning platforms that provide a catalog of professional development include Brainspring, udemy, and skillshare. | No |
| 256 | Fiddlrs | No |
| 259 | Infinitec | No |
| 265 | IXL | No |
| 266 | Virtual  Free state | No |
| 272 | Google classroom | No |
| 301 | Teacher Created Resources | No |
| 304 | BER, GCN | No |

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**
**Q1: […]**

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 305 | Canvas  Canva  Quizzes  Microsoft | No |
| 311 | Near pod   Pear deck  Common lit  Houghton Mifflin court | No |
| 333 | Edgenuity | No |
| 334 | Hereff Jones | No |
| 335 | pearson, class dojo | No |
| 338 | Nothing specific comes to mind other than universities which have a variety of coursework related to education and offer some of it virtually | No |
| 339 | Arkansas Ideas | No |
| 340 | Aim Pathways, RESA, Walden University | No |
| 342 | Kahn academy  I excel | No |
| 346 | Ted talks  KET | No |
| 347 | Euphoria | No |
| 348 | Caterpillar | No |
| 349 | The first thing that comes to mind is Everfi. I know it's not about bettering us as teachers but it does help us provide tools for students to learn about managing their money. | No |
| 350 | I think of coursera, edulate, and quizlet to help | No |
| 351 | College Board | No |
| 353 | The best one is the lastinger learning center for literacy through | No |
| 357 | Khan Academy, College Board, IXL | No |
| 360 | Apex, Edmentum | No |
| 361 | Nothing | No |
| 362 | GCN | No |
| 364 | none | No |
| 368 | UDEMY | No |
| 369 | Canvas, Google Classroom, Coursera, Khan Academy | No |
| 371 | Pearson | No |
| 376 | To be honest, I take the classes but I don't pay attention to the platform or software.  The most recent professional development that I took online was through the Ohio Department of Education. | No |
| 378 | I am a PE teacher-I dont utilize software during my classes | No |
| 379 | Google  Microsoft  Study.com  TPT | No |
| 381 | Learners choice | No |
| 383 | Keenan | No |
| 384 | Skillshare   Open Learning | No |
| 385 | Zoom  Canvas | No |
| 387 | Google class room'  Google Meet | No |

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**

**Q1:** […]

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 389 | Lexia freckles my onn | No |
| 390 | Udemy, Teachable, kaijabi, | No |
| 391 | Safe schools | No |
| 392 | greenbush is what we use at our school | No |
| 393 | GCN traininng about bulliying and discimantion on job place. In addtion how to deal with bbullying. Wealso have youtube that helps with lesson plans | No |
| 394 | Reinassisance | No |
| 398 | Concordia university | No |
| 400 | Frontline | No |
| 403 | Frontline | No |
| 405 | Lead forward and Region 13 | No |
| 407 | I have taken several courses using the Edith-Winthrop database and I have been more than happy with their instructional delivery. | No |
| 409 | I can't think of any right now | No |
| 411 | Paper.co  IXL | No |
| 414 | Abeka | No |
| 415 | Iris center  Council for Exceptional Children | No |
| 417 | Beess portal | No |
| 423 | coursera | No |
| 428 | google classroom  class  dojo | No |
| 429 | Educere | No |
| 430 | I have taken some professional development through edweb and scope | No |
| 433 | GCN | No |
| 440 | Google Kahn | No |
| 443 | Ixk  Amplify  Eureka | No |
| 445 | North Tier | No |
| 446 | Udemy | No |
| 447 | Not sure | No |
| 448 | Google Classroom  Kahoot  Flipgrid  IXL  IReady | No |
| 450 | I use my local regional office, online math symposiums, and there are usually big high schools that put on pd training | No |
| 455 | iReady, Aspire | No |
| 459 | IXL  ABCYA  PSBKIDS  Google Classroom | No |
| 465 | Learning care | No |
| 468 | Coursera | No |
| 469 | Pearson | No |

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**
**Q1: […]**

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 471 | I can't think of any! I haven't been employed by a school that made online PD available. The closest I can think was the PA Teacher Induction I participated in last year, where educators at the top level taught month-long modules to new teachers all over the state. (This is through PDE.) I found some of this content helpful to me in my classroom. | No |
| 473 | Thinking about online learning platforms or software, I cannot think of any learning platforms or software that can provide a catalog of such courses for educators. | No |
| 475 | OLAC | No |
| 477 | Duolingo  99math  Prodigy  Canvas   Readworks | No |
| 482 | Discovery | No |
| 483 | Google Microsoft Khan Academy | No |
| 486 | Schoology | No |
| 497 | I have taken courses with google, curriculum engine, amplify science, ready gen reading, and envisions math. This has been in the past 2 years. | No |
| 564 | none | No |
| 565 | Automatically assigned from school board classes | No |
| 570 | Coursework, Skillshare are just a few that have courses for teaching that provide a certificate at the end. | No |
| 573 | Kahn Academy | No |
| 574 | Within my school district,, we use a system for professional development education called MYPLN (which stands for my professional learning network). It does include videos, interactive exercises, and quizzes. I don't know if my school district created this or purchase this classes are created by school district employees as far as I can tell. | No |
| 577 | The university of Maryland advertises online courses. Alot of cyber security online courses are advertised nowadays. | No |
| 578 | Regio 10 | No |
| 579 | They can take professional deceomeny courses online as well as attending trainings. | No |
| 580 | Coursera | No |
| 581 | Teachers pay teachers | No |
| 586 | I think online services are good I also graduated from online school so I learned a lot online you can get a lot of information from online | No |
| 588 | Icev | No |

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**
**Q1: […]**
Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators,
which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 589 | None came to mind | No |
| 590 | Classical U  NCCAT | No |
| 594 | University of Pheonix, | No |
| 596 | Us math recovery | No |
| 601 | HHM | No |
| 603 | Ablenet u   Kaplan | No |
| 607 | All I can think of at this moment is Scholastic. I'm sure there are others, but I jus am drawing a blank. | No |
| 608 | Math Teachers and Associates  New York State University  Teachers Pay Teachers | No |
| 609 | OG training by Brainspring  Ted talks | No |
| 611 | Teachers academy | No |
| 615 | Study island   iready  Canvas  Google classroom  IXL  Khan Academy | No |
| 617 | schoology | No |
| 618 | Cast books   Free learning   Education browser   Kids excel today | No |
| 619 | Know4be  Vector  Frontline | No |
| 620 | Google classroom | No |
| 621 | Beacon | No |
| 625 | Coursera, Khan Academy | No |
| 626 | Open Physed | No |
| 629 | CHAMPS | No |
| 631 | Edweek, GLR, KDP, The Teaching Channel | No |
| 633 | Canvas, Schoology, Google Classroom | No |
| 635 | Blackboard is the one that comes to mind | No |
| 664 | Zoom | No |
| 665 | the only ones I am aware of are established academic institutes of which there are many, | No |
| 666 | The Friday institute | No |
| 672 | google | No |
| 673 | Google  Crome | No |
| 674 | Schoology Renweb canvas facts | No |
| 675 | Education now | No |
| 676 | Ixl. | No |
| 677 | canvas  google classroom | No |
| 682 | Duolingo, Masterclass, Department of Education site | No |
| 686 | Maxie, the, wr | No |
| 687 | Nearpod | No |

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**

**Q1:** […]

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 688 | Canvas, teacherspayteachers, Khan academy | No |
| 689 | Google, zoom, brightspace | No |
| 691 | SEL, Second Step, Khan Academy, Apex, Speak now | No |
| 695 | Canvas, Blackboard, Desire2Learn | No |
| 700 | ABCMouse | No |
| 706 | Udemy, Mindvalley | No |
| 707 | Benchmark learning, lexia learning, dreambox, zearn, PDs for different subjects or teaching strategies | No |
| 715 | Houghton-Mifflin, Southwest | No |
| 728 | Fishtank | No |
| 744 | Canvas Google classroom | No |
| 745 | Unsure | No |
| 747 | Safe schools   Online classes at community colleges and universities Professional development trainings in and out of your school system | No |
| 757 | Idk learning  Canva  Primary ilm | No |
| 763 | Coursera    Parasharp | No |
| 766 | Ed Web | No |
| 776 | Khan Academy | No |
| 778 | Khan | No |
| 789 | McGrawhill  IXL | No |
| 799 | Arkansas ideas is used in Arkansas for teachers to watch videos and participate in quizzes and other online platforms to learn new things about the school districts and about the states laws. This includes fix ethics presentations, Arkansas history, stopping childhood trafficking and more. | No |
| 808 | brainpop,bill nye | No |
| 827 | I'm not sure | No |
| 829 | Harcourt.  Hill & McGraw | No |
| 830 | Texas pay teachers. | No |
| 833 | Redwoods Institute | No |
| 844 | Kamba  Tadpoles  Home Links  IXL | No |
| 851 | Youtube | No |
| 928 | The online education trainings I received is soundbar, letters, and gogardiun. I think all of these are good programs for helping educators in the classroom. | No |
| 992 | Khan Academy  Peterson University | No |
| 1000 | Google classroom, class dojo | No |
| 1004 | Reflex, IXL, Ted Talks, Kahn Acadamy, Fundations | No |

**Exhibit 4**
**Brand Awareness Study**
**Unaided Awareness Question**
*Open-Ended Responses*
**(N = 180)[1]**
**Q1:** […]
Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? *(Please be as specific as possible.)*

| Respondent ID | Response | Mentioned "Alludo"?[2] |
|---|---|---|
| 1005 | NYS Early Childhood Teacher Training  Khan Academy | No |

**Notes:**
[1] 70 respondents selected "Don't know / Unsure" in response to Q1 and are excluded from this exhibit.
[2] Two coders who were blind to the purpose of the study independently categorized whether each open-ended response mentioned "Alludo."

# APPENDIX A

**Curriculum Vitae**

**JOEL HOWARD STECKEL**
New York University
812 Tisch Hall
New York, NY  10012-1126
Tel: (212) 998-0521
EMail: JS8@STERN.NYU.EDU

## EDUCATION

UNIVERSITY OF PENNSYLVANIA, THE WHARTON SCHOOL

Doctor of Philosophy Degree (Marketing/Statistics) awarded, May 1982.
Dissertation Title:  "A Game Theoretic and Experimental Approach to the Group Choice Phenomenon in Organizational Buying Behavior;" Professor Yoram Wind, advisor.

Master of Arts Degree (Statistics) awarded May 1980.

Master of Business Administration Degree (Management Science) awarded with Distinction, May 1979.

Elected to Beta Gamma Sigma, May 1979.

COLUMBIA UNIVERSITY

Bachelor of Arts (Mathematics) awarded Summa Cum Laude, May 1977.

Elected to Phi Beta Kappa, May 1977.

## ACADEMIC POSITIONS

Visiting Scholar, University of Pennsylvania Carey Law School, September 1 2022 – August 2023.

Vice Dean for Doctoral Education, Stern School of Business, New York University, August 2012-August 2021.

Accounting Department, Acting Chairperson, Stern School of Business, August 2016 – August 2019.

Director PhD Programs, Stern School of Business, New York University, May 2007-July 2012.

Marketing Department Chairperson, Stern School of Business, New York University, July 1998-June 2004.

Professor and Associate Professor, Stern School of Business, New York University, January 1989 - present.  Taught courses in Business Strategy, Marketing Management, Marketing Research, Corporate Reputation and Branding, Models of Pricing and Promotion, Field Studies in the New Economy, Marketing Engineering, and Analytic Marketing for Management Consulting.  Also

taught Doctoral Seminars in Mathematical Models in Marketing and Behavioral Research Methods.

Visiting Professor, Wharton School, University of Pennsylvania, January 1995 - December 1995. Taught Core Marketing course.

Visiting Professor, Escola de Pós-Graduação em Ciências Económicas e Empresariais, Universidade Católica Portuguesa, May - June 1992, May - June 1993.  Taught Industrial Marketing and Marketing Strategy.

Associate Professor and Assistant Professor, Graduate School of Business, Columbia University, July 1981 - December 1988.  Taught MBA-level courses in Industrial Marketing, Marketing Planning, and Marketing Research.  Taught three Ph.D.-level Marketing Seminars and Applied Multivariate Statistics.

Visiting Associate Professor, School of Organization and Management, Yale University, September - December 1988.  Taught graduate course in Marketing Strategy.

Visiting Assistant and Associate Professor, Graduate School of Management, University of California at Los Angeles, July 1984 - June 1985, January - March 1987.   Taught Advanced Marketing Management, Marketing Research, and Strategic Marketing Planning.

Assistant Instructor, Department of Statistics, University of Pennsylvania, July 1979 - June 1980. Assisted in undergraduate and MBA-level courses in Statistics.  Taught undergraduate course in Calculus.

Teaching Assistant, Department of Mathematics, Columbia University, September 1976 - May 1977.  Assisted in courses in Number Theory and Differential Equations.

## PROFESSIONAL INTERESTS

Marketing Strategy and Marketing Research.  In particular, marketing research methodology, marketing and branding strategies, digital marketing, legal aspects of marketing, and managerial decision making.

## PUBLICATIONS

### Books

Legal Aspects of Marketing Theory (ed. with J. Gersen), New York: Cambridge University Press, 2023.

Shift Ahead: How the Best Companies Stay Relevant in a Changing World (with A. Adamson), New York: AMACOM, 2018.

Marketing Research (with D. Lehmann and S. Gupta), Boston: Addison-Wesley Longman, 1998.

Analysis for Strategic Marketing (with V. Rao), Boston: Addison-Wesley Longman, 1998.

A-2

<u>The New Science of Marketing: State of the Art Tools for Anticipating and Tracking the Market Forces that will Shape Your Company's Future</u> (with V. Rao), Chicago: Irwin Professional Publishers, 1995.

## **Journal Articles**

"Incorporating Uncertainty in Trademark Surveys: Do Respondents Really Know What They Are Talking About?," (with B. Beebe, R. Germano, and C. Sprigman), <u>The Trademark Reporter,</u> Forthcoming.

"Consumer Uncertainty in Trademark Law," (with B. Beebe, R. Germano, and C. Sprigman), <u>Emory Law Journal</u>, Vol. 72, Issue 3, 2023, 487-546.

"Clearing Up Some Confusion about Dilution: A Reply to Hal Poret," <u>The Trademark Reporter</u>, Vol. 112, 2022, 684ff.

"The Science of Proving Trademark Dilution," (with B. Beebe, R. Germano, and C. Sprigman), <u>The Trademark Reporter,</u> Vol. 110, November-December 2019.

"Testing for Trademark Dilution in the Court and Lab," (with B. Beebe, R. Germano, and C. Sprigman), <u>University of Chicago Law Review,</u> Vol 86, May 2019.

"The Future of Marketing Letters," (with P. Golder and S. Jap), <u>Marketing Letters</u>, Vol. 29, No. 3, September, 2017, 1-5.

"Behavioral Reasons for New Product Failure: Does Overconfidence Induce Over-forecasts?" (with D. Markovitch, A/ Michaut-Denizeau, D. Philip, and W. M. Tracy), <u>Journal of Product Innovation Management,</u> Vol. 32, No. 5, September 2015.

"Modeling Credit Card Share of Wallet: Solving the Incomplete Information Problem," (with Y. Chen), <u>Journal of Marketing Research,</u> Vol. 49, No. 5, October 2012.

"The Role of Consumer Surveys in Trademark Infringement: Evidence From the Federal Courts," (with R. Bird), <u>University of Pennsylvania Journal of Business Law,</u> Vol. 14, Issue 4, Summer 2012, 1013-1054.

"Do Initial Stock Price Reactions Provide a Good Measurement Stick for Marketing Strategies? The Case of Major New Product Introductions in the US" (with D. Markovich), <u>European Journal of Marketing,</u> Vol. 46, Iss. 3, 2012, 406-421.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), <u>International Journal of Forecasting</u>, Vol. 23, November 2007, 347-64.

"Dilution through the Looking Glass: A Marketing View of the Trademark Dilution Revision Act of 2005," (with R. Klein and S. Schussheim), <u>The Trademark Reporter,</u> Vol. 96, No. 3, May-June 2006.

A-3

"Choice in Interactive Environments," (with R. Winer, R.Bucklin, B. Dellaert, X. Drèze, G. Häubl, S. Jap. J.D.C. Little, T. Meyvis, A. Montgomery, and A. Rangaswamy), <u>Marketing Letters,</u> Vol. 16, No.3/4, 2005.

"Using Capital Markets as Market Intelligence: Evidence from the Pharmaceutical Industry," (with D. Markovich and B. Yeung), <u>Management Science,</u> October 2005.

"Marketing Science – Growth and Evolution," (with J. Hauser, G. Allenby, F.H. Murphy, J.S. Raju, and R. Staelin), <u>Marketing Science,</u> Vol. 24, No. 1, Winter 2005.

"Supply Chain Decision Making: Will Shorter Cycle Times and Shared Point of Sale Information Necessarily Help?," (with S. Gupta and A. Banerji), <u>Management Science</u>, Vol. 50, No. 4, April 2004.

"Choice and the Internet: From Clickstream to Research Stream," (with R. Bucklin, J. Lattin, A. Ansari, S. Gupta, D. Bell, E. Coupey, J.D.C. Little, C. Mela, and A. Montgomery), <u>Marketing Letters</u>, Vol. 13, No. 3, Summer 2002.

"A Multiple Ideal Point Model: Capturing Multiple Preference Effects from within an Ideal Point Framework," (with J. Lee and K. Sudhir), <u>Journal of Marketing Research</u>, Vol. 39, No. 1, February 2002.

"2001: A Marketing Odyssey," (with E. Brody), Vol. 20, No. 4, <u>Marketing Science,</u> Fall 2001.

"Consumer Strategies for Purchasing Assortments within a Single Product Class," (with Jack K.H. Lee), <u>Journal of Retailing</u>, Vol. 75, No. 3, Fall 1999.

"The Max-Min-Min Principle of Product Differentiation," (with A. Ansari and N. Economides), <u>Journal of Regional Science</u>, May 1998.

"Dynamic Influences on Individual Choice Behavior," (with R. Meyer, T. Erdem, F. Feinberg, I. Gilboa, W. Hutchinson, A. Krishna, S. Lippman, C. Mela, A. Pazgal, and D. Prelic), <u>Marketing Letters</u>, Vol. 8, No. 3, July 1997.

"Addendum to 'Cross Validating Regression Models in Marketing Research'," (with W. Vanhonacker), <u>Marketing Science</u>, Vol. 15, No. 1, 1996.

"Selecting, Evaluating, and Updating Prospects in Direct Mail Marketing," (with V. Rao), <u>Journal of Direct Marketing</u>, Vol. 9, No. 2, Spring 1995.

"A Cross-Cultural Analysis of Price Responses to Environmental Changes," (with V. Rao), <u>Marketing Letters</u>, Vol. 6, No. 1, January 1995.

"Cross Validating Regression Models in Marketing Research," (with W. Vanhonacker), <u>Marketing Science</u>, Vol. 12, No. 4, Fall 1993.

"Preference Aggregation and Repeat Buying in Households," (with S. Gupta), <u>Marketing Letters</u>, Vol. 4, No. 4, October 1993.

A-4

"Roles in the NBA: There's Still Always Room for a Big Man, But His Role Has Changed" (with A. Ghosh), Interfaces, Vol. 23, No. 4, July-August 1993.

"Introduction to `Contributions of Panel and Point of Sale Data to Retailing Theory and Practice'," Journal of Retailing, Vol. 68, No.3, Fall 1992.

"Explanations for Successful and Unsuccessful Marketing Decisions: The Decision Maker's Perspective" (with M.T. Curren and V.S. Folkes), Journal of Marketing, Vol. 56, No. 2, April 1992.

"Locally Rational Decision Making: The Distracting Effect of Information on Managerial Performance" (with R. Glazer and R. Winer), Management Science, Vol. 38, No. 2, February 1992.

"Prospects and Problems in Modeling Group Decisions" (with K.P. Corfman, D.J. Curry, S. Gupta, and J. Shanteau), Marketing Letters, Vol. 2, No. 3, July 1991.

"A Stochastic Multidimensional Scaling Methodology for the Empirical Determination of Convex Indifference Curves in Consumer Preference/Choice Analysis" (with W.S. DeSarbo and K. Jedidi), Psychometrika, Vol. 56, No. 2, June 1991.

"A Polarization Model for Describing Group Preferences" (with V. Rao), Journal of Consumer Research, Vol. 18, No. 1, June 1991.

"On the Creation of Acceptable Conjoint Analysis Experimental Designs," (with W.S. DeSarbo and V. Mahajan), Decision Sciences, Vol. 22, No. 2, Spring 1991.

"Longitudinal Patterns of Group Decisions: An Exploratory Analysis" (with K.P. Corfman and D.R. Lehmann), Multivariate Behavioral Research, Vol. 25, No. 3, July 1990.

"Investing in the Stock Market: Statistical Pooling of Individual Preference Judgments," (with N. Capon), Annals of Operations Research, Vol. 23, 1990.

"Judgmental Forecasts of Key Marketing Variables: Rational vs. Adaptive Expectations" (with R. Glazer and R. Winer), International Journal of Forecasting, Vol. 6, No. 3, July 1990.

"Committee Decision Making in Organizations: An Experimental Test of the Core," Decision Sciences, Vol. 21, No. 1, Winter 1990.

"Towards a New Way to Measure Power: Applying Conjoint Analysis to Group Purchase Decisions" (with J. O'Shaughnessy), Marketing Letters, Vol. 1, No. 1, December 1989.

"The Formation and Use of Key Marketing Variable Expectations and their Impact on Firm Performance: Some Experimental Evidence" (with R. Glazer and R. Winer), Marketing Science, Vol. 8, No. 1, Winter 1989.

"A Heterogeneous Conditional Logit Model of Choice" (with W. Vanhonacker), Journal of Business and Economic Statistics, Vol. 6, No. 3, July 1988.

A-5

"Estimating Probabilistic Choice Models from Sparse Data: A Method and an Application to Groups" (with D.R. Lehmann and K. Corfman), <u>Psychological Bulletin</u>, Vol. 95, No. 1, January 1988.

"A Friction Model for Describing and Forecasting Price Changes" (with W.S. DeSarbo, V.R. Rao, Y.J. Wind and R. Colombo), <u>Marketing Science</u>, Vol. 6, No. 4, Fall 1987.

"Group Process and Decision Performance in a Simulated Marketing Environment" (with R. Glazer and R. Winer), <u>Journal of Business Research</u>, Vol. 15, No. 6, December 1987.

"Effective Advertising in Industrial Supplier Directories" (with D.R. Lehmann), <u>Industrial Marketing Management</u>, Vol. 15, No. 2, April 1985.

## Book Chapters

"Conducting Experiments in Litigation: An Academic Perspective", in <u>Handbook of Marketing Analytics: Methods and Application in Marketing Management, Public Policy, and Litigation Support</u>, 2nd ed., N. Mizik and D. Hanssens (eds.), Springfield MA: Edward Elgar Publishing, Forthcoming.

"Choice Experiments: Reducing Complexity and Measuring Behavior Rather than Perception" (with R. Fair, K. Shampanier, and A. Cai), in <u>Legal Aspects of Marketing Theory</u> (ed. with J. Gersen), New York: Cambridge University Press, 2023.

"The Inevitable Decline of American Political Discourse," in <u>Review of Marketing Research</u>, Vol. 17, D. Iacobucci (ed.), Emerald Publishing, 2019.

"Dynamic Decision Making in Marketing Channels", with S. Gupta, and A. Banerji), in <u>Experimental Business Research</u>, A. Rapoport and R. Zwick (eds.), Boston, MA: Kluwer Academic Publishers, 2002.

## Refereed Proceedings

"PIONEER:  Decision Support for Industrial Product Planning" in <u>Efficiency and Effectiveness in Marketing</u>, Proceedings of the American Marketing Association Educator's Conference, Vol. 54, 1988, G.L. Frazier and C.A. Ingene, eds., Chicago.

"Mathematical Approaches to the Study of Power: A Critical Review" in <u>Advances in Consumer Research</u>, Vol. XII, 1985, E. Hirschman and M. Holbrook, eds., Provo, UT.

"On Obtaining Measures from Ranks" in <u>An Assessment of Marketing Thought and Practice</u>, Proceedings of the American Marketing Association Educator's Conference, Vol. 48, B.J. Walker, ed., 1982, Chicago.

## Other

"Don Lehmann: My Reflections On A Time Gone By," essay in the Legends of Marketing Series.

A-6

"Find the Open Door: A Reflection" in "Reflections of Eminent Marketing Scholars," Foundations and Trends in Marketing, Special Issue, 2022, ed. by Dawn Iacobucci, Boston-Delft: Now Publishers.

"New Survey Methods Address Consumer Uncertainty in Trademark Law" (with A. Cai and H. Rowland), IPWatchdog.com, October 8, 2021, https://www.ipwatchdog.com/2021/10/08/new-survey-methods-address-consumer-uncertainty-trademark-law/id=138390/

"COVID-19 and Bottom Line Impacts in Trademark Litigation" (with R. Befurt and A. Cai), Quickread, December 9, 2020, http://quickreadbuzz.com/2020/12/09/business-valuation-befurt-steckel-covid-19-and-bottom-line-impacts-in-trademark-litigation/

"New Survey Methods May Assess TM Dilution with More Detail" (with R. Befurt and A. Cai), August 14, 2020, Law 360, https://www.analysisgroup.com/globalassets/insights/publishing/2020_survey_methods_assess_tm_dilution_detail.pdf

"How Smart Marketers Gauge the Future to Shift Ahead of Consumer Needs" (with A. Adamson), American Management Association Playbook, December 18, 2017, http://playbook.amanet.org/training-articles-marketers-shift-ahead-consumer-needs/

"What Consumers Really Think About Reference Price Labels" (with R. Kirk Fair, K. Shampanier, L. O'Laughlin, and J. Shea), Law 360, March 21, 2017, https://www.analysisgroup.com/globalassets/content/insights/publishing/law360_reference_price_labels.pdf

"Paul Green: The Hulk Hogan of Marketing," essay in the Legends of Marketing Series.

"Jerry Wind: A Man Ahead of His Time," essay in the Legends of Marketing Series.

"Is it Worth Anything?: Using Surveys in Intellectual Property Cases?," https://www.analysisgroup.com/Insights/publishing/is-it-worth-anything--using-surveys-in-intellectual-property-cases

"Forecasting Online Shopping," Stern Business, Fall/Winter 2000, pp. 22-27.

"Method to Their Madness," The Industry Standard, August 7, 2000.

Book review of The Application of Regression Analysis by D.R. Wittink, Journal of Marketing Research, Vol. 26, No. 4, November 1989.

Co-author (with many others) of The Statistics Problem Solver, Research and Education Association, New York, 1978.


## CONFERENCE PRESENTATIONS

"Innovative Methodologies on Contemporary Trademark Law," (with B. Beebe, R. Germano, and C. Sprigman), CREATe Trade Marks Seminar, University of Glasgow, June 2022.

"Consumer Uncertainty in Trademark Law: An Empirical Investigation," (with B. Beebe, R. Germano, and C. Sprigman), 2021 Intellectual Property Scholars Conference, Cardozo Law School, August 2021.

"Trademark Law's Shallow Empiricism: An Experimental and Theoretical Investigation," (with B. Beebe, R. Germano, and C. Sprigman), Tri State Region IP Workshop, January 2021.

"The Evolving Business Ph.D.," The Third Annual Global PhD Colloquium," Fordham University, April 2019.

"Testing for Trademark Dilution in the Court and Lab," (with B. Beebe, R. Germano, and C. Sprigman), Munich Summer Institute, June 2018.

"Trademark Dilution: Searching for the Elusive Unicorn," Conference on Empirical Legal Studies, Cornell University, October 2017.

"Measuring Trademark Dilution", Conference on Empirical Analysis of Intellectual Property, NYU Law School, October 2014.

"Using Surveys in Intellectual Property Cases: What's the Damage?," AIPLA Spring Meeting, May 2013, Seattle WA.

"Trademark Dilution: An Elusive Concept in the Law," Conference on Brands and Branding in Law, Accounting, and Marketing Kanan Flagler School, University of North Caroline, April 2012

"The Role of Consumer Surveys in Trademark Infringement Cases: Evidence from the Federal Courts," (with R. Bird), AMA Summer Educator's Conference, August 2010, Boston.

"Global Market Share Dynamics: Winners and Losers in a Tumultuous World," (with P. Golder and S. Chang), INFORMS Marketing Science Conference, June 2010, Cologne, Germany.

"Use and Abuse of Consumer Perception Research in Antitrust and Advertising Cases," ABA Antitrust Section Spring Meeting, March 2009, Washington, DC.

"New Product Development: The Stock Market as Crystal Ball," (with D. Markovich), INFORMS Marketing Science Conference, Atlanta, GA., June 2005.

"Modeling Credit Card Usage Behavior: Where is my VISA and Should I Use It?," (with Y. Chen), INFORMS Marketing Science Conference, College Park, Md., June 2003.

"Using Capital Markets as Market Intelligence: Evidence from the Pharmaceutical Industry," (with D. Markovich and B. Yeung), INFORMS Marketing Science Conference, College Park, Md., June 2003.

"Using Capital Markets as Market Intelligence: Evidence from the Pharmaceutical Industry," (with D. Markovich and B. Yeung), Share Price Accuracy and Transition Economies Conference, U. of Mich. Law School, Ann Arbor, Mi., May 2003.

A-8

"Modeling Internet Site Visit Behavior," (with E. Bradlow and O. Sak), Joint Statistical Meetings, Indianapolis, August 2000.

"Consumer Strategies for Purchasing Assortments within a Single Product Class," (with Jack K.H. Lee), INFORMS Fall Conference, Philadelphia, November 1999.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), AMA Advanced Research Techniques Forum, Santa Fe, NM, June 1999.

"Modeling New Product Preannouncements as a Signaling Game," (with H. Jung), University of Mainz Conference on Competition in Marketing, Germany, June 1999.

"A Multiple Idea Point Model: Capturing Multiple Preference Effects from within an Ideal Point Framework," (with J. Lee), Joint Statistical Meetings, Dallas, TX, Aug. 1998.

"Modeling New Product Preannouncements as a Signaling Game," (with H. Jung), INFORMS Marketing Science Conference, Fontainbleau, France, July 1998.

"Dynamic Decision-Making in Marketing Channels: Traditional Systems, Quick Response, and POS Information," (with S. Gupta and A. Banerji), NYU Conference on Managerial Cognition, May 1998.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), INFORMS International Meetings, Barcelona, July 1997.

"Mental Models in Competitive Decision Making: A Blessing and A Curse," Conference on Competitive Decision Making, Charleston, SC, June 1997.

"When Do Purchase Intentions Predict Sales?" (with V. Morwitz and A. Gupta), INFORMS Marketing Science Conference, Berkeley, March 1997.

"Model Adequacy versus Model Comparison: Is the 'Best' Model Any 'Good'?, " (with A. Ansari and P. Manchanda), INFORMS Marketing Science Conference, Berkeley, March 1997.

"Dynamic Decision-Making in Marketing Channels: Traditional Systems, Quick Response, and POS Information," (with S. Gupta and A. Banerji), First Conference in Retailing and Service Sciences, Banff, 1994.

"Dynamic Decision-Making in Marketing Channels: Traditional Systems, Quick Response, and POS Information," (with S. Gupta and A. Banerji), Behavioral Decision Research in Management Conference, Boston, 1994.

"Modeling Consideration Set Formation:  The Role of Uncertainty," (with B. Buchanan and S. Sen), TIMS Marketing Science Conference, Tucson, 1994.

"A Cross-Cultural Analysis of Price Conjectures to Environmental Changes," (with V. Rao), TIMS Marketing Science Conference, St. Louis, 1993.

"Decision-Making in a Dynamic Distribution Channel Environment," (with S. Gupta and A. Banerji), TIMS Marketing Science Conference, St. Louis, 1993.

A-9

"Cross Validating Regression Models in Marketing Research," (with W. Vanhonacker), TIMS Marketing Science Conference, London, 1992.

"The Influence of Stock Price on Marketing Strategy," (with D. Gautschi and D. Sabavala), TIMS Marketing Science Conference, Wilmington, DE, 1991.

"A Polarization Model for Describing Group Preferences" (with V. Rao), ORSA/TIMS National Fall Meetings, Philadelphia, 1990.

"A Polarization Model for Describing Group Preference," (with V. Rao), Behavioral Decision Research in Management Conference, Philadelphia, 1990.

"Conflict Resolution and Repeat Buying" (with S. Gupta), TIMS Marketing Science Conference, Champaign, Ill., 1990.

"Variety Seeking at the Group Level" (with S. Gupta), Association for Consumer Research Fall Meetings, New Orleans, 1989.

"On Using Attraction Models to Allocate Resources in a Competitive Environment," TIMS Marketing Science Conference, Durham, NC, 1989.

"Multidimensional Scaling with Convex Preferences" (with W.S. DeSarbo), ORSA/TIMS National Fall Meetings, St. Louis, 1987.

"A Social Comparison Model for Describing Group Preference Evaluations" (with V. Rao), TIMS Marketing Science Conference, Jouy-en-Josas, France, 1987.

"The Day the Earth Stood Still," Association for Consumer Research Fall Meetings, Toronto, 1986.

"A Friction Model for Describing and Forecasting Price Movements" (with W. DeSarbo, V. Rao, Y. Wind, and R. Colombo), ORSA/TIMS National Fall Meetings, Miami Beach, 1986.

"An Eigenvalue Method for Measuring Consumer Preferences" (with E. Greenleaf and R. Stinerock), TIMS Marketing Science Conference, Dallas, 1986.

"Creating Conjoint Analysis Experimental Designs without Infeasible Stimuli" (with W. DeSarbo and V. Mahajan), TIMS Marketing Science Conference, Dallas, 1986.

"The Mediating Role of Information in Marketing Managers' Decisions" (with R. Glazer and R. Winer), TIMS Marketing Science Conference, Dallas, 1986.

"Incorporating Interdependencies of Utility Functions into Models of Bargaining" (with S. Gupta), ORSA/TIMS National Fall Meetings, Atlanta, 1985.

"The Formation of Key Marketing Variable Expectations" (with R. Glazer and R. Winer), ORSA/TIMS National Fall Meetings, Atlanta, 1985.

A-10

"Does the Nash Equilibrium Really Describe Competitive Behavior?: The Case of Cigarette Advertising," TIMS Marketing Science Conference, Nashville, 1985.

"A Heterogeneous Conditional Logit Model of Choice" (with W. Vanhonacker), ORSA/TIMS National Fall Meetings, Dallas, 1984.

"Using a 'Robust' Response Function to Allocate Resources in a Competitive Environment," TIMS Marketing Science Conference, Chicago, 1984.

"Longitudinal Models of Group Choice Behavior," (with D. Lehmann and K. Corfman), ORSA/TIMS National Fall Meetings, Orlando, 1983.

"Considerations of Optimal Design of New Task Industrial Products," ORSA/TIMS National Fall Meetings, San Diego, 1982.

"Game Theoretic Choice Models in Organizational Buying Behavior," TIMS Special Interest Conference in Marketing Measurement and Analysis, Philadelphia, 1982.

## OTHER RESEARCH IN PROGRESS

Neuroscience Methods of Measuring Trademark Infringement

Incentive Compatibility in Trademark Surveys

Getting Product Disclaimers Noticed

Marketing Research in the Courtroom vs. the Boardroom: What are the Differences and Do They Matter? (with R. Bird)

The Impact of Trademark Litigation Outcomes on Brand Equity and Marketing Decision Making

Modeling the Tradeoffs between Marketing Research and Flexible Manufacturing.

## INVITED SEMINARS

| | |
|---|---|
| Columbia University | Spring 1991, Summer 1994 |
| Cornell University | Fall 1983, Spring 1989 |
| Georgetown University | Fall 2006 |
| Pennsylvania State University | Fall 1996, Fall 2006 |
| Rutgers University | Spring 1994 |
| Temple University | Fall 1995 |
| University of California, Berkeley | Spring 1990 |
| University of California, Los Angeles | Spring 1985, Spring 1996 |
| University of California, San Diego | Fall 2003 |
| University of Florida | Spring 1992 |
| University of Mainz, Germany | Summer 1998 |
| University of Michigan | Spring 1993 |

A-11

| | |
|---|---|
| University of Pennsylvania | Spring 1992, Spring 1995, Spring 1998 |
| University of Southern California | Spring 1987 |
| Washington University, St. Louis | Spring 2003 |

## EDITORIAL SERVICE

### Editorships

Co-Editor-in-Chief, *Marketing Letters,* July 2010 – March 2017

Guest editor, special section of <u>Marketing Science</u> on the history of marketing science theory and practice, 2001.

Consulting editor in marketing, Addison-Wesley Longman Academic Publishers, Boston, MA, 1993-1999.

Guest editor, special issue of <u>Journal of Retailing</u> on the use of panel and point of sale data, 1992.

### Other

Member of Advisory Board (current), <u>Marketing Letters</u>.

Have served on editorial board or as ad-hoc referee for <u>Journal of Marketing</u>, <u>Journal of Marketing Research</u>, <u>Stanford Law Review</u>, <u>Management Science</u>, <u>Marketing Science</u>, <u>Journal of Consumer Research</u>, <u>Journal of Retailing and Consumer Services</u>, <u>Manufacturing and Service Operations Management</u>, <u>Decision Sciences</u>, <u>Journal of Business and Economic Statistics</u>, <u>Journal of Econometrics</u>, <u>Journal of Retailing</u>, <u>Strategic Information Systems</u>, <u>Review of Marketing Science</u>, <u>Corporate Reputation Review</u>, and <u>Journal of Business Research</u>.

## SERVICE

### Dissertation Committees Chaired

| | |
|---|---|
| Joseph Pancras (co-chair) | (Marketing - New York University) |
| Sergio Meza (co-chair) | (Marketing – New York University) |
| Dmitri Markovich | (Marketing – New York University) |
| Heonsoo Jung | (Marketing - New York University) |
| Jack Lee | (Marketing - New York University) |
| Asim Ansari (co-chair) | (Marketing - New York University) |
| Shahana Sen (co-chair) | (Marketing - New York University) |

### Dissertation Committees Served on

Tingting Fan (Marketing – New York University)
Kei-Wei Huang (Information Systems – New York University)

A-12

Sherrif Nassir (Marketing – New York University)
Jane Gu (Marketing – New York University)
Orkun Sak (Marketing – University of Pennsylvania)
Atanu Sinha (Marketing - New York University)
Louis Choi (Marketing - Columbia University)
Sunder Narayanan (Marketing - Columbia University)
Carol Rhodes (Ed. Psych. - Columbia University)
Rita Wheat (Marketing - Columbia University)
Robert Stinerock (Marketing - Columbia University)
Bruce Buchanan (Business Economics - Columbia University)
Chen Young Chang (Marketing - University of Pennsylvania)

**Other Discipline Related Service**

Chairperson, Marketing Committee, INFORMS, January 2006 – June 2010.
Past President, INFORMS Society on Marketing Science, January 2004 – December 2005.
Founding President, INFORMS Society on Marketing Science, January 2003 – December 2003.
President, INFORMS College on Marketing, January 2002 – December 2002.
President Elect, INFORMS College on Marketing, January 2000- December 2001.
Secretary-Treasurer, INFORMS College on Marketing, January 1998-December 1999.
Association of Consumer Research, Annual Program Committee, 1999.
Co-Organizer of 1996 Conference on Consumer Choice and Decision Making, Arden House,
        Harriman, New York, June 1996.
Organized Marketing Sessions at Fall 1989 TIMS/ORSA Joint National Meetings, New York,
        October 1989.

**Other University Related Service**

Member, NYU Doctoral Affairs Committee, September 2017 –  August 2021.

Member, Research Resources Committee, Stern School of Business, September 2009 – August 2021.

Chair, Statistical and Quantitative Reasoning Task Force, Stern School of Business, September 2005 – August 2007.

Member, Specialization Committee, Stern School of Business, September 2004 - ff.

Member, PhD Oversight Committee, Stern School of Business, January 2006 – May 2007.

Member, Executive Committee, Digital Economy Initiative, Stern School of Business, January 2000 – August 2002.

Member, Board of Directors, Center for Information Intensive Organizations, Stern School of Business, September 1998 – December 1999.

A-13

Member of MBA Committee, Stern School of Business, New York University, 1989-December 1998.  Committee was responsible for supervising redesign of MBA programs in 1991 and 1995, Chairman September 1997-August 1998.

Member of Stern MBA Curriculum Review Committee, September 1997-December 1998. Committee redesigned MBA Core.

Member of Stern School Committee on Improving Consulting Activities, July 1998-December 1998.

Member of Building Committee, Stern School of Business, New York University, 1990-1992.

Member of Research Committee, Stern School of Business, New York University, 1990-1991.

Elected member of Columbia University Senate.  Served on Budget Review and Alumni Relations Committees, 1986-1988.


## AWARDS

Awarded the J. Parker Bursk Memorial Prize as the outstanding student participating in the Department of Statistics, University of Pennsylvania, 1979.

Dissertation was awarded Honorable Mention in the 1982 American Marketing Association Dissertation Competition.

Dissertation was named Winner of the 1983 Academy of Marketing Science Dissertation Competition.

Invited speaker at the J. Parker Bursk Memorial Prize Luncheon, Department of Statistics, University of Pennsylvania, 1992.

Invited speaker at American Marketing Association Doctoral Consortium, University of Southern California, 1999.

Cited for outstanding editorial support, Fordham University Pricing Center, Sept. 2002.

Named one of the inaugural winners of the Best Reviewer Award for the *Journal of Retailing,* 2003.

Work recognized by West publishing as one of the outstanding 2012 law review articles on Intellectual Property.

Work recognized with the Highly Commended Paper Award at the Literati Network Awards for Excellence 2013.


## SELECTED CONSULTING AND OTHER PROFESSIONAL ACTIVITIES

A-14

AOL MovieFone, Inc., New York, NY.  Performed general consulting on analyzing caller data for telephone movie information service; Consulted as expert in conjunction with damage assessment in legal proceedings.

Citicorp, New York, NY. Built choice model for bank services.   Gave lectures on Marketing Strategy to CitiCards executives.

Directions for Decisions, Inc., New York, NY and Jersey City, NJ. Consulted on segmentation study of sports apparel market, designed and implemented "Construction Test", a concept design decision tool.  Performed general consulting on marketing research practice on an ongoing basis.

Federal Trade Commission, Washington, D.C.  Served as consultant on branding strategies in antitrust investigation.

J.C. Penney Co., New York, NY.  Performed sales-advertising response analysis.  Work was done on request for Management Decision Systems, Inc., Weston, MA.

Pfizer Pharmaceuticals, New York, NY.  Conducted seminar on conjoint analysis.

SilverBills, Inc., New York, NY. Member board of advisors.

Union Carbide Corporation, Danbury CT. Built econometric model to forecast prices.

Various Expert Witness Engagements.   Clients include Amazon, AT&T, Avon, Brother International, Capri Sun, Dyson, Epson, Hershey's, JP Morgan Chase, Gerber Products, Johnson & Johnson, K-Swiss, Mead Johnson, Merck KGAA, Microsoft, Monster Cable, McDonald's, New Balance, Pelaton, Playtex, PNC Financial, Proctor & Gamble, Roche, Samsung, Seagate, Sergio Garcia, Sharp, TiVo, Under Armour, Wal-Mart, Warnaco, and various plaintiffs in consumer class actions.


## <u>MEMBERSHIPS</u>

American Marketing Association

American Statistical Association

Association for Consumer Research

The Institute for Operations Research and Management Science (INFORMS)

Society for Consumer Psychology

American Association for Public Opinion Research

# APPENDIX B

**Testimony in the Last Four Years**

## TESTIMONY IN THE LAST FOUR YEARS

<u>Depositions</u>

Mahindra & Mahindra Ltd. and Mahindra Automotive North America v. FCA US LLC, Case No.: 2:18-CV-12645-GAD-SDD, United States District Court (Eastern District of Michigan);  In the Matter of Certain Motorized Vehicles and Components Thereof, Investigation No. 337-TA-1132, United States International Trade Commission, Washington D.C.

Susan Wang, Rene Lee and all others similarly situated, v. StubHub, Inc., Superior Court of the State of California for the County of San Francisco (Case No: CGC-18564120).

Match Group, LLC, v. Bumble Trading Inc., Bumble Holding, LTD., Badoo Trading Limited, Magic Lab Co., Worldwide Vision Limited, Badoo Limited, Badoo Software Limited, Badoo Software Limited, and Badoo Technologies Limited, United States District Court for the District of Texas Waco Division, No. 6:18-CV-00080-ADA.

Brian Gozdenovich, on behalf of himself and all others similarly situated v. AARP, Inc., AARP Services, Inc., AARP Insurance Plan, Unitedhealth Group, Inc. and United Healthcare Insurance Company, United States District Court, District of New Jersey, Case No. 2:18-cv-02788-MCA-MAH.

American Dairy Queen Corporation v. W.B. Mason Co., Inc., United States District Court (District of Minnesota), Civ. Act. No. 0:18-cv-00693-SRM-ECW.

Maglula, LTD. v. Amazon.com, Inc., and Amazon.com Services, LLC (United States District Court For the Eastern District of Virginia, Alexandria Division -Civil Action No.: 1:19-cv-01570-LO-IDD.

Capri Sun GMBH v. American Beverage Corporation, United States District Court for the Southern District of New York; 1:19-cv-1422.

Biologics, Inc. D/B/A Biologics by McKesson Corporation v. OptumRx, Inc., AAA Case No. 01-20-0007-3159 (American Arbitration Association).

Tiffany and Company and Tiffany (NJ) LLC v. Costco Wholesale Corporation, United States District Court, Southern District of New York case number 13 Civ. 1041.

Theta, IP, LLC. v. Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc., United States District Court for the Western District of Texas, Waco Division, Civil Action No.: 6:20-cv-00160-ADA.

Eric Fishon and Alicia Pearlman, individually and on behalf of all others similarly situated v. Peloton Interactive, Inc., United States District Court, Southern District of New York, Case No. 1:19-CV-11711-LJL.

Eric Fishon, individually and on behalf of all others similarly situated, v. Premier Nutrition Corporation f/k/a Joint Juice, Inc., Defendant, United States District Court, Northern District of California – San Francisco Division, Case No. 3:16-cv-06980.

Parts ID, LLC (Plaintiff) v. ID Parts LLC, (Defendant), In the United States District Court for the District of Massachusetts, Civil Action No. 1:20-cv-11253.

Zuru LLC and Zuru Inc. (Petitioners), v. Lego Juris A/S (Respondent), United States Patent and Trademark Office Before the Trademark Trial and Appeal Board, Reg. Nos.: 1,018,875 and 2,245,652.

24-7 Bright Star Healthcare, LLC v. Res-Care, Inc. d/b/a BrightSpring Health Services, United States District Court, Northern District of Illinois - Eastern Division, Case No. 1:21-cv-4609.

State of Arizona, *ex rel.* Mark Brnovich, Attorney General, v. Google LLC, Superior Court of the State of Arizona in and for the County of Maricopa, Case No. CV2020-006219.

Adidas America, Inc. and Adidas AG v. Thom Browne Inc., United States District Court, Southern District of New York, Case No. 1:21-CV-05615

Ryan Hardin, et al v. Samsung Electronics Co. Ltd. et al., United States District Court, Eastern District of Texas – Marshall Division, Case No. 2:21-CV-0290-JRG.

U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation v. Fox News Network, LLC, Superior Court for the State of Delaware, Case No. N21C-03-257 EMD.

State of North Dakota v. United States of America, United States District Court, District of North Dakota – Western Division, Case No. 1:19-cv-150-DMT-ARS.

Chervon (HK) Limited, Chervon North America Inc., v. One World Technologies, Inc., Techtronic Industries Co. Ltd, Homelite Consumer Products, Inc., United States District Court for the District of Delaware, Case No.: 19-1293-LPS-SRF.

Vans. Inc. and VF Outdoor, LLC v. Walmart, Inc.; The Doll Maker, LLC; Trendy Trading, LLC; and ACI International, United States District Court for the District of Central California, Southern Division, Case No. 8:21-cv-01876-DOC-KES.

Arm Ltd. v. Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc., United States District Court for the District of Delaware, Case No. 22-1146 (MN).

The State of Texas v. Google LLC, District Court of Victoria County, Texas, 377th Judicial District, Cause No. 22-01-88230-D.

Intuit Inc. v. HRB Tax Group, Inc. and HRB Digital LLC, and HRB Digital LLC v. Intuit Inc., United States District Court, Northern District of California, San Jose Division, Case No. 5:24-cv-00253-BLF.


Trial

Adidas America, Inc. and Adidas AG v. Thom Browne Inc., United States District Court, Southern District of New York, Case No. 1:21-CV-05615.

Parts ID, LLC (Plaintiff) v. ID Parts LLC, (Defendant), In the United States District Court for the District of Massachusetts, Civil Action No. 1:20-cv-11253.

State of North Dakota v. United States of America, United States District Court, District of North Dakota – Western Division, Case No. 1:19-cv-150-DMT-ARS.


Arbitration Hearing

Biologics, Inc. D/B/A Biologics by McKesson Corporation v. OptumRx, Inc., AAA Case No. 01-20-0007-3159 (American Arbitration Association).


Preliminary Injunction Hearing

Danone US, LLC. v. Chobani, LLC., Case Action No. 18 CV 11702, United States District Court (Southern District of New York)


Other Hearings

In the Matter of Distribution of the 2010, 2011, 2012, 2013 Cable Royalty Funds, (Before the Copyright Royalty Judges, Washington D.C.) Docket No. 14-CRB-0010-CD (2010-13)

In the Matter of Certain Motorized Vehicles and Components Thereof, Investigation No. 337-TA-1132, United States International Trade Commission, Washington D.C.

# APPENDIX C

**FACTS AND DATA CONSIDERED
IN FORMING MY OPINIONS**

## Case Documents

Defendant Cascade Parent Limited's Answer to Plaintiff's First Amended Complaint, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, August 11, 2023.

Defendant Parallels Inc.'s Answer to Plaintiff's First Amended Complaint, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, August 11, 2023.

Plaintiff Alpenspruce Education Solutions Inc.'s Answers and Objections to Defendants' First Set of Interrogatories, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, October 9, 2023.

Plaintiff Alpenspruce Education Solutions Inc.'s Answers and Objections to Defendants' Second Set of Interrogatories, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, July 17, 2024.

Plaintiff's First Amended Complaint, *Alpenspruce Education Solutions Inc. v. Cascade Parent Limited and Parallels Inc.*, Western District of Washington at Seattle, Case No. 2:23-cv-00692-MJP, July 14, 2023.

## Bates Stamped Document

ALPEN_0000386

## Academic Literature

Day, George S., and Robert W. Pratt, Jr., "Stability of Appliance Brand Awareness," *Journal of Marketing Research*, Vol. 8, 1971.

Diamond, Shari Seidman, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, Third Edition, National Academies Press, 2011.

Hutchinson, J. Wesley, Kalyan Raman, and Murali K. Mantrala, "Finding Choice Alternatives in Memory: Probability Models of Brand Name Recall," *Journal of Marketing Research*, Vol. 31, 1994.

Jacoby, Jacob, "Are Closed-Ended Questions Leading Questions?" in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, American Bar Association, 2012.

Keller, Kevin Lane, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing*, Vol. 57, No. 1, 1993.

Kugler, Matthew B., and R. Charles Henn Jr., "Internet Surveys in Trademark Cases: Benefits, Challenges, and Solutions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, Second Edition, American Bar Association, 2022.

*Manual for Complex Litigation*, Federal Judicial Center, Fourth Edition, 2004.

McCarthy, J. Thomas, *McCarthy on Trademarks and Unfair Competition*, Thomson Reuters, 2016.

Miller, Jeff, "Online Marketing Research," in *The Handbook of Marketing Research*, Sage Publications, Inc., 2006.

Sawyer, Alan G., "Demand Artifacts in Laboratory Experiments in Consumer Research," *Journal of Consumer Research*, Vol. 1, No. 4, 1975.

Simonson, Itamar, and Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*, First Edition, American Bar Association, 2012.

**Publicly Available Materials**

<u>Webpages</u>

"10 Best Professional Development Courses for Teachers in 2023," *Teachers of Tomorrow*, October 30, 2023, available at https://www.teachersoftomorrow.org/blog/insights/best-professional-development-courses-for-teachers/.

"15 Top Resources for Teacher Professional Development (Including Free Options!)," *We Are Teachers*, November 30, 2023, available at https://www.weareteachers.com/professional-development-for-teachers/.

"2018-2022 ACS PUMS DATA DICTIONARY," *United States Census Bureau*, January 25, 2024, available at https://www2.census.gov/programs-surveys/acs/tech_docs/pums/data_dict/PUMS_Data_Dictionary_2018-2022.pdf.

"About," *Alludo*, available at https://www.alludolearning.com/about, accessed on September 11, 2024.

"alludolearning.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=alludolearning.com, accessed on August 26, 2024.

"An easy, effective professional development platform for educators," *Alludo*, available at https://www.alludolearning.com/platform, accessed on September 11, 2024.

"begladtraining.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-

performance/*/999/3m?webSource=Total&key=begladtraining.com, accessed on August 27, 2024.

"ber.org," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=ber.org, accessed on August 26, 2024.

"Best Professional Development Websites and PLNs for Teachers," *Common Sense Education*, available at https://www.commonsense.org/education/lists/best-professional-development-websites-and-plns-for-teachers, accessed on August 12, 2024.

"betterlesson.com," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=betterlesson.com, accessed on August 26, 2024.

"catapultlearning.com," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=catapultlearning.com, accessed on August 27, 2024.

"code.org," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=code.org, accessed on August 27, 2024.

"Conducting an Online Survey? How to Make Sure You Don't Get Bad Data," *KS&R*, available at https://www.ksrinc.com/conducting-an-online-survey/, accessed on September 12, 2024.

"connectedpd.com," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=connectedpd.com, accessed on August 26, 2024.

"Corel is reimagining the future of work—and its own historic brand—as it fully rebrands as Alludo," *Alludo*, September 13, 2022, available at https://www.alludo.com/en/newsroom/press-releases/20220913-corel-rebrands-as-alludo/.

"educationmodified.com," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=educationmodified.com, accessed on August 26, 2024.

"friedtechnology.com," *SimilarWeb*, available at
https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=friedtechnology.com, accessed on August 26, 2024.

"frontlineeducation.com," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=frontlineeducation.com, accessed on
  August 26, 2024.

"Hi! We're Alludo," *Alludo*, available at https://www.alludo.com/en/about/, accessed on
  September 9, 2024.

"home.2gno.me," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=home.2gno.me, accessed on August 26,
  2024.

"home.edweb.net," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=home.edweb.net, accessed on August 26,
  2024.

"How Teachers Are Learning: Professional Development Remix," *EdSurge*, available at
  https://www.edsurge.com/research/reports/how-teachers-are-learning-professional-
  development-remix, accessed on August 12, 2024.

"Effortlessly Analyze Your Competitive Landscape," *SimilarWeb*, available at
  https://www.similarweb.com/, accessed on September 19, 2024.

"iaspireapp.com," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=iaspireapp.com, accessed on August 26,
  2024.

"imaginelearning.com," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=imaginelearning.com, accessed on
  August 27, 2024.

"kytelearning.com," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=kytelearning.com, accessed on August
  26, 2024.

"minipd.com," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-
  performance/*/999/3m?webSource=Total&key=minipd.com, accessed on August 27,
  2024.

"mobilemind.io," *SimilarWeb*, available at
  https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-

performance/*/999/3m?webSource=Total&key=mobilemind.io, accessed on August 27, 2024.

"modelteaching.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=modelteaching.com, accessed on August 26, 2024.

"otis.teq.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=otis.teq.com, accessed on August 27, 2024.

"Our Brands," *Alludo*, available at https://www.alludo.com/en/brands/, accessed on September 9, 2024.

"Partner Program," *Parallels*, available at https://www.parallels.com/partners/, accessed on September 9, 2024.

"pdo.ascd.org," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=pdo.ascd.org, accessed on August 26, 2024.

"powerschool.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=powerschool.com, accessed on August 27, 2024.

"Professional Development," *School Data Leadership*, available at https://www.schooldataleadership.org/systems/professional-development, accessed on September 12, 2024.

"Professional Learning Management Software," *Frontline Education*, available at https://www.frontlineeducation.com/school-hcm-software/professional-growth/lms-for-teachers/, accessed on September 6, 2024.

"PUMS Data," *United States Census Bureau*, May 14, 2024, available at https://www.census.gov/programs-surveys/acs/microdata/access.html.

"Rank," *SimilarWeb*, available at https://support.similarweb.com/hc/en-us/articles/213452305-Rank, accessed on September 19, 2024.

"Sampling," *Research Results*, available at https://researchresults.com/sampling/, accessed on September 10, 2024.

"simplek12.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-

performance/*/999/3m?webSource=Total&key=simplek12.com, accessed on August 26, 2024.

"solutiontree.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=solutiontree.com, accessed on August 27, 2024.

"teachingchannel.com," *SimilarWeb*, available at https://pro.similarweb.com/#/digitalsuite/websiteanalysis/overview/website-performance/*/999/3m?webSource=Total&key=teachingchannel.com, accessed on August 26, 2024.

"The Three Most Common Types of Teacher Professional Development and How to Make Them Better," *PowerSchool*, November 15, 2023, available at https://www.powerschool.com/blog/the-three-most-common-types-of-teacher-professional-development-and-how-to-make-them-better/, accessed on November 15, 2023.

"Top 10 Professional Development Services Companies – 2023," *Education Technology Insights*, available at https://professional-development-services.educationtechnologyinsights.com/vendors/top-professional-development-services-companies.html, accessed on September 18, 2024.

"What does 'Not enough data' mean?" *SimilarWeb*, available at https://support.similarweb.com/hc/en-us/articles/207698639-What-does-Not-enough-data-mean, accessed on September 19, 2024.

"What is Alludo? A learner-centered PD platform for K12 school districts!" *Alludo*, available at https://l.alludolearning.com/what-is-alludo, accessed on September 11, 2024.

Alfie, Samuel, "Professional Development Tools For Teachers," *eLearning Industry*, October 12, 2019, available at https://elearningindustry.com/professional-development-tools-for-teachers.

Dubey, Shashank, "18 Best Professional Development Tools For Teachers In 2024," *Teacher Professional Development*, May 2, 2024, available at https://tpd.edu.au/best-professional-development-tools-for-teachers/.

Moraschinelli, Walter, "Professional Development Software: the 7 Best Options," *Slides with Friends*, available at https://slideswith.com/blog/best-professional-development-software, accessed on August 12, 2024.

Restifo, Diana, "Best Sites for Educator Professional Development," *Tech&Learning*, October 24, 2023, available at https://www.techlearning.com/resources/top-sites-for-educator-professional-development.

Data

"American Community Survey 2022 5-Year Public Use Microdata Sample," *United States Census Bureau*, available at https://www2.census.gov/programs-surveys/acs/data/pums/2022/5-Year/, accessed on September 11, 2024.

# APPENDIX D

**Brand Awareness Study**

# APPENDIX D.1

**Brand Awareness Study: Screenshots**











In which state do you currently reside?
(Select only one option)

Select one...

☐ None of the above

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com

D.1-5



Are you employed by...?
*(Select all that apply)*

- [ ] A law firm, legal services organization, or court
- [ ] A hospital, medical facility, or doctor's office
- [ ] A K-12 school or school district
- [ ] A home hardware or power tools manufacturer or retailer
- [ ] A marketing, market research, or advertising agency
- [ ] An online training or learning software company
- [ ] An electronics retailer or manufacturer
- [ ] None of the above

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com







Have you taken any surveys in the last 30 days on any of these topics?
*(Select all that apply)*

- [ ] Video games
- [ ] Home sound systems
- [ ] Professional development software
- [ ] Home hardware or power tools
- [ ] Clothing
- [ ] Sporting goods or outdoor gear
- [ ] Cosmetics
- [ ] None of the above

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com



63%

You indicated that you are currently employed as an educator or administrator in a K-12 school or school district.

Please think about the materials and resources you have encountered that can help set, track, and achieve *your* skill and professional development goals.

On the following screens, you will be asked to answer a few questions about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district. These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes. Specifically, the questions will be about online learning platforms or software that provide a catalog of such courses for educators.

Please do not use your browser's "Back" button.

If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

Continue »

78%

Please think about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district.

These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes.

Thinking about online learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any?

*(Please be as specific as possible.)*

☐ Don't know / Unsure

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com



Please think about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district.

These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes.

Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which of the following brands, if any, do you recognize?
*(Select all that apply)*

- ☐ Teaching Channel
- ☐ PowerSchool
- ☐ Alludo
- ☐ SimpleK12
- ☐ edWeb
- ☐ Dolphyn Learning
- ☐ BirchPD
- ☐ ASCD Professional Development Tools
- ☐ Frontline Professional Growth
- ☐ BetterLesson
- ☐ Don't know / Unsure
- ☐ None of the above

Continue »

If you experience any problems with this survey, please email techsupport@researchresults.com



Survey Completed - Thank You

Thank you for your participation. Those are all the questions we have for you today. All of your responses have been successfully recorded in our database, and you are now free to surf the Internet or to close your Web browser altogether. Again, thank you for your time, energy, and participation.

If you experience any problems with this survey, please email techsupport@researchresults.com

# APPENDIX D.2

**Brand Awareness Study: Script**

**Programmer Instructions**

[PROGRAMMER NOTES IN BOLD CAPS AND IN BRACKETS]

[FOR CLOSED-ENDED QUESTIONS, DO NOT ALLOW RESPONDENT TO CLICK "NEXT" WITHOUT CHOOSING AN ANSWER OPTION. FOR OPEN-ENDED QUESTIONS, DO NOT ALLOW RESPONDENT TO CLICK "NEXT" WITHOUT TYPING IN AN ANSWER OR CHOOSING ANOTHER ANSWER OPTION IF PRESENT.]

[ROTATE ORDER OF YES/NO ANSWERS IN THE FIRST INSTANCE OF A YES/NO QUESTION. USE THE SAME ORDER FOR ALL OTHER YES/NO QUESTIONS. NOTE THAT YES AND NO ARE NOT EXPLICITLY STATED IN THE ANSWER OPTIONS.]

[DISABLE THE BROWSER "BACK" BUTTON]

## Introduction and Screening

[NO SURVEY/SECTION TITLES TO BE DISPLAYED TO RESPONDENTS]

[18+ NATIONAL SAMPLE OF 250 TOTAL COMPLETES.]

[SEND SURVEY TO PANEL OF K-12 EDUCATORS AND ADMINISTRATORS; QUOTAS SHOULD BE SET SUCH THAT RESPONDENTS WHO COMPLETE THE SURVEY MATCH THE AGE, GENDER, AND REGION DISTRIBUTION FOR K-12 EDUCATORS AND ADMINISTRATORS ACCORDING TO THE ACS.]

[EACH QUESTION ON A NEW PAGE UNLESS OTHERWISE SPECIFIED]

S0. Digital fingerprinting

S1. Captcha

*Thank you for your participation in our study. All your answers will remain confidential. Please try to answer all questions to the best of your ability. We are interested in your opinions and reactions. There are no right or wrong answers and we will not try to sell you anything based on your answers. Please do not consult any outside sources (e.g., internet or phone) while taking the survey.*

*If you do not know, do not recall, are unsure, or have no opinion, please do not try to guess and simply select the "Don't Know / Unsure" option.*

*The "Back" button on your browser has been disabled for the duration of the survey. Please do not use it while taking the survey.*

☐ If you understand these instructions and agree to participate in this survey, please check this box and click "Continue."

S2. How old are you? *(Select only one option)* **[RANDOMIZE BETWEEN THIS ORDER AND REVERSE; KEEP "Prefer not to answer" LAST]**

- ⊙ Under 18 years old **[TERMINATE]**
- ⊙ 18 – 29 years old
- ⊙ 30 – 39 years old
- ⊙ 40 – 49 years old
- ⊙ 50 – 59 years old
- ⊙ 60 years or older
- ⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF AGE DOES NOT MATCH THE VALUE ON FILE]**

S3. Please indicate your sex: *(Select only one option)* **[RANDOMIZE "Female" AND "Male"; KEEP "Prefer not to answer" LAST]**

- ⊙ Male
- ⊙ Female
- ⊙ Prefer not to answer **[TERMINATE]**

**[TERMINATE IF SEX DOES NOT MATCH THE VALUE ON FILE]**

S4. In which state do you currently reside? *(Select only one option)*

**[INSERT DROP DOWN MENU FOR STATE]**

- ☐ None of the above **[EXCLUSIVE; TERMINATE]**

S5. Are you employed by…? *(Select all that apply)* **[RANDOMIZE ORDER; KEEP "None of the above" LAST]**

- ☐ A hospital, medical facility, or doctor's office
- ☐ A home hardware or power tools manufacturer or retailer
- ☐ An online training or learning software company
- ☐ A K-12 school or school district
- ☐ An electronics retailer or manufacturer
- ☐ A law firm, legal services organization, or court
- ☐ A marketing, market research, or advertising agency
- ☐ None of the above **[EXCLUSIVE]**

**[TERMINATE IF "A K-12 school or school district" IS NOT SELECTED]**

S6. You indicated that you are currently employed by a K-12 school or school district. What is your role? *(Select all that apply)* **[RANDOMIZE ORDER; KEEP "None of the above" LAST]**

- ☐ Educator (e.g. Teacher, Teaching Assistant)
- ☐ Administrator (e.g. Principal, Superintendent, Director)

- ☐ Support staff (e.g. Counselor, Nurse, Librarian) **[TERMINATE]**
- ☐ Operation staff (e.g. Security Guard, Bus Driver) **[TERMINATE]**
- ☐ Maintenance staff (e.g. Groundskeeper, Custodian, Food service worker) **[TERMINATE]**
- ☐ None of the above **[EXCLUSIVE; TERMINATE]**

S7. Are any of your family members employed by…? *(Select all that apply)* **[SHOW EACH RESPONDENT THE SAME ORDER AS THEY SAW IN S5; KEEP "**None of the above**" LAST]**

- ☐ A hospital, medical facility or doctor's office
- ☐ A home hardware or power tools manufacturer or retailer
- ☐ An online training or learning software company **[TERMINATE]**
- ☐ A K-12 school or school district
- ☐ An electronics retailer or manufacturer
- ☐ A law firm, legal services organization, or court **[TERMINATE]**
- ☐ A marketing, market research, or advertising agency **[TERMINATE]**
- ☐ None of the above **[EXCLUSIVE]**

S8. Have you taken any surveys in the last 30 days on any of these topics? *(Select all that apply)* **[RANDOMIZE ORDER; KEEP "**None of the above**" LAST]**

- ☐ Sporting goods or outdoor gear
- ☐ Home hardware or power tools
- ☐ Professional development software **[TERMINATE]**
- ☐ Clothing
- ☐ Video games
- ☐ Cosmetics
- ☐ Home sound systems
- ☐ None of the above **[EXCLUSIVE]**

S9. People vary in the amount of attention they pay to these kinds of surveys. Some take them seriously and read each question, whereas others go very quickly and barely read the questions at all. If you have read this question carefully, please select "5" below. *(Select only one option)*

**[RANDOMIZE BETWEEN THIS ORDER AND REVERSE; KEEP "**Other *(Please specify)*" LAST]**

- ⊙ 0 – Not at all
- ⊙ 1
- ⊙ 2
- ⊙ 3
- ⊙ 4
- ⊙ 5
- ⊙ 6 – Very
- ☐ Other *(Please specify)* **[EXCLUSIVE]**

**[TERMINATE IF "5" IS NOT SELECTED.]**

**[RECORD IF THE RESPONDENT QUALIFIES OR NOT. FOR NON-QUALIFYING RESPONDENTS, DISPLAY PANEL'S TERMINATION PAGE.]**

**Main Survey**

Q0. You indicated that you are currently employed as an educator or administrator in a K-12 school or school district.

Please think about the materials and resources you have encountered that can help set, track, and achieve _your_ skill and professional development goals.

On the following screens, you will be asked to answer a few questions about how educators can meet _their own_ skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district. These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes. Specifically, the questions will be about online learning platforms or software that provide a catalog of such courses for educators.

Please do not use your browser's "Back" button.

If you don't know an answer to a question or if you don't have an opinion, please don't guess. Simply indicate this in your response by selecting the "Don't know / Unsure" option. There are no right or wrong answers.

**[NEXT PAGE]**

Q1. Please think about how educators can meet _their own_ skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district.

These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes.

Thinking about online learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? (_Please be as specific as possible._)

```

```

**[OPEN-ENDED TEXT BOX, LIMITING TO 1,000 CHARACTERS]**

**[REQUIRE AT LEAST 3 CHARACTERS; SHOW ERROR "Please be thorough in your response." IF ENTRY IS FEWER THAN 3 CHARACTERS]**

⊙  Don't know / Unsure **[EXCLUSIVE; ANCHOR]**

**[NEXT PAGE]**

Q2. Please think about how educators can meet *their own* skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district.

These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes.

Thinking about online learning platforms or software that provide a catalog of such courses for educators, which of the following brands, if any, do you recognize? (*Select all that apply*)

**[RANDOMIZE ORDER; KEEP "**Don't know / Unsure**" SECOND TO LAST AND "None of the above" LAST]**

- Alludo
- Frontline Professional Growth
- PowerSchool
- BetterLesson
- ASCD Professional Development Tools
- SimpleK12
- edWeb
- Teaching Channel
- BirchPD **[RED HERRING; TERMINATE]**
- Dolphyn Learning **[RED HERRING; TERMINATE]**
- Don't know / Unsure **[EXCLUSIVE]**
- None of the above **[EXCLUSIVE]**

**[NEXT PAGE]**

**Follow-up Questions**

F1. Are you or are you not aware of any lawsuits involving online professional development platforms or software? (*Select only one option*) **[RANDOMIZE ORDER; KEEP "**Don't know / Unsure**" LAST.]**

- ⊙ I am aware of at least one lawsuit
- ⊙ I am not aware of any lawsuits
- ⊙ Don't know / Unsure **[ANCHOR]**

**[GO TO PANEL 'THANK YOU' PAGE]**

# APPENDIX D.3

**Brand Awareness Study: Pretest Moderator Instructions**

**Pretest Moderator Instructions**

The pretest sample will include respondents who meet the study screening criteria. A minimum of ten pretest interviews will be conducted over the phone by a trained, blind-to-the-purpose interviewer with blind-to-the-purpose respondents.

Notes to moderator are in brackets, bolded, and all capital letters.

**[Section I: Introduction and Questionnaire]**
**[MODERATOR TO READ]**

Hello, **[FIRST NAME]**? My name is _____. Thank you so much for agreeing to help us out today. I am going to be on Zoom while you take an online survey and will be here the entire time you are taking the survey, so feel free to "think out loud" or bring up anything you would like while you are taking the survey. Please be thorough in your responses and take as much time as you need.  After you are done taking the survey, I will ask you a few follow-up questions. Does that all sound okay?

**[WAIT FOR RESPONSE AND CONTINUE]**

Great, thank you. The link to the survey is in the calendar invitation you received. If you are comfortable doing so, could you share your screen as you are taking the survey?

**[ALLOW THE RESPONDENT TO TAKE THE SURVEY AND FINISH]**

**[Section II: Follow-up Questions]**
**[QUESTIONS TO ASK AFTER THE RESPONDENT FINISHED RESPONDING TO ALL SURVEY QUESTIONS AND INDICATES SO. ADD PROBES SUCH AS "ANYTHING ELSE" TO CONFIRM THAT RESPONDENTS HAVE GIVEN A COMPLETE ANSWER.]**

Q1. Did you have any problems or difficulties while taking the survey?

Q2. Did you think any questions were unclear? If so, which ones and why?

Q3. Did you think any answer options were unclear? If so, which ones and why?

Q4. Did any questions in the survey make you feel that you should provide a particular response, or did they not? If so, which ones and why?

Q5. Did you or did you not have any difficulty viewing any parts of the survey?

Q6. What do you think might be the purpose for conducting this survey?

Q7. What makes you think so?

Q8. Is there anything else you would like to say about the survey?

Thank you so much for your time. Your participation is appreciated, and we will make sure you get credit for completing this survey.

# APPENDIX D.4

**Brand Awareness Study: Blind Coding Instructions**

**Blind Coding Instructions**

Thank you for agreeing to participate in the independent coding of survey responses. This document will provide an overview of this task and instructions on how to code the responses.

**Survey Overview**

1.  You are being asked to be one of two coders who will categorize open-ended responses to a question in an online survey.

2.  Specifically, you are being asked to code open-ended responses to one survey question below:

   **Q1.** Please think about how educators can meet _their own_ skill and professional development goals, particularly by taking online courses using a dedicated platform or software selected by their school district.

   These online professional development courses for educators may include materials such as videos, interactive exercises, and quizzes.

   Thinking about <u>online</u> learning platforms or software that provide a catalog of such courses for educators, which brands come to mind, if any? _(Please be as specific as possible.)_

**Instructions**

1)  You will be responsible for categorizing the open-ended answers that respondents provided to the survey question above.

2)  You will be given a spreadsheet which includes the open-ended response to the question above and space for you to code the responses.

3)  Please use your best judgment when coding.

4)  Your job is to fill in the "Brand Code" field with either a "0" or a "1" in each row. Assign the Brand Code to "1" if the answer clearly points to Alludo. Assign the Brand Code to "0" if the answer does not clearly point to Alludo.

5)  Do not rush – take your time. Please read the question and response twice before making each coding decision.

6)  Responses may include words that are misspelled. For example, a respondent might type "Bostin" when they meant "Boston." Coders are to use their best judgment of

what the respondent intended to write when typing their response.

7) Coders are to use their own judgment – do NOT consult with anyone else. This is very important.

8) After both coders have categorized all the responses independently, you will meet to resolve any differences in coding. In the case of disagreement, please jointly recode the response and agree on a final coding.

## Example

Q1. What brand was shown in this advertisement?

Assign the Brand Code to "1" if the answer clearly points to Volkswagen. Assign the Brand Code to "0" if the answer does not clearly point to Volkswagen.

*Your spreadsheet would start out look something like this:*

| Respondent | Q1 | Brand Code |
|---|---|---|
| 0000000101 | Wolkswagen | |
| 0000000102 | Volksvagan four-door sedan | |
| 0000000103 | Airplane | |
| 0000000104 | VW? | |
| 0000000105 | No idea | |
| 0000000106 | Auto | |

*When you're done, your spreadsheet should look like this:*

| Respondent | Q1 | Brand Code |
|---|---|---|
| 0000000101 | Wolkswagen | 1 |
| 0000000102 | Volksvagan four-door sedan | 1 |
| 0000000103 | Airplane | 0 |
| 0000000104 | VW? | 1 |
| 0000000105 | No idea | 0 |
| 0000000106 | Auto | 0 |

# EXHIBIT 6



# Transcript of Joel H. Steckel, Ph.D.

**Date:** November 13, 2024
**Case:** Alpenspruce Education Solutions, Inc -v- Cascade Parent Limited, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1     UNITED STATES DISTRICT COURT FOR THE WESTERN

2        DISTRICT OF WASHINGTON AT SEATTLE

3  - - - - - - - - - - - - - - - - - - - - - - x

4  ALPENSPRUCE EDUCATION    :

5  SOLUTIONS INC., a       :

6  Washington Corporation,   :

7           Plaintiff,  :

8    v.                : Case No.

9  CASCADE PARENT LIMITED, a  : 2:23-CV-00692-MJP

10  Jersey limited company;   :

11  and PARALLELS INC., a    :

12  Delaware Corporation,    :

13          Defendants.  :

14  - - - - - - - - - - - - - - - - - - - - - - x

15

16        Videotaped Deposition of

17        JOEL H. STECKEL, Ph.D.

18      Conducted virtually via Zoom

19      Wednesday, November 13, 2024

20          9:48 a.m. CST

21

22  Job No.: 560856

23  Pages: 1 - 183

24  Reported by: THERESA A. VORKAPIC,

25         CSR, RMR, CRR, RPR

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    2

1           Videotaped deposition of Joel H. Steckel,

2      Ph.D., conducted virtually via zoom, pursuant to

3      notice before Theresa A. Vorkapic, a Certified

4      Shorthand Reporter, Registered Merit Reporter,

5      Certified Realtime Reporter, Registered

6      Professional Reporter and a Notary Public in and

7      for the State of Illinois.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    3

```
 1                  A P P E A R A N C E S

 2        ON BEHALF OF THE PLAINTIFF:

 3            KYLE M. KANTAREK, ESQUIRE

 4            K&L GATES LLP

 5            70 West Madison Street

 6            Suite 3300

 7            Chicago, Illinois 60602

 8            312-807-4206

 9            kyle.kantarek@klgates.com

10

11        ON BEHALF OF THE DEFENDANTS:

12            VALERIE G. MATTHEWS, ESQUIRE

13            BARNES & THORNBURG LLP

14            One North Wacker Drive

15            Suite 4400

16            Chicago, IL 60606-2833

17            312-214-2109

18            valerie.matthews@btlaw.com

19

20     ALSO PRESENT:

21            John Gugarty, Videographer, Planet Depos

22

23

24

25
```

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    4

```
1                    C O N T E N T S

2     EXAMINATION OF JOEL H. STECKEL, Ph.D.      PAGE

3          Examination By Mr. Kantarek            6

4

5                    E X H I B I T S

6               (Attached to transcript.)

7

8     STECKEL DEPOSITION EXHIBITS                PAGE

9

10     Exhibit 1     Notice of Deposition          9

11     Exhibit 2     Expert Report                 13

12     Exhibit 3     Alpen_0000386                 15

13     Exhibit 4     Manual For Complex            70

14                   Litigation

15     Exhibit 5     www.kantar.com web page       92

16     Exhibit 6     www.KahnAcademy.org web page  145

17     Exhibit 7     NYU Law School commentary     151

18     Exhibit 8     "Red Herring Answers"         156

19     Exhibit 9     "Welcome to Dolphin Learning  163

20                   Zone.".. 

21     Exhibit 10    BirchTrainingInstitute.Org    165

22     Exhibit 11    Bain Capital article          171

23     Exhibit 12    Bain Capital article          171

24     Exhibit 13    Reference Guide For           175

25                   Scientific Evidence chapter
```

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    5

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 09:26:31 |
| 2 | THE VIDEOGRAPHER:  Here begins Media No. 1 | 09:48:05 |
| 3 | in the videotaped deposition of Joel H. Steckel, | 09:48:31 |
| 4 | Ph.D., in the matter of Alpenspruce Education | 09:48:36 |
| 5 | Solutions, Inc. v. Cascade Parent, Limited and | 09:48:42 |
| 6 | Parallels, Inc., in the United States District | 09:48:45 |
| 7 | Court for the District of Washington at Seattle, | 09:48:49 |
| 8 | Case No. 2:23-CV-00692-MJP. | 09:48:52 |
| 9 | Today's date is November 13, 2024.  The | 09:49:05 |
| 10 | time on the video monitor is 9:49 Central.  The | 09:49:12 |
| 11 | remote videographer today is John Gugarty | 09:49:15 |
| 12 | representing Planet Depos.  All parties of this | 09:49:19 |
| 13 | video deposition are attending remotely. | 09:49:22 |
| 14 | Would counsel please voice-identify | 09:49:25 |
| 15 | themselves and state whom they represent? | 09:49:29 |
| 16 | MR. KANTAREK:  Kyle Kantarek with K&L | 09:49:29 |
| 17 | Gates representing the plaintiff. | 09:49:33 |
| 18 | MS. MATTHEWS:  Valerie Matthews of Barnes | 09:49:37 |
| 19 | & Thornburg on behalf of defendant and | 09:49:40 |
| 20 | Mr. Steckel. | 09:49:41 |
| 21 | THE VIDEOGRAPHER:  The court reporter | 09:49:43 |
| 22 | today is Theresa Vorkapic also representing Planet | 09:49:44 |
| 23 | Depos.  The witness will now be sworn. | 09:49:45 |
| 24 | THE REPORTER:  Would you raise your right | |
| 25 | hand, please. | |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    6

```
1          (The witness was duly sworn.)                    09:49:56
2             JOEL H. STECKEL, Ph.D.,
3    called as a witness herein, having been first duly
4    sworn, was examined and testified as follows:
5                    EXAMINATION                            09:49:59
6    BY MR. KANTAREK:                                       09:49:59
7       Q  Good morning, Dr. Steckel.  Just to begin,      09:50:03
8    can you state your name for the record and spell      09:50:05
9    your last name.                                       09:50:06
10      A  My name is Joel Howard Steckel.  My last        09:50:07
11   name is spelled S-t-e-c-k-e-l.                         09:50:17
12      Q  What's your home address?                        09:50:18
13   ██████████████████████████████████                    09:50:20
14   ████████████████████████████████████████              09:50:23
15      Q  What's your business address?                    09:50:31
16   ████████████████████████████████████████              09:50:32
17   ████████████████████████                               09:50:36
18      Q  And how old are you?                             09:50:42
19      A  You know how to get me upset to start.          09:50:43
20   I'm 68 years old and I know I don't look it.          09:50:45
21      Q  I was about to say that.                         09:50:50
22         I'm going to go over some -- I know you've      09:50:52
23   been deposed a lot before, Dr. Steckel, but I'm      09:50:55
24   going to go over some basic ground rules.  Is that    09:50:58
25   all right with you?                                    09:51:00
```

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    51

| | | |
|---|---|---|
| 1 | BY THE WITNESS: | 10:55:46 |
| 2 | A  I think that's logical.  I think that | 10:55:47 |
| 3 | that's logical that that group, the group that's | 10:55:49 |
| 4 | between jobs would not be as aware as the group | 10:55:51 |
| 5 | that's in the job.  They'd be more focused on | 10:55:55 |
| 6 | getting a job. | 10:56:02 |
| 7 | BY MR. KANTAREK: | 10:56:03 |
| 8 | Q  Is it your understanding that educators | 10:56:03 |
| 9 | and administrators that are between jobs have no | 10:56:06 |
| 10 | need for professional development? | 10:56:09 |
| 11 | A  No.  That is not my understanding at all. | 10:56:12 |
| 12 | I think they may have need for professional | 10:56:15 |
| 13 | development. | 10:56:19 |
| 14 | Q  And you would agree that an educator and | 10:56:20 |
| 15 | administrator between jobs would have more time | 10:56:28 |
| 16 | for professional development if they are not | 10:56:29 |
| 17 | currently working, right? | 10:56:35 |
| 18 | A  If their focus is on professional | 10:56:35 |
| 19 | development, yes.  But as you tried to point out | 10:56:38 |
| 20 | earlier, if you go by your -- you can't have your | 10:56:44 |
| 21 | cake and eat it, too, Mr. Kantarek.  You tried to | 10:56:47 |
| 22 | get me to testify earlier that the assistant | 10:56:52 |
| 23 | superintendent or principals are the ones that | 10:56:54 |
| 24 | make the decision.  Well, if they are the ones | 10:56:57 |
| 25 | that make the decision, people between jobs don't | 10:56:59 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                           52

| | | |
|---|---|---|
| 1 | have access to it. | 10:57:01 |
| 2 | So, you know, pick a lane. Which view do | 10:57:04 |
| 3 | you want to take? You can't have them both. | 10:57:07 |
| 4 | Q Well, my issue is with the saying have | 10:57:14 |
| 5 | your cake and eat it too aside, I'm trying to | 10:57:16 |
| 6 | understand your position. My position is not at | 10:57:19 |
| 7 | issue here. So I'm glad you raised that. | 10:57:24 |
| 8 | If -- so your position is that -- is your | 10:57:45 |
| 9 | position that only decision-makers should be | 10:57:46 |
| 10 | studied for their awareness of the Alludo brand? | 10:57:47 |
| 11 | A People who are likely to be customers or | 10:57:50 |
| 12 | influencers in the purchase of the Alludo product | 10:57:52 |
| 13 | or the contraction of a license for the Alludo | 10:57:58 |
| 14 | platform or however the product is distributed, | 10:58:02 |
| 15 | that they are the ones who should be included in | 10:58:04 |
| 16 | this awareness study. | 10:58:06 |
| 17 | Q And earlier you talked -- earlier you made | 10:58:14 |
| 18 | an analogy between parents of children who consume | 10:58:24 |
| 19 | products and the children themselves as compared | 10:58:31 |
| 20 | to the folks who consume plaintiff's Alludo | 10:58:33 |
| 21 | product versus the folks who make the purchasing | 10:58:39 |
| 22 | decisions. | 10:58:41 |
| 23 | Do you remember that? | 10:58:42 |
| 24 | A I do remember that. | 10:58:43 |
| 25 | Q So you just testified that the folks that | 10:58:49 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    53

| | | |
|---|---|---|
| 1 | should be studied for the awareness of the Alludo | 10:59:00 |
| 2 | brand are people who are likely to be customers or | 10:59:04 |
| 3 | influencers in the purchase of the Alludo product, | 10:59:06 |
| 4 | right? | 10:59:10 |
| 5 | A  People who are somehow involved in the | 10:59:13 |
| 6 | purchase of the Alludo product, and somehow | 10:59:16 |
| 7 | involved could be very broad.  The users, the | 10:59:19 |
| 8 | influencers, software engineers -- | 10:59:27 |
| 9 | Q  Right.  Would you say -- | |
| 10 | A  -- purchasing agents. | 10:59:32 |
| 11 | Q  Sure.  Would you say -- sorry, strike that | 10:59:35 |
| 12 | beginning. | 10:59:57 |
| 13 | Let's take a counselor at a K through 12 | 11:00:01 |
| 14 | school or school district.  Would a counselor | 11:00:06 |
| 15 | somehow be involved in the purchase of the Alludo | 11:00:10 |
| 16 | product by that school district? | 11:00:13 |
| 17 | A  Maybe. | 11:00:16 |
| 18 | Q  But you excluded them from your study, | 11:00:17 |
| 19 | right? | 11:00:20 |
| 20 | A  No. | 11:00:20 |
| 21 | Q  If you look at Exhibit 2, Appendix D, Page | 11:00:38 |
| 22 | D.2-2 -- and let me know when you're there. | 11:00:53 |
| 23 | A  I am. | 11:01:08 |
| 24 | Q  So in S6, this question is a question from | 11:01:08 |
| 25 | your survey, right? | 11:01:15 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                              54

| | |
|---|---|
| 1 | A   Oh, yes. | 11:01:19 |
| 2 | Q   Yeah.  So this is the question in your | 11:01:22 |
| 3 | survey, right? | 11:01:24 |
| 4 | A   Yes. | 11:01:25 |
| 5 | Q   It says:  "You indicated that you are | 11:01:27 |
| 6 | currently employed by a K through 12 school or | 11:01:28 |
| 7 | school district.  What is your role?" | 11:01:31 |
| 8 | Do you see that? | 11:01:33 |
| 9 | A   Yes, I do see that. | 11:01:34 |
| 10 | Q   At the top of the next page, Page D.2-3, | 11:01:37 |
| 11 | it says:  "Support staff, e.g., counselor, nurse, | 11:01:42 |
| 12 | librarian," and then after that -- | 11:01:45 |
| 13 | A   Yes. | 11:01:47 |
| 14 | Q   -- it says "terminate." | 11:01:48 |
| 15 | Right? | 11:01:50 |
| 16 | A   Yes. | 11:01:50 |
| 17 | Q   So you did exclude counselors from K | 11:01:52 |
| 18 | through 12 schools from your study, right? | 11:01:54 |
| 19 | A   Well, I -- I included counselors that were | 11:01:58 |
| 20 | support staff -- see, this group here, they're | 11:02:00 |
| 21 | support staff for students.  Now, support staff | 11:02:04 |
| 22 | for administrators -- for faculty, for | 11:02:11 |
| 23 | professional development don't necessarily fall | 11:02:15 |
| 24 | into this category. | 11:02:21 |
| 25 | Q   And that explanation you just provided, | 11:02:23 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                                    55

| | | |
|---|---|---|
| 1 | that's not included in Question S6, right? | 11:02:25 |
| 2 | A   That's right.  It's not. | 11:02:29 |
| 3 | Q   Question S6 just asks what is your role, | 11:02:31 |
| 4 | right? | 11:02:35 |
| 5 | A   Right. | 11:02:36 |
| 6 | Q   And as we discussed, this study terminates | 11:02:37 |
| 7 | if someone selects the role as support staff which | 11:02:40 |
| 8 | includes counselor, nurse, librarian, right? | 11:02:43 |
| 9 | A   That's what it says. | 11:02:47 |
| 10 | Q   Now, if you -- | 11:02:56 |
| 11 | A   One of the questions -- | |
| 12 | Q   Hold on, Dr. Steckel, there is no question | 11:02:59 |
| 13 | pending. | 11:03:01 |
| 14 |      If you -- we talked about educators that | 11:03:02 |
| 15 | were -- or administrators that were between jobs. | 11:03:07 |
| 16 | What about -- what about educators and | 11:03:11 |
| 17 | administrators at universities, why didn't you | 11:03:13 |
| 18 | consider those in your -- in your study? | 11:03:15 |
| 19 | A   Because your complaint discusses K through | 11:03:19 |
| 20 | 12. | 11:03:22 |
| 21 | Q   Exclusively? | 11:03:24 |
| 22 | A   Well, let's go look at the complaint.  I | 11:03:26 |
| 23 | don't recall. | 11:03:31 |
| 24 | Q   Well, I guess in any event, you did not -- | 11:03:31 |
| 25 | you did not consider educators and administrators | 11:03:35 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    56

| | | |
|---|---|---|
| 1 | at universities because your reading of the | 11:03:38 |
| 2 | complaint is that plaintiff's consumer base is | 11:03:42 |
| 3 | only K through 12 administrators and educators, | 11:03:47 |
| 4 | right? | 11:03:52 |
| 5 | A  Or primarily K through 12. | 11:03:52 |
| 6 | Q  But that's all your study -- | 11:03:57 |
| 7 | A  I mean certainly -- wait.  Certainly, you | 11:03:59 |
| 8 | know, it's what the complaint says and it's what | 11:04:02 |
| 9 | the website really says, too. | 11:04:05 |
| 10 | If you go to Alludolearning.com I think | 11:04:07 |
| 11 | it's pretty obvious that their focus is on K | 11:04:12 |
| 12 | through 12. | 11:04:15 |
| 13 | Q  So I guess -- | |
| 14 | A  And certainly -- certainly if K through 12 | 11:04:19 |
| 15 | aren't aware, it's hard to imagine that university | 11:04:21 |
| 16 | administrators would be aware. | 11:04:25 |
| 17 | Q  Well, so you testified that the -- that | 11:04:31 |
| 18 | plaintiff's focus is on K through 12. | 11:04:39 |
| 19 | Is your brand awareness -- is brand | 11:04:42 |
| 20 | awareness only relevant if it's from a population | 11:04:44 |
| 21 | that plaintiff is specifically focused on? | 11:04:50 |
| 22 | A  Well, I'll answer your question this way. | 11:04:57 |
| 23 | If you're focusing on brand awareness, if you're | 11:05:02 |
| 24 | building brand awareness, the first place you got | 11:05:05 |
| 25 | to do it is in your target market. | 11:05:07 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    57

| | | |
|---|---|---|
| 1 | Q  And there are -- but first place aside, | 11:05:11 |
| 2 | right, there are other places where you're | 11:05:12 |
| 3 | trying -- sorry, strike that. | 11:05:15 |
| 4 | You may be trying to build your brand in | 11:05:15 |
| 5 | places besides what you have described as a focus | 11:05:22 |
| 6 | of a target market, right? | 11:05:26 |
| 7 | A  Well, theoretically that's possible, but | 11:05:28 |
| 8 | if you do that and you have no brand awareness in | 11:05:31 |
| 9 | your target market, you're going to go out of | 11:05:35 |
| 10 | business real quick.  And furthermore, there is no | 11:05:37 |
| 11 | evidence that I've seen that plaintiff was trying | 11:05:40 |
| 12 | to do that. | 11:05:44 |
| 13 | Q  So we talked a little bit about | 11:05:48 |
| 14 | decision-makers for purchasing decisions for K | 11:05:54 |
| 15 | through 12 schools and school districts.  Do you | 11:05:57 |
| 16 | remember that? | 11:06:01 |
| 17 | A  I do, but I also remember testifying to | 11:06:02 |
| 18 | the effect that the term decision-makers is | 11:06:08 |
| 19 | ambiguous. | 11:06:13 |
| 20 | Q  I understand.  Yeah, I'm going to get into | 11:06:14 |
| 21 | that.  I was just trying to transition us over to | 11:06:16 |
| 22 | another topic.  If you could just focus on the | 11:06:20 |
| 23 | question. | 11:06:22 |
| 24 | If -- so who makes purchasing decisions | 11:06:23 |
| 25 | for K through 12 schools or school districts? | 11:06:29 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    58

| | | |
|---|---|---|
| 1 | A   I don't know.  What do you mean by "makes | 11:06:34 |
| 2 | decisions"? | 11:06:36 |
| 3 | Q   Who decides what learning platform to | 11:06:40 |
| 4 | purchase -- sorry, strike that. | 11:06:45 |
| 5 | Who decides which purchases to make | 11:06:49 |
| 6 | ultimately? | 11:06:55 |
| 7 | A   Maybe the purchasing agent.  I don't know. | 11:06:58 |
| 8 | I really don't know.  And to say -- to say that | 11:07:01 |
| 9 | there is one individual or one role that does that | 11:07:05 |
| 10 | is a gross mischaracterization of any B2B or B2G | 11:07:09 |
| 11 | process. | 11:07:14 |
| 12 | Q   So it's a gross mischaracterization | 11:07:23 |
| 13 | because there are a lot of people who contribute | 11:07:26 |
| 14 | to a purchasing decision for learning platforms | 11:07:29 |
| 15 | for K through 12 schools or school districts? | 11:07:33 |
| 16 | MS. MATTHEWS:  Objection. | 11:07:37 |
| 17 | BY THE WITNESS: | 11:07:38 |
| 18 | A   That's my understanding. | 11:07:39 |
| 19 | BY MR. KANTAREK: | 11:07:40 |
| 20 | Q   Those people would include the students | 11:07:40 |
| 21 | themselves, perhaps? | 11:07:42 |
| 22 | A   Well, I don't know.  I mean, doubtful. | 11:07:46 |
| 23 | Doubtful.  I mean, I've had a fair -- although | 11:07:52 |
| 24 | I've never taught in a K through 12 institution, I | 11:07:56 |
| 25 | have a lot of experience with teaching and with | 11:08:00 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    59

| | | |
|---|---|---|
| 1 | introduction to learning platforms, and my | 11:08:03 |
| 2 | understanding is that the students that I teach | 11:08:07 |
| 3 | have no idea of what learning platforms are | 11:08:10 |
| 4 | available to us. | 11:08:13 |
| 5 |    Q  Focusing on administrators, is it your | 11:08:21 |
| 6 | understanding -- you mentioned that you have | 11:08:25 |
| 7 | experience with teaching and introduction to | 11:08:28 |
| 8 | learning platforms. | 11:08:30 |
| 9 |      Is it your experience that principals make | 11:08:31 |
| 10 | purchasing decisions for learning platforms for | 11:08:42 |
| 11 | schools and school districts? | 11:08:45 |
| 12 |    A  I can only -- I haven't studied that | 11:08:46 |
| 13 | deeply, but I can tell you that at least in my | 11:08:51 |
| 14 | institution, the dean or the principal essentially | 11:08:54 |
| 15 | signs off on a recommendation, but in some sense | 11:09:02 |
| 16 | does participate. | 11:09:06 |
| 17 |    Q  So you said they sign off on a | 11:09:09 |
| 18 | recommendation.  Who makes the recommendation in | 11:09:12 |
| 19 | your experience? | 11:09:13 |
| 20 |    A  Well, a committee, an interdisciplinary | 11:09:14 |
| 21 | committee that is formed by faculty, IT | 11:09:18 |
| 22 | specialists, learning specialists, et cetera.  In | 11:09:24 |
| 23 | other words, education instructors and | 11:09:28 |
| 24 | administrators. | 11:09:31 |
| 25 |    Q  Sorry.  So an IT specialist you would | 11:09:34 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    60

| | | |
|---|---|---|
| 1 | consider an education instructor or administrator? | 11:09:37 |
| 2 | A  Well, at least in my case because there | 11:09:42 |
| 3 | has to be feasibility or compatibility with the | 11:09:45 |
| 4 | school's information system, and the IT specialist | 11:09:50 |
| 5 | would be able to assess that and assess the risk | 11:09:55 |
| 6 | of the system going down. | 11:10:03 |
| 7 | Q  So if you go back to Page D.2-2 of | 11:10:08 |
| 8 | Exhibit 2 -- | 11:10:13 |
| 9 | A  Yeah. | 11:10:15 |
| 10 | Q  -- we were talking about Question S6, | 11:10:15 |
| 11 | where would you place IT staff -- sorry, strike | 11:10:20 |
| 12 | that.  An IT specialist -- | 11:10:24 |
| 13 | A  Administrator, an administrator. | 11:10:28 |
| 14 | Q  And you think someone reading this | 11:10:34 |
| 15 | question would understand that administrator, | 11:10:36 |
| 16 | e.g., principal, superintendent, director, covers | 11:10:41 |
| 17 | an IT specialist? | 11:10:44 |
| 18 | A  Yes, many of them actually have the title | 11:10:47 |
| 19 | director. | 11:10:50 |
| 20 | (Reporter clarification.) | |
| 21 | BY MR. KANTAREK: | 11:11:18 |
| 22 | Q  Does an IT specialist support educators at | 11:11:18 |
| 23 | a K through 12 school or school district? | 11:11:24 |
| 24 | A  Sure, I would presume so. | 11:11:30 |
| 25 | Q  Your Question S6 includes an answer that's | 11:11:36 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    61

| | | |
|---|---|---|
| 1 | labeled support staff, right? | 11:11:42 |
| 2 | A  Yeah, but the support staff -- the target | 11:11:43 |
| 3 | of support is different than the support for | 11:11:45 |
| 4 | administrator. | 11:11:47 |
| 5 | Q  If somebody -- strike that. | 11:11:58 |
| 6 | It doesn't say in Question S6 support | 11:11:58 |
| 7 | staff (different than support for administrators), | 11:12:01 |
| 8 | right? | 11:12:08 |
| 9 | A  No, but the examples are -- are student | 11:12:09 |
| 10 | support. | 11:12:12 |
| 11 | Q  So by that logic are -- strike that. | 11:12:24 |
| 12 | So by that logic, are groundskeepers, | 11:12:29 |
| 13 | custodians and food service workers maintenance -- | 11:12:37 |
| 14 | student maintenance? | 11:12:42 |
| 15 | A  I don't understand the question. | 11:12:46 |
| 16 | Q  Well, you said that the examples in | 11:12:49 |
| 17 | support staff are student support, right? | 11:12:52 |
| 18 | A  Right. | 11:12:55 |
| 19 | Q  So are the examples in maintenance staff | 11:12:57 |
| 20 | student maintenance? | 11:13:00 |
| 21 | A  No.  I mean, that's ridiculous. | 11:13:02 |
| 22 | Q  Right because in maintenance | 11:13:05 |
| 23 | groundskeeper, custodian, food service worker, | 11:13:08 |
| 24 | they maintain the school; is that right? | 11:13:10 |
| 25 | A  Yeah, well, that could be one way to look | 11:13:13 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                          158

| | | |
|---|---|---|
| 1 | it? | 14:20:57 |
| 2 | A   Yeah.  I can't get off of Page 1. | 14:21:04 |
| 3 | Q   Maybe you can -- | 14:21:08 |
| 4 | MS. MATTHEWS:  I think if you just click, | 14:21:08 |
| 5 | if you have the toggle panel open and you click. | 14:21:10 |
| 6 | THE WITNESS:  Nice try but nope. | 14:21:13 |
| 7 | BY MR. KANTAREK: | 14:21:15 |
| 8 | Q   Do you see at the bottom where it says 1 | 14:21:16 |
| 9 | out of 4 and it has an arrow up and an arrow down | 14:21:18 |
| 10 | or number out of four, perhaps you could use | 14:21:22 |
| 11 | those -- | 14:21:26 |
| 12 | A   No.  I got somehow to print.  I may have | 14:21:26 |
| 13 | to close and open. | 14:21:51 |
| 14 | Q   I think I can show it to you maybe.  Let's | 14:21:59 |
| 15 | see.  Did that work?  Are you looking at mine now? | 14:22:01 |
| 16 | On your screen, sorry, do you see me moving it or | 14:22:04 |
| 17 | not? | 14:22:08 |
| 18 | MS. MATTHEWS:  No, we can't see your | 14:22:08 |
| 19 | screen. | 14:22:10 |
| 20 | BY MR. KANTAREK: | 14:22:35 |
| 21 | Q   Here so -- yeah, can you escape out of it? | 14:22:36 |
| 22 | Sorry, what are you looking at, Dr. Steckel? | 14:22:37 |
| 23 | A   I have no idea.  I tried to -- I think I | 14:22:39 |
| 24 | just got -- I have to get back into AgileLaw. | 14:22:42 |
| 25 | Q   Sure, sure, sure. | 14:22:47 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    159

```
1      A   Okay, join.  Do I log in or join?        14:22:52

2      Q   Join.                                     14:22:56

3          MS. MATTHEWS:  Join.                       14:22:57

4          MR. KANTAREK:  You go ahead.               14:22:58

5          THE WITNESS:  Okay.  So I'm right there.   14:23:00

6  And we're on Exhibit 8?                             14:23:04

7  BY MR. KANTAREK:

8      Q   Yeah, it's Tab G is the naming convention  14:23:06

9  I had for the deck if that helps.                   14:23:10

10     A   What page do you want me to go to, 2?      14:23:12

11     Q   Page 2, please, yes.                       14:23:15

12     A   Okay.                                       14:23:16

13     Q   We did it.                                  14:23:19

14         On Page 2 and No. 2, it says:  "Set up      14:23:20

15  traps."                                             14:23:23

16         Do you see that?                             14:23:24

17     A   Yes.                                         14:23:26

18     Q   And under that it says in the second        14:23:28

19  bullet:  "Add red herring answer choices.           14:23:31

20  Including answer choices that are not legitimate    14:23:34

21  options, i.e., nonexistent products, retailers,     14:23:37

22  medical conditions is very effective in             14:23:43

23  identifying bad survey takers."                     14:23:45

24         Do you see that?                             14:23:46

25     A   Fortunately I do.                            14:23:48
```

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    160

| | | |
|---|---|---|
| 1 | Q   And you agree that red herring choices are | 14:23:50 |
| 2 | illegitimate options, right? | 14:23:53 |
| 3 | A   Yes. | 14:23:55 |
| 4 | Q   And I think this uses examples of | 14:23:56 |
| 5 | nonexistent products or retailers, right? | 14:24:00 |
| 6 | A   Correct. | 14:24:10 |
| 7 | Q   And it actually has an example of:  "Which | 14:24:10 |
| 8 | of the following IT vendors provides your company | 14:24:13 |
| 9 | with Intel-based servers?" | 14:24:16 |
| 10 | And the answers are "HP, Technology | 14:24:18 |
| 11 | Frontier, IBM and Dell?" | 14:24:22 |
| 12 | And then it says:  "In this example | 14:24:23 |
| 13 | Technology Frontier does not exist." | 14:24:25 |
| 14 | Do you see that? | 14:24:27 |
| 15 | A   Yes. | 14:24:33 |
| 16 | Q   So in this example the red herring is | 14:24:33 |
| 17 | Technology Frontier, right? | 14:24:35 |
| 18 | A   Yes. | 14:24:37 |
| 19 | Q   And IBM stands for International Business | 14:24:38 |
| 20 | Machines, right? | 14:24:40 |
| 21 | A   Yes. | 14:24:41 |
| 22 | Q   So what if -- what if we remove Technology | 14:24:45 |
| 23 | Frontier and it had HP, Dell, and then IBM but it | 14:24:47 |
| 24 | said Intranational Business Machines, would | 14:24:53 |
| 25 | Intranational Business Machines be a red herring? | 14:24:58 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                              161

```
 1       A   Oh, gosh.  I don't know.  Fortunately, I        14:25:08

 2   didn't do something like that.  No, I don't think       14:25:11

 3   anybody would set up a red herring like that.  Not      14:25:14

 4   anybody who wanted to retain credibility in             14:25:17

 5   presenting the results of a survey.                     14:25:20

 6       Q   When you say --                                 14:25:22

 7       A   You know, I don't know.

 8       Q   When you say "set up a red herring like         14:25:24

 9   that," what do you mean?                                14:25:26

10       A   I mean setting it up so like it's               14:25:27

11   confusingly similar to something that is real.          14:25:29

12       Q   So how far away from legitimate options         14:25:40

13   should red herrings about?                              14:25:44

14       A   I don't know.  I haven't studied that.          14:25:45

15   But it's very different than setting up a control.      14:25:48

16   Like what you're suggesting might be how you'd set      14:25:50

17   up a control in certain studies, but, you know --       14:25:52

18       Q   What if -- sorry.                               14:25:59

19       A   But, you know, I haven't studied that and,      14:25:59

20   you know, it's always safe to make it very              14:26:02

21   different.                                              14:26:05

22       Q   So let's look back at Exhibit 5, which is       14:26:15

23   at Tab H, this is that Kantar Group exhibit.            14:26:19

24       A   Okay.                                           14:26:23

25       Q   If you go to Page 4 of 8, which is 307 on       14:26:23
```

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    162

| | | |
|---|---|---|
| 1 | the bottom right corner of Exhibit 5, and you let | 14:26:28 |
| 2 | me know when you're there. | 14:26:30 |
| 3 | A  Yes. | 14:26:31 |
| 4 | Q  And there's a red herring section here, | 14:26:32 |
| 5 | right? | 14:26:34 |
| 6 | A  Yeah. | 14:26:35 |
| 7 | Q  And this says:  "A red herring is a type | 14:26:37 |
| 8 | of survey question that incorporates a fake option | 14:26:46 |
| 9 | among a set of valid ones."  And then it has an | 14:26:48 |
| 10 | example similar to what we discussed. | 14:26:54 |
| 11 | It says:  "Though red herrings may seem | 14:26:56 |
| 12 | silly, they can be helpful.  Just make sure the | 14:27:00 |
| 13 | fake answer choice is actually fake or doesn't | 14:27:02 |
| 14 | sound too similar to an actual product, company or | 14:27:05 |
| 15 | service." | 14:27:08 |
| 16 | Do you see that? | 14:27:08 |
| 17 | A  Yes. | 14:27:09 |
| 18 | Q  And that's what you were talking about | 14:27:09 |
| 19 | when you said "it's always safe to make it very | 14:27:10 |
| 20 | different," right? | 14:27:14 |
| 21 | A  Yes. | 14:27:16 |
| 22 | Q  So you chose red herrings here and we | 14:27:19 |
| 23 | talked about these are Birch PD and Dolphin | 14:27:22 |
| 24 | Learning, right? | 14:27:27 |
| 25 | A  Yes. | 14:27:27 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                           163

```
1        Q   How did you come up with these red      14:27:28

2   herrings?                                         14:27:30

3        A   The team did, I didn't.                  14:27:30

4        Q   And to be clear, the people who chose the 14:27:37

5   red herrings were screened out of the study,     14:27:38

6   right?                                            14:27:40

7        A   Yes.                                     14:27:41

8        Q   Let's go to Tab J, I'll introduce an     14:27:41

9   exhibit.  This is Exhibit 9 I think.  Yeah.       14:27:45

10           (A certain document was marked Steckel   14:27:51

11           Deposition Exhibit 9 for identification,

12           as of 11/13/2024.)                       14:28:05

13   BY MR. KANTAREK:                                 14:28:05

14        Q   I'm going to reveal it.  You can let me  14:28:05

15   know when you have Exhibit 9 open.               14:28:07

16        A   I do.                                    14:28:38

17        Q   If you go to Page 2 -- or sorry -- Page 1 14:28:39

18   of 3 which is 204 of the PDF of Exhibit 9, you see 14:28:40

19   this says:  "Welcome to Dolphin Learning Zone for 14:28:45

20   professionals."                                  14:28:48

21           Right?                                   14:28:49

22        A   Yes.                                    14:28:49

23        Q   And under that it says:  "Dolphin offers 14:28:51

24   accredited courses for assessors, educators and  14:28:54

25   trainers.  Each course is free and offers an     14:28:58
```

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    164

| | | |
|---|---|---|
| 1 | assessment certificate and digital badge to | 14:29:00 |
| 2 | recognize successful completion of the course." | 14:29:03 |
| 3 | Do you see that? | 14:29:06 |
| 4 | A  I do. | 14:29:07 |
| 5 | Q  Dolphin Learning Zone is similar to | 14:29:14 |
| 6 | Dolphin Learning, right? | 14:29:17 |
| 7 | A  Seems to be. | 14:29:18 |
| 8 | Q  And someone who misidentified the red | 14:29:28 |
| 9 | herring as Dolphin Learning Zone after typing in | 14:29:32 |
| 10 | Alludo in Question 1 would have been excluded from | |
| 11 | your survey, right? | 14:29:37 |
| 12 | A  After typing in Alludo in Question 1? | 14:29:37 |
| 13 | Q  Yes. | 14:29:39 |
| 14 | A  Or clicking on Alludo in Question 1? | 14:29:39 |
| 15 | Q  Question 1 is an unaided survey answer, | 14:29:42 |
| 16 | right? | 14:29:49 |
| 17 | A  Correct.  Nobody typed in -- oh -- oh, I | 14:29:50 |
| 18 | see what you're saying.  Okay.  All right.  So -- | 14:29:52 |
| 19 | Q  So let me just ask it -- let me just ask | 14:29:56 |
| 20 | it again. | 14:29:57 |
| 21 | Someone who typed in Alludo in Question 1 | 14:29:57 |
| 22 | and then clicked on Dolphin Learning in Question 2 | 14:30:01 |
| 23 | would have been excluded from your study, right? | 14:30:04 |
| 24 | A  Yes. | 14:30:07 |
| 25 | Q  And then let's go to Tab I, and we'll mark | 14:30:14 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    165

| | | |
|---|---|---|
| 1 | this.  It will be Exhibit 10. | 14:30:19 |
| 2 |         (A certain document was marked Steckel | 14:30:26 |
| 3 |         Deposition Exhibit 10 for identification, | |
| 4 |         as of 11/13/2024.) | 14:30:31 |
| 5 | BY MR. KANTAREK: | 14:30:31 |
| 6 |     Q  Please let me know when you have | 14:30:31 |
| 7 | Exhibit 10 open. | 14:30:33 |
| 8 |     A  I'm there. | 14:30:50 |
| 9 |     Q  Exhibit 10 is a web capture from | 14:30:51 |
| 10 | BirchTrainingInstitute.org. | 14:30:56 |
| 11 |         Do you see that? | 14:30:58 |
| 12 |     A  Yes. | 14:30:59 |
| 13 |     Q  And if you look at Page 1 of 2, it says: | 14:31:00 |
| 14 | Birch Training Institute, the Birch Training | 14:31:06 |
| 15 | Institute has been offering since 1972 | 14:31:09 |
| 16 | professional staff development program, | 14:31:11 |
| 17 | consultation and training and general education to | 14:31:14 |
| 18 | groups or individuals seeking to expand their | 14:31:17 |
| 19 | expertise and capacity to provide services to | 14:31:20 |
| 20 | children with autism spectrum disorder and related | 14:31:23 |
| 21 | development disabilities. | 14:31:26 |
| 22 |         Do you see that? | 14:31:27 |
| 23 |     A  I do. | 14:31:28 |
| 24 |     Q  And Birch Training Institute is similar to | 14:31:30 |
| 25 | Birch PD, right? | 14:31:40 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    166

| | | |
|---|---|---|
| 1 | A  To a degree, yes. | 14:31:41 |
| 2 | Q  Well, Birch is found at the beginning of | 14:31:48 |
| 3 | both phrases, right? | 14:31:50 |
| 4 | A  I agree. | 14:31:56 |
| 5 | Q  And Birch PD is presumably short for Birch | 14:31:56 |
| 6 | Professional Development to the extent you can | 14:32:02 |
| 7 | understand the red herring? | 14:32:04 |
| 8 | A  Well, I think that's -- that's likely. | 14:32:05 |
| 9 | Q  And someone who typed in Alludo in | 14:32:08 |
| 10 | Question 1 but clicked on Birch PD in Question 2 | 14:32:12 |
| 11 | would have been excluded from your study, right? | 14:32:16 |
| 12 | A  They would have been excluded from our | 14:32:19 |
| 13 | count.  I'm not sure they are excluded from the | 14:32:22 |
| 14 | dataset.  It would be interesting to know because | 14:32:25 |
| 15 | it says terminate in Q2.  It would be interesting | 14:32:32 |
| 16 | to see. | 14:32:33 |
| 17 | Q  But in any event, they are terminated -- | 14:32:35 |
| 18 | A  I don't know offhand, but they would have | 14:32:37 |
| 19 | been excluded from the final tally. | 14:32:39 |
| 20 | Q  So if you look at Exhibit 1 of Tab B -- | 14:32:45 |
| 21 | sorry, Exhibit 1 of Exhibit 2 which is your | 14:32:54 |
| 22 | report, this is -- | 14:33:00 |
| 23 | A  Yes. | 14:33:01 |
| 24 | Q  -- on Page 24, it's without a page number, | 14:33:01 |
| 25 | it looks like 14 were excluded for selecting a red | 14:33:07 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    167

| | | |
|---|---|---|
| 1 | herring, right? | 14:33:12 |
| 2 | A  Yes. | 14:33:12 |
| 3 | Q  And so that's 14 possible -- 14 people who | 14:33:14 |
| 4 | could have -- who could have identified Alludo in | 14:33:21 |
| 5 | Question 1 and then been excluded in Question 2, | 14:33:25 |
| 6 | right? | 14:33:27 |
| 7 | A  Well, it could have, but still, if you add | 14:33:29 |
| 8 | those in, it doesn't change the qualitative | 14:33:38 |
| 9 | insight.  Suppose, and it's unlikely given what | 14:33:41 |
| 10 | happened to the 250 that are in the -- in the | 14:33:48 |
| 11 | final dataset, it's unlikely that they all would | 14:33:52 |
| 12 | have said Alludo.  But even if they did, you've | 14:33:55 |
| 13 | got 14 out of 264, that's still relatively low | 14:34:00 |
| 14 | number. | 14:34:05 |
| 15 | Q  So sorry.  So I think you answered my | 14:34:06 |
| 16 | question and my follow-up question is:  People who | 14:34:10 |
| 17 | selected a red herring could have also -- in | 14:34:13 |
| 18 | Question 2 may have also selected Alludo in | 14:34:17 |
| 19 | Question 2, right, because Question 2 allows you | 14:34:20 |
| 20 | to select multiple options? | 14:34:23 |
| 21 | A  It is possible although unlikely, but even | 14:34:27 |
| 22 | if every single one of them did, it wouldn't | 14:34:31 |
| 23 | really change the qualitative conclusion of low | 14:34:35 |
| 24 | awareness. | 14:34:39 |
| 25 | Q  So in Question 2, your low awareness | 14:34:41 |

Transcript of Joel H. Steckel, Ph.D.
Conducted on November 13, 2024                    183

1       CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2

3           I, Theresa A. Vorkapic, Certified

4    Shorthand Reporter No. 084-2589, CSR, RMR, CRR,

5    RPR, and a Notary Public in and for the County of

6    Kane, State of Illinois, the officer before whom

7    the foregoing deposition was taken, do hereby

8    certify that the foregoing transcript is a true

9    and correct record of the testimony given; that

10   said testimony was taken by me and thereafter

11   reduced to typewriting under my direction; that

12   reading and signing was not requested; and that I

13   am neither counsel for, related to, nor employed

14   by any of the parties to this case and have no

15   interest, financial or otherwise, in its outcome.

16           IN WITNESS WHEREOF, I have hereunto set my

17   hand and affixed my notarial seal this 25th day of

18   November, 2024.

19   My commission expires November 6, 2027.

20

21                          *Theresa A Vorkapic*

22                   _____

23                   THERESA A. VORKAPIC

24                   NOTARY PUBLIC IN AND FOR ILLINOIS

25

# EXHIBIT 7

# Capitol Pacific Reporting
*Court Reporters Since 1978*

**2401 Bristol Court SW, Suite C-103, Olympia, WA 98502 ● Ph: 800.407.0148**

ALPENSPRUCE EDUCATION SOLUTIONS INC.

*vs*

CASCADE PARENT LIMITED, et al.

JASON ROYER

October 18, 2024



**Production:**
production@capitolpacificreporting.com

**Scheduling:**
scheduling@capitolpacificreporting.com

**Website:**
www.capitolpacificreporting.com

- Full-sized and condensed PDF transcripts
- Hyperlinked word index
- Hyperlinked exhibits
- Bookmarked examinations and exhibits
- Other common file types including:
  txt, lef, sbf, mdb, xmef, and PTX e-Transcript
- Exhibits and other files found under the
  paperclip icon within Adobe Acrobat (Reader)
- Copy-and-paste while maintaining formatting
- Files accessible via online repository

Case 2:23-cv-00692-MJP    Document 73-1    Filed 12/10/24    Page 137 of 161

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

1
2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3
_____

4   ALPENSPRUCE EDUCATION          )
    SOLUTIONS INC., a              )
5   Washington Corporation,        )
                                   )
6              Plaintiff,          )      NO. 2:23-CV-00692-MJP
                                   )
7   vs.                            )
                                   )
8   CASCADE PARENT LIMITED, a      )
    Jersey limited company;        )
9   and PARALLELS INC., a          )
    Delaware Corporation,          )
                                   )
10             Defendant.          )      **CERTIFIED**
11                                 )      **TRANSCRIPT**
_____

12

13       VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION OF
                          JASON ROYER
14                      October 18, 2024
                         (Via Zoom)
15                   PAGES 1 through 192

16               (FOR ATTORNEYS' EYES ONLY)

17
_____

                          Taken Before:
18

19             Kristin D. Manley, RPR, CCR

20           Certified Stenographic Court Reporter

21                            for

22           Capitol Pacific Reporting, Inc.

23                   (800) 407-0148

24

25           www.capitolpacificreporting.com
             scheduling@capitolpacificreporting.com



ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1

 2                          APPEARANCES

 3

        FOR THE PLAINTIFF:      MS. ARISSA PETERSON
 4                              ATTORNEY AT LAW
                                K&L GATES
 5                              925 FOURTH AVENUE
                                SUITE 2900
 6                              SEATTLE WA 98104
                                PH:  (206) 370-7605
 7                              arissa.peterson@klgates.com

 8      FOR THE DEFENDANT:      MR. BRUCE H. RATAIN
                                ATTORNEY AT LAW
 9                              BARNES & THORNBURG
                                ONE NORTH WACKER DRIVE
10                              SUITE 4400
                                CHICAGO, IL, 60606
11                              bruce.Ratain@btlaw.com

12      VIDEOGRAPHER:           MR. T.J. PEITZ
                                SOUND VISION VIDEO PRODUCTION
13                              soundvisionvideo@comcast.net

14      ALSO PRESENT:           MS. CONNIE CHEN
                                MR. MORGAN DIXON
15

16

17

18

19

20

21

22

23

24

25

                                                  Page 2
```

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1                     EXAMINATION INDEX

 2
       BY                   EXAMINATION    RE-EXAMINATION
 3
       MS. PETERSON              6              189
 4     MR. RATAIN               183

 5

 6
                        EXHIBIT INDEX
 7

 8     NO.    DESCRIPTION          MARKED      IDENTIFIED

 9
       1      Cascade Parent         191         --
10            Limited's Amended
              Initial Disclosures
11
       2      Amended Notice of      191         --
12            Videotaped 30(b)(6)
              Deposition of Cascade
13            Parent Limited

14     3      Defendant Cascade      191         --
              Parent Limited's
15            Objections and
              Responses to Plaintiff's
16            Notice of 30(b)(6)
              Deposition
17
       4      Amended Notice of      191         --
18            Videotaped 30(b)(6)
              Deposition of
19            Parallels Inc.

20     5      Defendant Parallels    191         --
              Inc.'s Objections and
21            Responses to Plaintiff's
              Notice of 30(b)(6)
22            Deposition

23     6      Alludo Group Org       191         --
              Structure
24

25
                                                    Page 3
```


Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al. Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1                          EXHIBIT INDEX
 2

 3        NO.    DESCRIPTION              MARKED     IDENTIFIED

 4        7-1    Cover Sheet Labeled       191          --
                 Document Produced
 5               in Native Format

 6        7-2    Excel Spreadsheet         191          --

 7        8      Consolidated Financial    191          --
                 Statements of Cascade
 8               Parent Limited
                 (operating as Alludo)
 9
          9      Alludo New Hire           191          --
10               Orientation PowerPoint

11        10     MDF Program 2024          191          --

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```


Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
1                     BE IT REMEMBERED that on Friday, October 18,

2          2024, at 7:03 a.m. via Zoom, appeared the above-named

3          witness before Kristin D. Manley, Washington State

4          Certified Stenographic Court Reporter, residing at

5          Montesano, authorized to administer oaths and

6          affirmations pursuant to RCW 5.28.010.

7                     WHEREUPON the following proceedings were had, to

8          wit:

9

10

11                    THE VIDEOGRAPHER:  This is a video-recorded

12         virtual deposition.  Today's date is October 18th, 2024

13         and the time is 7:03 a.m. Pacific Time.  My name is

14         T.J. Peitz.  I own Sound Vision Video Production.  My

15         phone number is 253-905-4941.  The case is Alpenspruce

16         Education Solutions Inc. versus Cascade Parent Limited

17         et al.  Would the attorneys please introduce themselves

18         starting with the noting attorney for the plaintiff?

19                    MS. PETERSON:  Good morning.  Arissa Peterson of

20         K & L Gates on behalf of plaintiff Alpenspruce Education

21         Solutions Inc.

22                    MR. DIXON:  Morgan Dixon on behalf of the same.

23                    MR. RATAIN:  And this is Bruce Ratain from Barnes

24         and Thornburg on behalf of the defendants Cascade Parent

25         Limited and Parallels Inc.  And with me is in-house
```



ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1        counsel, Connie Chen.

 2              THE VIDEOGRAPHER:  The witness is Jason Royer.

 3        The court reporter is Kris Manley, who will now swear in

 4        the witness.

 5

 6
          JASON ROYER,                    having been first duly
 7                                         sworn by the Certified
                                            Stenographic Court Reporter,
 8                                         testified as follows:

 9

10

11                             EXAMINATION

12

13        BY MS. PETERSON:

14   Q    Good morning, Mr. Royer.  Could you state your full

15        name for the record?

16   A    Yes.  My name is Jason Royer.  It's spelled J-A-S-O-N,

17        R-O-Y-E-R.

18   Q    Do you have a middle name?

19   A    Yes.  It is Todd.  T-O-D-D.

20   Q    And who are you employed by?

21   A    Corel Inc.

22   Q    And what is your title?

23   A    My title is senior vice president, finance.

24   Q    And where are you currently located at?  Where are you

25        attending the deposition from?
```

Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
1   A      I'm in my home in Austin, Texas.

2   Q      So today we are meeting for your personal deposition

3          on behalf of Cascade Parent Limited and Parallels Inc.

4          And you are also -- you have been designated as the

5          corporate representative for Cascade Parent Limited

6          and Parallels Inc.; is that your understanding?

7   A      Yes.

8   Q      And just as a preliminary issue, I represent

9          Alpenspruce Education Solutions Inc.  If we can agree

10         I will probably use the shorthand Alpenspruce, if

11         that's okay with you?

12  A      Yes.

13  Q      Thank you.  And for Cascade Parent Limited, how would

14         you like me to refer in shorthand?  Do you prefer

15         Cascade Parent or Cascade or the full name?

16  A      I think Cascade Parent would be important in this

17         matter.

18  Q      Okay.  So I will refer -- and please remind me or

19         clarify if it is not clear to you when I say

20         Cascade --

21  A      Okay.

22  Q      I mean Cascade Parent in most situations.  And

23         similarly for Parallels Inc., is it okay if we refer

24         to the shorthand Parallels today?

25  A      No.  I would prefer that you say Parallels Inc.
```



ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al. Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1          this, or at least my involvement in it.
 2   Q    And if we can start with this first tab, that's P&L
 3          tab.  What does P&L refer to?
 4   A    Profit and loss.
 5   Q    And then -- and feel free to look at your -- I know
 6          you have a separate copy.  I'm just going to scroll up
 7          to the top.  What does the header -- so I'm looking at
 8          "Consolidated" and then "Parallels Inc."  What does
 9          "Consolidated" refer to?
10   A    "Consolidated" refers to the consolidation of multiple
11          streams of financial information into Cascade Parent
12          entity.  So it is at the Cascade Parent level.
13   Q    And then next to consolidated it says "Parallels Inc."
14          Is -- is that data beneath in those columns just
15          for -- just for "Parallels Inc."?
16   A    That's correct.
17   Q    Okay.  So going back to "Consolidated," does that also
18          include Parallels Inc.?
19   A    Yes.
20   Q    And then I see here there is "Global" underneath the
21          years.
22   A    Yes.
23   Q    Can you explain what the "Global" terminology means?
24   A    It just means that there is no particular region or
25          country designated.  It is worldwide -- a representation
```

Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
1   Q    What does that abbreviation DATAEDUC stand for?
2   A    Sure.  This is the import from our financial database
3        related to anything related to education customers that
4        we have determined to be in our system -- education
5        customers or SKU types in our system.
6   Q    How do you categorize a customer as an education
7        customer?
8             MR. RATAIN:  Object to form.
9             THE WITNESS:  Okay.
10       BY MS. PETERSON:
11  Q    Do you -- I will rephrase.
12            Do you know how an education customer is determined
13       to be an education customer?
14  A    We don't have a particular notation for education
15       customers or education entities in our business.  It is
16       not a particular area of our focus.  So for the purposes
17       of this sheet, we went through a process to identify
18       customers that we would consider to be education
19       customers.
20  Q    And can you walk me through that process?
21  A    Sure.  In this sheet, there is a -- I'm just refreshing
22       myself for a minute and zoom in for a minute.
23            Yes, so the process involved going through our
24       customer list, and we were able to extrapolate from
25       customer names if a customer was either education or
```



ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

1        not.  And we determined that the education customers had
2        specific parts of their name to identify whether or not
3        they are an education entity or not.  This is our B2B
4        channel, this is what we do is we have our -- we have a
5        customer name.  Usually that's what we bill the
6        customer.  And you can see that in terms of account
7        name, that's for account name.  That is Column Q.  And
8        we went through a process where we continuously scrubbed
9        the list to try to understand would be considered a
10       education customer.
11            So we looked for certain things in a customer name
12       that would identify them as education or not.  So we
13       looked at universities, colleges, community colleges,
14       law schools, and things like that determined them to be
15       college.  And then we went through and determined
16       district, high school, school, academy, unified school
17       district, USD, ISD, consolidated school districts, like
18       CSD, CUSD, elementary, board, education, HS for high
19       school, H.S. for high school, SCHLS, middle, and
20       determined those to be school -- you know, an indicator
21       that it is a school.  And then we also went through and
22       tried to identify some other nonprofits, like hospitals
23       and healthcare organizations, so . . .
24            And in particular, the ones that I had mentioned from
25       district, high school, elementary school, academy,

Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
1          board, CUSD, ISD, education, all those, like, particular
2          words and anything like them in our query would be
3          considered K through 12 schools.  And so that's what we
4          went through to determine whether or not these customers
5          were school districts or not, or colleges as well
6          because we included those in some of this analysis.
7     Q    And going over to this Column AB, it says "Run_date"?
8     A    Yes.
9     Q    And it is populated 8/9/24?
10    A    Yeah.
11    Q    What is the significance of that date?
12    A    That is the date in which the query was run against our
13         database, customer and billings database.  And that
14         would be August 9th, '24, just to clarify in the
15         direction of those two.
16    Q    You mentioned B2B channel business.  Can you describe
17         what that is?
18    A    Yeah, this is the area of our business where we sell to
19         other institutions -- or not institutions, but I guess
20         entities.  Like mostly it is enterprise, small business,
21         mid-sized businesses.  There are charitable
22         organizations.  There are school districts like you see
23         in this list here.  So we -- we don't particularly focus
24         in the education area, but they are welcome to be
25         customers of our organization.
```

Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
1   Q     And on this spreadsheet, does it indicate what type of
2         product segment they purchased?
3   A     Yes.  Hold on -- my apologies.
4   Q     Is that M?
5   A     No, hold on a minute.  I don't think this data -- it
6         is -- yes, it is Column M, "PRODSEG," yeah.
7   Q     Okay.  And these look to be abbreviations?
8   A     That's correct.
9   Q     For -- do these abbreviations match with the product
10        segments we talked about earlier?
11  A     Yes, and if you -- yeah, if you want a key for that, it
12        would be back on that sum invoice tab where you see PD
13        equals Parallel Desktop.  RAS equals Parallel RAS.
14        That's a good key for that as well.
15  Q     Okay.
16  A     And then even in "DataBill," there is a section in
17        DataBill that shows PRODSEG, the actual name -- anyway,
18        so if you needed to know more, you could find it in the
19        DataBill tab.  It is in Column W, all the way at the
20        top.
21  Q     Okay.  Up here?
22  A     Yeah, you have to go to Row 4, I guess.  Just scan up
23        with your scroll wheel.  Yep, that's a little key.
24  Q     Oh, I see for the key.  Okay.  But this DataBill does
25        not correlate to the educational customer
```

Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1        specifically, or does it?
 2   A    I like statistics, so correlation has a very -- yeah,
 3        correlation does not equal causation and subsets, et
 4        cetera.  So this DataBill is -- remember this is the
 5        entirety of the download from our billings database.
 6        Data education is a subset of that billings information,
 7        but it includes customer name.  And it is isolated to
 8        those customers that are identified as education
 9        customers.
10   Q    Okay.
11   A    And other nonprofits.  So there are some other
12        nonprofits in there as well.
13   Q    Okay.  And I might have missed -- sorry, if I can a
14        follow-up -- a clarifying question, I may have missed
15        that.  I guess -- so I'm looking on here in the
16        DataBill, I don't see any customer names; is that
17        correct?
18   A    That's correct.
19   Q    And -- okay.  Is this then -- this DataBill is tied
20        product-specific as opposed to customer?
21   A    That's correct.  Yeah, the DataBill download
22        collapses -- remember, I think we talked about this
23        earlier, this information is billings information.  It
24        is 31,000 rows and it is a build of all the permutations
25        of our -- of our billings information, permutation
```

Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
 1        meaning every which -- or one of those columns is a

 2        categorical variable, and it allows us to kind of take a

 3        data dump-out of our billing system to be able to -- to

 4        collapse and roll-up our financial information by any

 5        one of these categorical variables being the columns.

 6           And so there is no customer information in here.  It

 7        is pretty obvious, there is no column that says customer

 8        name.  And so that -- this particular use of this data

 9        abstract is for the purposes of developing, for example,

10        the sum invoice tab.  So that green tab we talked about

11        just about an hour ago.

12   Q    Okay.  Right.  Okay.  I recall that.

13   A    Yep.

14   Q    So if -- so if we are going back to data education,

15        this field?

16   A    Yes.

17   Q    And so when -- so to figure out how a sale -- I'm

18        going to give an example looking at Line 10, so a sale

19        of this product segment GR to ███████████████

20        ███████, where does that sale track to?  Which entity?

21        Is that -- it looks like that could be through the

22        DataBill; is that how I'm understanding that?  That I

23        would look up here on the subsidiary to understand

24        where that -- where that sale or revenue is tracked to

25        or could you explain how that works?
```


Capitol Pacific Reporting, Inc.

scheduling@capitolpacificreporting.com
800.407.0148

ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al.Attorneys Eyes Only
Jason Royer - October 18, 2024

```
1              MR. RATAIN:  Objection to form.
2              THE WITNESS:  There -- each product line has
3       cost -- not each -- any product line that has physical
4       cost to them, which is very minimal sometimes.  It is
5       like --
6       BY MS. PETERSON:
7   Q   Mm-hmm.
8   A   Most of our software is now just downloaded
9       electronically, but the physical component is becoming
10      increasingly minimal at the business.  There is a team
11      that does some of these manufacturing activities.
12      Increasingly, it is a lot -- a lot less shrinkwrapped,
13      that we would call it.  Products that's in stores and
14      CD-ROMs is extremely rare.
15         Sometimes there is a download key on a card
16      somewhere.  But I can't tell you which entity those
17      expenses initially flow through, but there may be
18      allocations from wherever they are originated to the
19      particular product segments, at which point they are
20      recorded on a particular product segment.  And that's at
21      some point, like you said, they will eventually roll up
22      into the consolidated financial statements of Cascade
23      Parent Limited.
24  Q   Okay.  And for the cloud computing, which entity is --
25      is each individual product segment paying a portion of
```



ALPENSPRUCE EDUCATION SOLUTIONS INC. vs CASCADE PARENT LIMITED, et al. Attorneys Eyes Only
Jason Royer - October 18, 2024

1                   C E R T I F I C A T E

2

3        I, KRISTIN D. MANLEY, a Certified Stenographic
    Court Reporter in and for the State of Washington,
4    residing at Montesano, do hereby certify;

5        That the foregoing proceedings were taken before me
    and thereafter reduced to a typed format under my
6    direction; that the transcript is a full, true and
    complete transcript of said proceedings consisting of
7    Pages 1 through 192;

8        That as a CCR in this state, I am bound by the Rules
    of Conduct as Codified in WAC 308-14-130; that court
9    reporting arrangements and fees in this case are offered
    to all parties on equal terms;

10

11        That I am not a relative, employee, attorney or
    counsel of any party to this action, or relative or
12    employee of any such attorney or counsel, and I am not
    financially interested in the said action or the outcome
13    thereof;

14        That upon completion of signature, if required, the
    original transcript will be securely sealed and the same
    served upon the appropriate party.

15

16        IN WITNESS WHEREOF, I have hereunto set my hand
    this 14th day of November, 2024.

17

18

19

20    Kristin D. Manley, CCR No. 2211
    Certified Stenographic Reporter

21

22

23

24

25

Page 192



EXHIBIT 8

| | |
|---|---|
| Document title: | Dolphin Learning Zone |
| Capture URL: | https://learn.yourdolphin.com/professionals |
| Page loaded at (UTC): | Tue, 12 Nov 2024 20:56:25 GMT |
| Capture timestamp (UTC): | Tue, 12 Nov 2024 20:57:05 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | rZERicTjapxWwQkH6KT8Kc |
| Display Name: | ruddy.salas |



# Welcome to Dolphin Learning Zone for Professionals

Dolphin offers accredited courses for Assessors, Educators, and Trainers. Each course is free and offers an assessment, certificate, and digital badge to recognise successful completion of the course.

## Taking a Course

Please watch this short video to discover how to navigate the courses. It will help you get more from your learning experience.



## Available Courses



### EasyReader Premium for Educators Course



### SuperNova for Assessors Course



### SuperNova for Educators Course

## EasyReader Premium for Educators Course



For educators who have subscribed to EasyReader Premium.

Through a series of bite-sized lessons, you will learn how to create accounts for your students and support them to use Premium features in the EasyReader apps.

Learning time: 8 Lessons | 3 Hrs (approx.)



Learn More ▸

## SuperNova for Assessors Course



For Assessors wanting to learn more about SuperNova and Dolphin ScreenReader.

Through a series of bite-size lessons, you can learn about the key magnification, speech and braille features available with SuperNova and Dolphin ScreenReader.

Learning time: 9 Lessons | 4 Hrs (approx.)

Learn More ▸

## SuperNova for Educators Course



For Educators wanting to learn more about SuperNova and Dolphin ScreenReader.

Through a series of bite-size lessons, you can learn about the key magnification, speech and braille features available with SuperNova and Dolphin ScreenReader.

Learning time: 12 Lessons | 5 Hrs (approx.)



Learn More ▸



## SuperNova for Trainers Course



For Professional Trainers, and for people who would like in-depth knowledge.

Learn in-depth knowledge about the features available with SuperNova



## GuideConnect for Assessors Course



For Assessors wanting to learn more about features in GuideConnect.

Through a series of bite-size lessons, you can learn about the key features



## GuideConnect for Trainers Course



For Professional Trainers, and for people who would like in-depth knowledge.

Learn in-depth knowledge about the features available with




Learn More ▸

Learn More ▸

Learn More ▸


UPDATED

## SuperNova for Trainers Course



For Professional Trainers, and for people who would like in-depth knowledge.

Learn in-depth knowledge about the features available with SuperNova and Dolphin ScreenReader.

Learning time: 19 Lessons | 10 Hrs (approx.)



Learn More ▸


AVAILABLE

## GuideConnect for Assessors Course



For Assessors wanting to learn more about features in GuideConnect.

Through a series of bite-size lessons, you can learn about the key features available with GuideConnect.

Learning time: 5 Lessons | 2 Hrs (approx.)



Learn More ▸


AVAILABLE

## GuideConnect for Trainers Course



For Professional Trainers, and for people who would like in-depth knowledge.

Learn in-depth knowledge about the features available with GuideConnect.

Learning time: 13 Lessons | 5 Hrs (approx.)



Learn More ▸




© 2024 Dolphin Computer Access Ltd. All rights reserved.

Document title: Dolphin Learning Zone
Capture URL: https://learn.yourdolphin.com/professionals
Capture timestamp (UTC): Tue, 12 Nov 2024 20:57:05 GMT

Page 3 of 3

# EXHIBIT 9

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Birch Training Institute |
| Capture URL: | https://birchtraininginstitute.org/home.php |
| Page loaded at (UTC): | Tue, 12 Nov 2024 20:57:13 GMT |
| Capture timestamp (UTC): | Tue, 12 Nov 2024 20:57:54 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | duJjzq9toPmeUdTQkdsMD8 |
| Display Name: | ruddy.salas |

UNOFFICIAL EXHIBIT

**EXHIBIT**
010

PDF REFERENCE #:        6Khh1hiBCYurW2zvwEirxf



Services   Training   About   Get Involved   Contact

### TRAINING INSTITUTE

**What We Do**

**Curriculum**

**Training Schedule**

**The BTI Team**

**Training Space Rental**

**Course Registration**

# Birch Training Institute

The Birch Training Institute has been offering, since 1972, professional staff development, program consultation and training, and general education to groups or individuals seeking to expand their expertise and capacity to provide services to children with autism spectrum disorder (ASD) and related development disabilities.

The principal goal of the Birch Training Institute (BTI) is to train professionals to utilize best practices to support people with disabilities of all ages to realize their full potential.

Those who have participated in BTI training appreciate Birch's turnkey approach to learning and the helpful information provided. Administrators particularly appreciate the cost-effectiveness of quick, in-depth and hands-on learning that allow their staff to easily implement effective methods immediately following training.

BTI staff have developed specialized training specific to the needs of the customer. While most training is done on-site, when large numbers of staff require training, or if follow-up training is needed to help staff utilize new tools and information, BTI can arrange off-site training and follow-up.

## Remote Learning

During the COVID-19 pandemic, Birch Family Services will be offering NYS Mandated Training live via Zoom Meetings. Please note the offerings below and see the Training Schedule to register for these courses. If you have any questions please call 212-616-1858 or email us.

- Monday, June 1 *School Violence Prevention and Intervention* 2:30-4:30 p.m.
- Thursday, June 4 *Identification and Reporting of Child Abuse and Maltreatment* 2:00-4:00 p.m.
- Thursday, June 11 *Training in the Needs of Students with Autism* 1:00-4:00 p.m.

## Classroom Training

Birch classrooms in Manhattan, Bronx, Queens, and Brooklyn serve as training sites for individuals, families, school districts, and community agencies affected by ASD or other related developmental disabilities.

## Consultation Services

Birch provides a range of onsite consultation services to school districts and other service providers in areas of individual consultation, program design, training, problem solving and professional development.

## Autism Methodology

Birch Autism Training is primarily based on methods from *Structuring the Education of Students With Autism Spectrum Disorder*. This incorporates structured teaching, individualized instruction, and a focus on communication and socialization.

**Birch Training Institute provides educational and behavioral training and consultative support and guidance designed to address the unique learning, social, emotional, and behavioral needs of children and individuals with ASD and related disabilities.**

### Create your BTI Account

Haven't yet created a User Name/Password?

I am:

○ Birch Employee

● Not a Birch Employee

[ Create My Account ]



---

Document title: Birch Training Institute
Capture URL: https://birchtraininginstitute.org/home.php
Capture timestamp (UTC): Tue, 12 Nov 2024 20:57:54 GMT



Services  Training  About  Get Involved  Contact

Birch provides a range of onsite consultation services to school districts and other service providers in areas of individual consultation, program design, training, problem solving and professional development.

## Autism Methodology

Birch Autism Training is primarily based on methods from *Structuring the Education of Students With Autism Spectrum Disorder*. This incorporates structured teaching, individualized instruction, and a focus on communication and socialization.

**Birch Training Institute provides educational and behavioral training and consultative support and guidance designed to address the unique learning, social, emotional, and behavioral needs of children and individuals with ASD and related disabilities.**

### Create your BTI Account

Haven't yet created a
User Name/Password?

I am:

○ Birch Employee

● Not a Birch Employee

[Create My Account]



Typical Training Class

## ABOUT US

Birch Family Services empowers individuals with autism and developmental disabilities to lead fulfilling lives. We support more than 2,000 individuals and their families each day throughout New York City.

## MAIN OFFICE

104 West 29th Street, Third Floor
New York, NY 10001-5310

T: (212) 616-1800
F: (212) 741-6896

## FOLLOW US

Follow us on Facebook

Subscribe to our YouTube Channel

Let's Connect on LinkedIn

© 2024 Birch Family Services, Inc.

Careers | Privacy | Corporate Compliance | Birch Email | Relias Training | Paycom

Website by Trillion
ActiveCanvas