Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPENSPRUCE EDUCATION SOLUTIONS INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASCADE PARENT LIMITED, a Jersey limited company; and PARALLELS INC., a Delaware corporation,<br><br>Defendants. | No. 2:23-cv-00692-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REOPEN THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO SEAL |

This matter comes before the Court on Cascade Parent Limited's and Parallels Inc.'s (collectively, "Defendants'") Unopposed Motion to Reopen the Deadline to Respond to Plaintiff's Motion to Seal (the "Motion"). The Court has reviewed the record, including the Motion and the other papers and pleadings cited in the Motion.

Having reviewed the record and being fully advised, the Court hereby ORDERS that Defendants' Motion is GRANTED. Defendants may file their proposed response to Plaintiff's Motion to Seal (attached as Exhibit A to the Motion) within two court days after entry of this Order.

//

//

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REOPEN THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO SEAL
(2:23-CV-00692-MJP) - 1

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

DATED this 31st day of December, 2024.

HON. MARSHA J. PECHMAN
U.S. DISTRICT JUDGE

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By: *s/Michael J. Ewart*
Michael J. Ewart, WSBA #38655
Rosa O. Ostrom, WSBA #55933
999 Third Avenue, Suite 4600
Seattle, WA 98104
206.623.1745
Jake.ewart@hcmp.com
Rosa.ostrom@hcmp.com

BARNES & THORNBURG, LLP

Jonathan Froemel (*Admitted Pro Hac Vice*)
Megan New (*Admitted Pro Hac Vice*)
John Gabrielides (*Admitted Pro Hac Vice*)
Lawrence James (*Admitted Pro Hac Vice*)
Bruce Ratain (*Admitted Pro Hac Vice*)
One North Wacker Drive, Suite 4400
Chicago, IL 60606
312.357.1313
jfroemel@btlaw.com
megan.new@btlaw.com
jgabrielides@btlaw.com
lee.james@btlaw.com
bruce.ratain@btlaw.com

ATTORNEYS FOR DEFENDANTS CASCADE PARENT LIMITED AND PARALLELS INC.

*[PROPOSED]* ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO REOPEN THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO SEAL (2:23-CV-00692-MJP) - 2

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789